1   GARMAN TURNER GORDON LLP
    TALITHA GRAY KOZLOWSKI, ESQ.
2   Nevada Bar No. 9040
    Email: tgray@gtg.legal
3   TERESA M. PILATOWICZ, ESQ.
    Nevada Bar No. 9605
4   E-mail:  tpilatowicz@gtg.legal
    7251 Amigo Street, Suite 210
5   Las Vegas, Nevada 89119
    Tel: 725.777.3000
6   [Proposed] *Attorneys for Debtor*

7               **UNITED STATES BANKRUPTCY COURT**
                  **FOR THE DISTRICT OF NEVADA**
8
    In re:                                    Case No.: 24-10355-nmc
9                                             Chapter:   11
    PIGEONLY, INC.
10  dba FOTOPIGEON,

11          Debtor(s).                        Date:   April 16, 2024
                                              Time:  9:30 a.m.
12

13

14          **DECLARATION OF FREDERICK HUTSON IN SUPPORT OF**
        **APPLICATION FOR ORDER APPROVING EMPLOYMENT OF GARMAN TURNER**
15              **GORDON LLP AS ATTORNEYS FOR DEBTOR**

16          I, Frederick Hutson, hereby declare as follows:

17          1.      I am over the age of 18 and mentally competent.  I have personal knowledge of the

18  facts in this matter and if called upon to testify, could and would do so.  I make this declaration in

19  support of the *Application for Order Approving Employment of Garman Turner Gordon LLP as*

20  *Attorneys for Debtor* (the "<u>Application</u>").[1]

21          2.      I am the President and Chief Executive Officer of Pigeonly, Inc. ("<u>Debtor</u>").

22          3.      Debtor, as debtor-in-possession, requests that the Court approve the retention and

23  compensation of GTG as its attorneys, to perform the legal services that will be necessary during

24  its Chapter 11 Case in accordance with GTG's normal hourly rates in effect when the services are

25  rendered and normal reimbursement policies.

26

27  _____
    [1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them
28  in the Application.

4.      Debtor has selected GTG to substitute in as its attorneys because of the firm's experience in the field of bankruptcy and business reorganizations under Chapter 11 of the Bankruptcy Code.

5.      I believe GTG has the necessary background to deal effectively with many of the potential legal issues and problems that may arise in the context of Debtor's Chapter 11 Case.  I believe GTG is both well-qualified and able to represent Debtor in its Chapter 11 Case in a most efficient and timely manner.

6.      GTG required a $40,000 retainer before agreeing to represent the Debtor in its Chapter 11 Case, which GTG required be paid with non-Debtor funds since the Debtor was a debtor-in-possession in its Chapter 11 Case.  I have paid $30,000 of the retainer and will fund the $10,000 balance of the Retainer within the next week.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 13th day of March, 2024.

*/s/ Frederick Hutson*
FREDERICK HUTSON

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

2