GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
[Proposed] *Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>PIGEONLY, INC.<br>dba FOTOPIGEON,<br><br>    Debtor(s). | Case No.: 24-10355-nmc<br>Chapter:   11<br><br><br><br>Date:   OST Pending<br>Time:   OST Pending |

**DECLARATION OF FREDERICK HUTSON IN SUPPORT OF
DEBTOR'S EMERGENCY MOTION PURSUANT TO 11 U.S.C. §§ 105, 361, 363, AND 506,
AND FED. R. BANKR. P. 4001(b) FOR ENTRY OF INTERIM AND FINAL
ORDERS AUTHORIZING THE USE OF CASH COLLATERAL
<u>AND SCHEDULING A FINAL HEARING</u>**

I, Frederick Hutson, hereby declare as follows:

1.  I am over the age of 18 and mentally competent.  I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so.  I make this declaration in support of *Debtor's Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 506, and Fed. R. Bankr. P. 4001(b) for Entry of Interim and Final Orders Authorizing the Use of Cash Collateral and Scheduling a Final Hearing* (the "<u>Motion</u>").[1]

2.  I am the President and Chief Executive Officer of Pigeonly, Inc. ("<u>Debtor</u>").

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Motion.

3.      Debtor was founded by Frederick Hutson and Alfonzo Brooks in 2013. Debtor started as an easy way to share photos with incarcerated family and friends from one's mobile device.

4.      Debtor recognized that many challenges impede incarcerated people communicating with their friends and loved ones. First, prisons charge high per-minute call fees for phone calls and, if inmates make any in-prison income, they make on average $0.63 per hour. Thus, a phone call to a family member becomes a financial burden. And in our current world where nearly all communication is done on a phone or computer, physical mail is archaic. The simple reality is that printing out photos (often requiring a trip to a store to purchase the photo), buying or creating a physical card or post card, writing out a letter, buying stamps, and going to the post office all interfere with communications between inmates and their loved ones. Adding to these challenges, inmates are frequently moved from prison to prison, making it difficult for families to keep up with the location of their loved ones. This is a significant pain point leaving inmates feeling isolated and abandoned, which negatively impacts the likelihood of successful reentry into society without future incarceration.

5.      Since 2013, Debtor has been building technology products for the overlooked and underserved, having launched multiple products that address and solve communication barriers between inmates and their support network of family and friends. These technology-driven products include: (i) allowing users to fund an inmate's commissary or inmate's trust account using a credit card, debit card, prepaid card, or bank account transfer; (ii) facilitating phone calls by providing the lowest inmate phone rate possible so inmates can call their loved ones without prohibitively significant expense; (iii) sending letters to inmates at any county, state, or federal correctional facility. Users can write a letter from their phone, tablet, or computer and Debtor handles the actual mailing; (iv) by using Debtor's postcard app, users can create and send custom postcards (including short videos) to inmates – all from their phone or computer; (v) using Debtor's technology, users can create and send custom greeting cards, which can be signed by the whole family or groups of friends, again, from their phone or computer; and (vi) sending articles to inmates, allowing them to stay current on important events, politics, trends, and current events.

6. Today, Debtor has over 4,000 active paying consumer customers using its services to connect with their incarcerated loved ones.

7. In 2020, Debtor had gross revenue of $1.58 million, which grew to $3.55 million in 2021.

8. Unfortunately, in late 2022, Debtor faced two challenges. First, due to chargebacks exceeding 2%, Stripe (Debtor's payment processor) refused to continue processing credit card payments from Debtor's users. Additionally, Debtor lost the revenue from its offering of VoIP services. The result was a sharp decline in revenue. In 2022, Debtor's gross revenue, which had been increasing in the first two quarters of 2022, significantly decreased in the fourth quarter, resulting in annual gross income of $3 million, which further decreased to $1.15 in 2023.

9. During this challenging period, to ensure Debtor's survival, Debtor took on significant debt, including from predatory lenders providing merchant cash advances against receivables (the "MSA Lenders").

10. However, Debtor was not idle. Debtor came to understand that county, state, and federal correctional facilities face significant challenges with mail sent directly to inmates, including the mailing of contraband and illegal drugs (including deadly amounts of fentanyl) that risk the life and safety of not only the inmates, but also corrections personnel, which issues do not arise when mail is sent through Debtor's services.

11. Understanding this, Debtor strategically redirected its focus to adding services that solve this serious problem by offering mail scanning services for both local and state correctional facilities, thereby playing a crucial role in preventing the flow of contraband.

12. The significance of this service is underscored by the prevalence of postal mail as one of the most commonly exploited methods for introducing illicit and dangerous substances, such as fentanyl, into correctional institutions.

