GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
[Proposed] *Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re:

PIGEONLY, INC.
dba FOTOPIGEON,

　　　　　Debtor(s).

Case No.: 24-10355-nmc
Chapter:   11

Status Hearing:
Date:   March 19, 2024
Time:   9:30 a.m.

**SUBCHAPTER V DEBTOR'S STATUS REPORT PURSUANT TO 11 U.S.C. § 1188(c)**

Pigeonly, Inc. dba Fotopigeon, debtor and debtor-in-possession ("Debtor"), provides its status report as required pursuant to section 1188(c) of title 11 of the United States Code (the "Bankruptcy Code") and the *Court's Order Setting (A) Status Conference; (B) Claims Bar Date; (C) Deadline for Election Under 11 U.S.C. § 1111(b)(2); and (D) Other Deadlines* [ECF No. 9], and represents as follows:

1.　　On January 26, 2024 (the "Petition Date"), Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing this bankruptcy case (the "Chapter 11 Case") and elected to be treated under Subchapter V.  Accordingly, the Debtor is authorized to continue operating its businesses as a debtor in possession pursuant to section 1184 of the Bankruptcy Code.  Nathan F. Smith has been appointed Subchapter V Trustee in this case. ECF No. 8.

2.　　Since 2013, Debtor has been building technology products for the overlooked and underserved, having launched multiple products that address and solve communication barriers between inmates and their support network of family and friends.  These technology-driven

products include: (i) allowing users to fund an inmate's commissary or inmate's trust account using a credit card, debit card, prepaid card, or bank account transfer; (ii) facilitating phone calls by providing the lowest inmate phone rate possible so inmates can call their loved ones without prohibitively significant expense; (iii) sending letters to inmates at any county, state, or federal correctional facility from their mobile devices and computers; (iv) by using Debtor's postcard app, users can create and send custom postcards (including short videos) to inmates – all from their phone or computer; (v) using Debtor's technology, users can create and send custom greeting cards, which can be signed by the whole family or groups of friends, again, from their phone or computer; and (vi) sending articles to inmates, allowing them to stay current on important events, politics, trends, and current events.

3.     Beginning in 2022, Debtor strategically redirected its focus to adding services that solve the serious problem faced by county, state, and federal correctional facilities having to process inmate mail containing illegal drugs (including deadly amounts of fentanyl) that risk the life and safety of not only the inmates, but also corrections personnel.  The Debtor's services protect government employees from dangerous substances and has proven to limit contraband within the inmate population that results in overdoses and, in some cases, death.

4.     A more detailed discussion of Debtor's business is provided in the *Declaration of Frederick Hutson in Support of Debtor's Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, and 506, and Fed. R. Bankr. P. 4001(b) for Entry of Interim and Final Orders Authorizing the Use of Cash Collateral and Scheduling a Final Hearing.*  ECF No. 30.

5.     Rulon Huntsman of Reliance Law Firm, LLC was counsel for Debtor on the Petition Date.  See ECF No. 1.

6.     On February 6, 2024, Michael Brock of May Brock Law Group associated in as co-counsel for Debtor.  ECF No. 15.

7.     Neither Mr. Huntsman nor Mr. Brock sought approval to serve as counsel in accordance with Section 327 of the Bankruptcy Code.

8. The Debtor's Initial Debtor Interview with the Office of the U.S. Trustee occurred on February 21, 2024, and its section 341(a) meeting of creditors was commenced on February 29, 2024, and was thereafter continued to March 21, 2024 [ECF No. 21].

9. On March 8, 2024, Garman Turner Gordon LLP ("GTG") substituted in as proposed counsel for Debtor. ECF No. 22. When GTG substituted in as counsel, there were several deficiencies and delinquent filings, including the following: (i) certain required IDI documents were outstanding; (ii) the first monthly operating report was not filed; (iii) this status report was not filed; (iv) no motion to use cash collateral had been filed; and (iv) no applications approving retention of counsel had been filed.

10. Since substituting in as counsel, GTG has been diligently working with the Debtor to address these deficiencies, including the following:

a. On March 13, 2024, the Debtor provided the Office of the U.S. Trustee with the missing IDI documents and will promptly address any remaining inquiries.

b. On March 12, 2024, GTG had an initial discussion with Blakely Griffith and Hayley Cummings, counsel for U.S. Eagle Federal Credit Union, regarding the use of cash collateral. On March 15, 2023, Debtor filed its *Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 363, and 506, and Fed. R. Bankr. P. 4001(B) for Entry of Interim and Final Orders Authorizing the Use of Cash Collateral and Scheduling a Final Hearing*, which Debtor has requested be heard on shortened time. ECF No. 29.

c. On March 13, 2024, the Debtor filed its application to employ GTG as its bankruptcy counsel [ECF No. 23], which is set for hearing on April 16, 2024, at 9:30 a.m.

d. The Debtor anticipates filing its initial monthly operating report and March monthly operating report on or before March 20, 2024.

e. GTG is also working with the Debtor to prepare amendments to its schedules and statements.

11. The Debtor will file its proposed plan of reorganization before April 25, 2024, which is the deadline required by section 1189(b) of the Bankruptcy Code. Debtor anticipates proceeding to confirmation as expeditiously as possible.

Dated this 15th day of March, 2024.

GARMAN TURNER GORDON LLP

By: */s/ Talitha Gray Kozlowski*
    TALITHA GRAY KOZLOWSKI, ESQ.
    TERESA M. PILATOWICZ, ESQ.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    [Proposed] *Attorneys for Debtor*