E-filed: April 2, 2024

Blakeley E. Griffith, Esq. (NV Bar No. 12386)
Hayley J. Cummings, Esq. (NV Bar No. 14858)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bgriffith@swlaw.com
         hcummings@swlaw.com

*Attorneys for U.S. Eagle Federal Credit Union*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>PIGEONLY INC.<br>dba FOTOPIGEON,<br><br>                    Debtor. | Case No. 24-10355-nmc<br><br>Chapter 11<br><br>**LIMITED OBJECTION TO APPLICATION FOR ORDER APPROVING EMPLOYMENT OF GARMAN TURNER GORDON LLP AS ATTORNEYS FOR DEBTOR** |

U.S. Eagle Federal Credit Union ("Lender") by and through its undersigned counsel, hereby objects on a limited basis to Pigeonly, Inc. dba Fotopigeon's ("Debtor") *Application for Order Approving Employment of Garman Turner Gordon LLP as Attorneys for Debtor* [ECF No. 23] (the "Application"). As a general matter, Prepetition Agent does not object to the firm selected for employment and retention by the Debtors to employ Garman Turner Gordon LLP ("GTG"). Prepetition Agent notes its objection, however, to the use of its collateral to pay GTG for services rendered on behalf of the Debtor and reserves all rights it has in connection therewith.

DATED this 2nd day of April 2024.        SNELL & WILMER L.L.P.

          /s/ Blakeley E. Griffith
        Blakeley E. Griffith (NV Bar No. 12386)
        Hayley J. Cummings (NV Bar No. 14858)
        3883 Howard Hughes Parkway, Suite 1100
        Las Vegas, NV 89169
        Telephone: (702) 784-5200
        Facsimile: (702) 784-5252

        *Attorneys for U.S. Eagle Federal Credit Union*

4869-2733-3295