| Fill in this information to identify the case: | |
|---|---|
| Debtor Name __Pigeonly Inc__ | |
| United States Bankruptcy Court for the: _____ District of _____ | |
| Case number: __24-10355-nmc__ | |

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11      12/17

Month: __February__

Line of business: __Technology__

Date report filed: _____
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:      Frederick Hutson

Original signature of responsible party:   *Frederick Hutson*

Printed name of responsible party:   Frederick Hutson

## ▮ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|:---:|:---:|:---:|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Pigeonly Inc _____    Case number  24-10355-nmc _____

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ _____0.00

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ ___88,300.83

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

– $ ___85,857.64

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ ___2,443.19

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ ___2,443.19

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

$ _____0.00

*(Exhibit E)*

Debtor Name  Pigeonly Inc

Case number  24-10355-nmc

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                                                    $    11,237.52

*(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                                              9

27.  What is the number of employees as of the date of this monthly report?                           9

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?                  $        0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $        0.00

30.  How much have you paid this month in other professional fees?                                            $        0.00

31.  How much have you paid in total other professional fees since filing the case?                           $        0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | − | Column B | = | Column C |
|---|---|---|---|---|---|
|  | **Projected** |  | **Actual** |  | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $  0.00 | − | $  88,300.83 | = | $  88,300.83 |
| 33.  **Cash disbursements** | $  0.00 | − | $  85,857.64 | = | $  85,857.64 |
| 34.  **Net cash flow** | $  0.00 | − | $  2,443.19 | = | $  2,443.19 |

35.  Total projected cash receipts for the next month:                                              $    74,925.00

36.  Total projected cash disbursements for the next month:                                      − $    74,600.00

37.  Total projected net cash flow for the next month:                                          = $        325.00

Debtor Name  Pigeonly Inc

Case number  24-10355-nmc

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**EXHIBITS to Pigeonly, Inc.'s February MOR**

**Responses to Question 1:**

**3. Have you paid all of your bills on time?**
We have paid several vendors one to two weeks late according to when customer payments have been received.

**4. Did you pay your employees on time?**
The Debtor's payroll schedule in February entailed employees being paid two days after the designated pay date, which was due to the timing of the monthly cash contributions dedicated to covering payroll expenses in February.  The Debtor anticipates payroll will revert back to the normal schedule as Debtor begins to be paid on the government contracts that have recently closed.

**Exhibit C - February Cash Receipts**

| Total cash receipts | Amount |
|---|---|
| FH Cash Contribution | $8,000.00 |
| FH Cash Contribution | $9,000.00 |
| FH Cash Contribution | $2,800.00 |
| Delaware DOC Contract | $3,125.00 |
| Etranfer IN Branch | $25.00 |
| FH Cash Contribution | $15,000.00 |
| FH Cash Contribution | $5,000.00 |
| FH Cash Contribution | $10,000.00 |
| FH Cash Contribution | $13,509.74 |
| Kings CO Contract | $21,807.07 |
| IN Branch Transfer | $9.02 |
| Etranfer IN Branch | $25.00 |
| **Total** | **$88,300.83** |

Exhibit D - February Disbursements

| Description | Amounts |
|---|---|
| Adobe | $19.99 |
| Plivo.com | $150.00 |
| Experian* Credit R | $34.98 |
| Docusign Inc. | $15.00 |
| Github, Inc. | $20.00 |
| Ahrefs* Ahrefs Singapore Sgp | $80.60 |
| Tu *Transunion | $29.95 |
| IN Branch Transfer fee | 4.51 |
| IN Branch ETransfer | $25.00 |
| USPS Stamps  Endici | $450.00 |
| Dun & Bradstreet | $49.00 |
| Regus Management G | $27.95 |
| Insurance | $24.95 |
| First Insurance Fu | $256.47 |
| Chegg Order | $19.95 |
| Twilio Sendgrid | $34.95 |
| Dave Campbell's Te | $12.98 |
| Ccsi Efax | $18.99 |
| Printfriendly | $10.00 |
| Apple.com | $13.96 |
| Frase, Inc | $1.00 |
| Office Cleaning | $700.00 |
| Equipment Repair | $500.00 |
| Transfer to Frederick Hutson (see note 1) | $19,746.00 |
| Payroll (see note 2) | $63,611.41 |
| **Total** | **$85,857.64** |

Note 1: This was an inadvertent transfer and was corrected within four days by Mr. Huston transfering $20,000 to Debtor in two payments: (1) $15,000 and (2) $5,000, on February 15, 2024

Note 2: Certain employees were paid directly in February.