13. Thus, Debtor protects government employees from dangerous substances and has proven to limit contraband within the inmate population that results in overdoses and, in some cases, death.

14. By way of illustration, a corrections facility will require all inmate mail sent to a central location operated by Debtor, at which Debtor opens, digitally scans, and copies all incoming inmate mail, providing the corrections facility with searchable PDF scans within a dashboard created and maintained by Debtor. The corrections facility can then electronically review and search the mail and determine whether it is approved to be sent to the inmate. Each approved mail item is then printed and repackaged in a "Pigeonly Corrections" created envelope bearing the inmate and sender's name and a unique one-time-use QR code and a parcel number for tracking and security. Debtor then destroys all contraband or other impermissible items in accordance with the facilities' guidelines. These procedures are made public such that anyone sending mail to a participating correction facility will know that their original mail will not be delivered to the inmate and instead a reproduced copy will be delivered, thereby eliminating any incentive to send contraband through the mail.

15. Debtor's services are unique in that Debtor provide tangible mail to inmates, while other service providers *only* provide electronic copies. Among other issues with competitors' services, inmates do not have their own mobile devices, access to computers/tablets is very limited, and where they are provided, they are communal. There are also significant issues with certain inmates being provided any access to communal spaces and technology, as well as technological competency problems. All of this means inmates may not receive their mail. As a result, certain of Debtor's competitors have been involved in lawsuits for claims involving violation of an inmate's First Amendment rights to send and receive mail. Because Debtor provides tangible mail to inmates, Debtor do not face any of these issues.

16. Not only does Debtor provide tangible mail to inmates after inspection, but when reprinting, Debtor uses card stock for postcards and cards and photopaper for photographs to mirror the original item and preserve its look and feel.

17. Debtor's services meet all of the objectives contemplated by HR 5266.

18. Additionally, on February 20, 2024, I obtained Patent Number US 11,908,035 B2, for a technology allowing attorneys barred and in good standing to send mail to their clients safely and securely. The technology verifies the attorney's bar license and then provides a unique QR

Code that is received by the corrections facility, enabling the corrections facility to determine that the mail is subject to attorney-client privilege and delivered to the correct inmate without opening in accordance with the Sixth Amendment to the U.S. Constitution. Debtor utilizes this technology and provides it to its customers.

19. Debtor currently has the following contracts with eleven governmental entities to provide its services: (i) County of Marin (dated February 2022); (ii) the Iowa Department of Administrative Services (dated May 2022); (iii) Yakima County Department of Corrections (dated January 2023); (iv) Umatilla County Sherriff's Office (dated January 2023); (v) County of Salano (dated July 2023); (vi) City of Las Vegas (dated August 2023); (vii) Delaware Youth Rehabilitative Services (dated August 2023); (viii) Contra Costa County Sheriff's Office (dated September 2023); (ix) St. Louis County (dated September 2023); (x) State of Delaware, Department of Corrections (dated December 2023); and (xi) County of Kings (dated December 2023).

20. In many instances, payments do not begin for several months after the contract is signed as there are various steps that must be taken for Debtor's services to be implemented and become operational.

21. Each of these contracts have unique payments terms, with some contracts providing for equally monthly payments, while other contracts provide an annual lump sum payment, while still others provide for quarterly payments. Debtor must be flexible in working with government entities to accommodate their budgets and payment constraints. For instance, the contract with State of Delaware, Department of Corrections provides for monthly payments of $18,258 beginning April 2024, while the City of Las Vegas contract provides for an annual payment of $30,000 in October, while the County of Salano contract provides for quarterly payments of $5,964.

22. Beyond these existing contracts, Debtor has two additional contracts that have been approved and are being circulated for signature, one of which contemplates a payment of $20,544 in April 2024 and the other provides for monthly payments of $33,846 beginning in June 2024.

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

23. Debtor has been advised that five separate government entities intend to contract with Debtor and are currently working through their internal governmental approval processes, while twenty other government entities that have indicated significant interest and are in the internal review process or are awaiting completion of a request for proposal ("RFP").

24. Not surprisingly, the sale cycle for government contracts takes months as government entities have varying requirements, including in many instances, needing to complete an RFP before entering a new contract. However, as evident by H.R. 5266, the need for Debtor's services (and funding for Debtor's services) is coming to the political forefront on both a state and federal level.

25. Revenue from Debtor's government contracts will quickly eclipse its consumer revenue, providing the necessary funds for Debtor to effectuate a plan of reorganization.

26. All of Debtor's value is directly tied to its ability to continue operating and serving its consumer customers and performing under, and obtaining additional, government contracts. If Debtor's business terminates, there will be virtually nothing to liquidate and distribute to creditors.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 15th day of March, 2024.

*/s/ Frederick Hutson*
FREDERICK HUTSON