**Exhibit F - Outstanding Receivables**

| Invoice No. | Amount |
|---|---|
| INV-00019 | $1,567.02 |
| INV-00024 | $1,757.70 |
| INV-00028 | $1,580.04 |
| INV-00030 | $1,724.94 |
| INV-00033 | $1,467.06 |
| INV-00039 | $1,643.46 |
| INV-00040 | $1,497.30 |
| **Total Outstanding invoices** | **$11,237.52** |

# Wells Fargo Combined Statement of Accounts

February 29, 2024 ■ Page 1 of 7



PIGEONLY INC
DBA FOTOPIGEON
DEBTOR IN POSSESSION
CH11 CASE24-10355(NV)
2252 PAMA LN
LAS VEGAS NV 89119-4734

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ☐
Online Statements ☐
Business Bill Pay ☐
Business Spending Report ☐
Overdraft Protection ☐

## Summary of accounts

### *Checking and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Navigate Business Checking ℠ | 2 | ███3389 | 0.00 | 2,126.10 |
| Additional Navigate Business Checking ℠ | 5 | ███9219 | 0.00 | 317.46 |
| | | Total deposit accounts | $0.00 | $2,443.56 |

February 29, 2024 ■ Page 2 of 7



## Navigate Business Checking <sup>SM</sup>

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 2/2 | $0.00 |
| Deposits/Credits | 46,366.46 |
| Withdrawals/Debits | - 44,240.36 |
| Ending balance on 2/29 | $2,126.10 |

Account number: ████████3389

PIGEONLY INC
DBA FOTOPIGEON
DEBTOR IN POSSESSION
CH11 CASE24-10355(NV)

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $393.79 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |
| Total interest paid in 2023 | $0.00 |

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/2 | | Etransfer IN Branch/Store - From Checking 4604 W Sahara Ave Las Vegas NV 4022 | 25.00 | | |
| 2/2 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0M4Y4Vfy on 02/02/24 | 8,000.00 | | |
| 2/2 | | WF Direct Pay-Payment- Payroll-Tran ID Dp83573790 | | 6,143.23 | 1,881.77 |
| 2/5 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0M5Rnssn on 02/05/24 | 9,000.00 | | |
| 2/5 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0M5Sgg9L on 02/05/24 | 2,800.00 | | |
| 2/5 | | Recurring Payment authorized on 02/02 Adobe Inc. 408-536-6000 CA S464033686981809 Card 9481 | | 19.99 | |
| 2/5 | | Purchase authorized on 02/02 Plivo.Com Plivo.Com CA S384034192682885 Card 9481 | | 50.00 | |
| 2/5 | | Recurring Payment authorized on 02/03 Experian* Credit R 479-3436237 CA S584034337139524 Card 9481 | | 24.99 | |
| 2/5 | | Recurring Payment authorized on 02/03 Docusign Inc. 800-3799973 DE S584034565726457 Card 9481 | | 15.00 | |
| 2/5 | | Recurring Payment authorized on 02/03 Github, Inc. Httpsgithub.C CA S304034659799454 Card 9481 | | 10.00 | |
| 2/5 | | Online Transfer to Hutson F Everyday Checking xxxxxx4022 Ref #Ib0M5Gm2Jn on 02/04/24 | | 250.00 | |
| 2/5 | | Purchase authorized on 02/04 Plivo.Com Plivo.Com CA S464035821644328 Card 9481 | | 50.00 | |



*Transaction history(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/5 | | Online Transfer to Hutson F Everyday Checking xxxxxx4022 Ref #Ib0M5Skwj7 on 02/05/24 | | 181.00 | |
| 2/5 | | WF Direct Pay-Payment- Payroll-Tran ID Dp83682902 | | 12,915.90 | 164.89 |
| 2/6 | | Purchase authorized on 02/05 Ahrefs* Ahrefs Singapore Sgp S384036491376982 Card 9481 | | 80.60 | |
| 2/6 | | Online Transfer to Hutson F Everyday Checking xxxxxx4022 Ref #Ib0M5Vytq8 on 02/05/24 | | 50.00 | 34.29 |
| 2/8 | | Recurring Payment authorized on 02/07 Tu *Transunion 800-493-3292 CA S584038794104456 Card 9481 | | 29.95 | 4.34 |
| 2/9 | | Transfer IN Branch - From Pigeonly Inc DDA xxxxxx6640 4604 W Sahara Ave Las Vegas NV | 21,807.01 | | |
| 2/9 | | Transfer IN Branch - From Pigeonly Inc DDA xxxxxx6640 4604 W Sahara Ave Las Vegas NV | 9.02 | | |
| 2/9 | | Transfer IN Branch - to Pigeonly Inc DDA xxxxxx6640 4604 W Sahara Ave Las Vegas NV | | 4.51 | |
| 2/9 | | Etransfer IN Branch/Store - to Checking 4604 W Sahara Ave Las Vegas NV 9219 | | 25.00 | |
| 2/9 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0M6Ymhfz on 02/09/24 | | 19,000.00 | |
| 2/9 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0M6Ytjrj on 02/09/24 | | 1,900.00 | 890.86 |
| 2/12 | | Purchase authorized on 02/09 USPS Stamps Endici 888-434-0055 DC S584040785380249 Card 9481 | | 300.00 | |
| 2/12 | | Purchase authorized on 02/09 USPS Stamps Endici 888-434-0055 DC S384040786169843 Card 9481 | | 150.00 | |
| 2/12 | | Purchase authorized on 02/09 Plivo.Com Plivo.Com CA S304040863618524 Card 9481 | | 50.00 | |
| 2/12 | | Purchase authorized on 02/09 Dun& Bradstreet on 800-892-2980 CA S384041037681861 Card 9481 | | 49.00 | |
| 2/12 | | Recurring Payment authorized on 02/09 Regus Management G Iwgplc.Com TX S304041197314311 Card 9481 | | 27.95 | |
| 2/12 | | Purchase authorized on 02/09 Insurance Payment 706-3223335 GA S464041236994186 Card 9481 | | 24.95 | |
| 2/12 | | Purchase authorized on 02/09 First Insurance Fu 800-8373707 IL S464041237005878 Card 9481 | | 256.47 | |
| 2/12 | | Recurring Payment authorized on 02/10 Chegg Order 855-440-1323 CA S384041580901679 Card 9481 | | 19.95 | |
| 2/12 | | Recurring Payment authorized on 02/11 Experian* Credit R 479-3436237 CA S584042376769112 Card 9481 | | 9.99 | 2.55 |
| 2/16 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0M8Tfb28 on 02/15/24 | 100.00 | | |
| 2/16 | | Recurring Payment authorized on 02/15 Twilio Sendgrid WWW.Twilio.CO CA S464047234630435 Card 9481 | | 34.95 | 67.60 |
| 2/20 | | Google Acctverify US003Z60L1 Pigeonly | 0.43 | | |
| 2/20 | | Purchase authorized on 02/16 Dave Campbell's Te 972-428-1990 TX S384047606529972 Card 9481 | | 12.98 | |
| 2/20 | | Recurring Payment authorized on 02/16 Ccsi Efax 323-817-3205 CA S384047625617717 Card 9481 | | 18.99 | |
| 2/20 | | Recurring Payment authorized on 02/17 Printfriendly.Com Httpswww.Prin CA S384048775186423 Card 9481 | | 10.00 | |
| 2/20 | | Recurring Payment authorized on 02/18 Github, Inc. Httpsgithub.C CA S584049646637319 Card 9481 | | 10.00 | |
| 2/20 | | Purchase authorized on 02/18 Apple.Com/Bill 866-712-7753 CA S384050236640702 Card 9481 | | 1.99 | |
| 2/20 | | Recurring Payment authorized on 02/18 Apple.Com/Bill 866-712-7753 CA S304050239094947 Card 9481 | | 2.99 | |
| 2/20 | | Recurring Payment authorized on 02/19 Frase, Inc Httpsfrase.Io MA S384050760765616 Card 9481 | | 1.00 | 10.08 |
| 2/26 | | Recurring Payment authorized on 02/23 Apple.Com/Bill 866-712-7753 CA S464054444634387 Card 9481 | | 5.99 | |
| 2/26 | | Recurring Payment authorized on 02/23 Apple.Com/Bill 866-712-7753 CA S584054445894072 Card 9481 | | 2.99 | 1.10 |
| 2/29 | | State of Delawar Vendor ACH 240227 0000615834 Pigeonly Inc | 3,125.00 | | |

February 29, 2024 ■ Page 4 of 7



---

*Transaction history(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/29 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Mdtcmgw on 02/29/24 | 1,500.00 | | |
| 2/29 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Mdstw38 on 02/29/24 | | 2,500.00 | 2,126.10 |
| Ending balance on 2/29 | | | | | 2,126.10 |
| Totals | | | $46,366.46 | $44,240.36 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

Items returned unpaid

| Date | Description | | Amount |
|------|------|------|------|
| 2/15 | Corp E Corp E-Check 021324 0513490566 Frederick Hutson    Reference #    021000020393995 | | 1,458.00 |

Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/02/2024 - 02/29/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|------|------|------|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|------|------|------|
| • Minimum daily balance | $10,000.00 | $1.10 ☐ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $897.03 ☐ |
| - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
| - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
| - Average ledger balance in your Business Time Account | | |

WK/WK

---

Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 12 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

February 29, 2024 ■ Page 5 of 7



**WELLS FARGO**



# IMPORTANT ACCOUNT INFORMATION

_____

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

## Additional Navigate Business Checking ℠

### Statement period activity summary

| | |
|---|---:|
| Beginning balance on 2/9 | $0.00 |
| Deposits/Credits | 66,934.74 |
| Withdrawals/Debits | - 66,617.28 |
| Ending balance on 2/29 | $317.46 |

Account number: ▇▇▇▇9219

PIGEONLY INC
DEBTOR IN POSSESSION
CH11 CASE24-10355(NV)

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 2/9 | | Etransfer IN Branch/Store - From Checking 4604 W Sahara Ave Las Vegas NV 3389 | 25.00 | | |
| 2/9 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0M6Ymhfz on 02/09/24 | 19,000.00 | | |
| 2/9 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0M6Ytjrj on 02/09/24 | 1,900.00 | | |
| 2/9 | | Online Transfer to Hutson F Everyday Checking xxxxxx4022 Ref #Ib0M6Ymwwn on 02/09/24 | | 19,025.00 | |
| 2/9 | | WF Direct Pay-Payment- Payroll-Tran ID Dp84071598 | | 1,900.00 | 0.00 |
| 2/15 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0M8Nllc2 on 02/15/24 | 15,000.00 | | |
| 2/15 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0M8Q5Z9S on 02/15/24 | 5,000.00 | | |
| 2/15 | | WF Direct Pay-Payment- Office Cleaning-Tran ID Dp84386780 | | 350.00 | |
| 2/15 | | WF Direct Pay-Payment- Payroll-Tran ID Dp84423988 | | 19,306.57 | 343.43 |
| 2/16 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0M8Tfb28 on 02/15/24 | | 100.00 | 243.43 |
| 2/20 | | Online Transfer to Hutson F Everyday Checking xxxxxx4022 Ref #Ib0M9H7x5B on 02/17/24 | | 240.00 | 3.43 |
| 2/28 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0MdgI7RI on 02/28/24 | 10,000.00 | | |
| 2/28 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Mdh4D6Z on 02/28/24 | 13,509.74 | | |
| 2/28 | | WF Direct Pay-Payment- Payroll-Tran ID Dp85193024 | | 13,509.74 | 10,003.43 |
| 2/29 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Mdstw38 on 02/29/24 | 2,500.00 | | |

February 29, 2024 ■ Page 6 of 7



*Transaction history(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 2/29 | | WT Seq#30973 Keith S Bowdle /Bnf=Keith Bowdle Srf# Ow00004205950758 Trn#240229030973 Rfb# Ow00004205950758 | | 6,835.97 | |
| 2/29 | | WT Fed#06630 Navy Federal Credi /Ftr/Bnf=Alfonzo Brooks Srf# Ow00004208948926 Trn#240229232563 Rfb# Ow00004208948926 | | 3,000.00 | |
| 2/29 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Mdtcmgw on 02/29/24 | | 1,500.00 | |
| 2/29 | | WF Direct Pay-Payment- Office Cleaning-Tran ID Dp85223114 | | 350.00 | |
| 2/29 | | Zelle to Dubus Emmanuel on 02/29 Ref #Rp0Rznvqd3 Equipment Repair | | 500.00 | 317.46 |
| Ending balance on 2/29 | | | | | 317.46 |
| Totals | | | $66,934.74 | $66,617.28 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/09/2024 - 02/29/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|------|------|------|

The fee is waived this fee period because the account is linked to a Navigate Business Checking account.

| How to avoid the monthly service fee | Minimum required | This fee period |
|------|------|------|
| Have any ONE of the following each fee period | | |
| • The fee is waived when linked to a Navigate Business Checking account | | |

WH/WH

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 12 | 150 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



---

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
register or transfers into
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801