| Fill in this information to identify the case: | |
|---|---|

Debtor Name _Pigeonly Inc_

United States Bankruptcy Court for the: _____ District of _____

Case number: _24-10355-nmc_

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: _March_

Date report filed: _____
MM / DD / YYYY

Line of business: _Technology_

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _Frederick Hutson_

Original signature of responsible party: _Frederick Hutson_

Printed name of responsible party: _Frederick Hutson_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A_.**

| | Yes | No | N/A |
|---|---|---|---|
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B_.**

| | Yes | No | N/A |
|---|---|---|---|
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Pigeonly Inc

Case number  24-10355-nmc

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $    2,443.19

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.

   $   46,129.95

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.

   – $   48,629.39

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

   + $   -2,499.44

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

   = $   -56.25

## 3. Unpaid Bills

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   *(Exhibit E)*

   $    0. 00

Debtor Name  Pigeonly Inc

Case number  24-10355-nmc

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ 12,966.24

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?          9

27. What is the number of employees as of the date of this monthly report?          9

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $ 0.00

30. How much have you paid this month in other professional fees?          $ 0.00

31. How much have you paid in total other professional fees since filing the case?          $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 74,925.00 | − | $ 46,129.95 | = | $ 28,795.05 |
| 33. **Cash disbursements** | $ 74,600.00 | − | $ 48,629.39 | = | $ 25,970.61 |
| 34. **Net cash flow** | $ 325.00 | − | $ -2,499.44 | = | $ 2,824.44 |

35. Total projected cash receipts for the next month:          $ 119,766.00

36. Total projected cash disbursements for the next month:          - $ 118,028.00

37. Total projected net cash flow for the next month:          = $ 1,738.00

Debtor Name  Pigeonly Inc
Case number  24-10355-nmc

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**EXHIBITS to Pigeonly, Inc.'s February MOR**


**Responses to Question 1:**

**3. Have you paid all of your bills on time?**
We have paid several vendors one to two weeks late according to when customer payments have been received.


**4. Did you pay your employees on time?**
The Debtor's payroll schedule in March entailed employees being paid two days after the designated pay date, which was due to the timing of the monthly cash contributions dedicated to covering payroll expenses in February.  The Debtor anticipates payroll will revert back to the normal schedule as Debtor begins to be paid on the government contracts that have recently closed.

**Exhibit C - February Cash Receipts**

| Total Cash Receipts | Amount |
|---|---|
| FH Cash Contribution | $3,000.00 |
| FH Cash Contribution | $2,700.00 |
| FH Cash Contribution | $13,000.00 |
| FH Cash Contribution | $6,800.00 |
| FH Cash Contribution | $20,600.00 |
| Tu *Transunion (Refund) | $29.95 |
| **Total** | **$46,129.95** |

**Exhibit D - February Disbursements**

| | |
|---|---|
| **Plivo.com** | **$235.00** |
| **Docusign Inc.** | **$15.00** |
| **Delaware Corp & Ta** | **$1,558.00** |
| **Asana** | **$304.90** |
| **Frase, Inc** | **$14.99** |
| **Regus Management G** | **$61.23** |
| **Adobe Inc** | **$19.99** |
| **Segment Startup MO** | **$99.00** |
| **Cloudflare** | **$5.00** |
| **Experian* Credit Report** | **$24.99** |
| **Github, Inc.** | **$10.00** |
| **Tu *Transunion** | **$29.95** |
| **O/D fee Experian Credit Report** | **$35.00** |
| **O/D fee Github** | **$35.00** |
| **Tu *Transunion** | **$35.00** |
| **Payment to Dubus Emmanual** | **$200.00** |
| **Payroll** | **$45,996.34** |
| **Total** | **$48,679.39** |

**Exhibit F - Outstanding Receivables**

| Invoice No. | Amount |
|---|---|
| INV-00019 | $1,567.02 |
| INV-00024 | $1,757.70 |
| INV-00028 | $1,580.04 |
| INV-00030 | $1,724.94 |
| INV-00033 | $1,467.06 |
| INV-00039 | $1,643.46 |
| INV-00040 | $1,497.30 |
| INV-00054 | $1,728.72 |
| **Total Outstanding invoices** | **$12,966.24** |

# Wells Fargo Combined Statement of Accounts

March 31, 2024 ■ Page 1 of 6



PIGEONLY INC
DBA FOTOPIGEON
DEBTOR IN POSSESSION
CH11 CASE #24-10355 (NV)
2252 PAMA LN
LAS VEGAS NV 89119-4734

### Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | √ |
| Online Statements | √ |
| Business Bill Pay | ☐ |
| Business Spending Report | √ |
| Overdraft Protection | ☐ |

Other Wells Fargo Benefits

Don't fall for an IRS imposter scam. Learn to spot scams and help avoid tax fraud at www.wellsfargo.com/spottaxscams.

## Summary of accounts

### Checking and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Navigate Business Checking SM | 2 | ▮▮▮▮3389 | 2,126.10 | -227.00 |
| Additional Navigate Business Checking SM | 4 | ▮▮▮▮9219 | 317.46 | 121.12 |
| | | Total deposit accounts | $2,443.56 | -$105.88 |

March 31, 2024 ∎ Page 2 of 6



## Navigate Business Checking ℠

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $2,126.10 |
| Deposits/Credits | 129.95 |
| Withdrawals/Debits | - 2,483.05 |
| Ending balance on 3/31 | -$227.00 |

Account number: ▆▆▆▆3389

PIGEONLY INC
DBA FOTOPIGEON
DEBTOR IN POSSESSION
CH11 CASE #24-10355 (NV)

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $17.73 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |
| Total interest paid in 2023 | $0.00 |

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/1 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Mf9Pzj4 on 03/01/24 | 100.00 | | |
| 3/1 | | Purchase authorized on 02/29 Plivo.Com Plivo.Com CA S584060468740219 Card 9481 | | 50.00 | |
| 3/1 | | Recurring Payment authorized on 02/29 Docusign Inc. 800-3799973 DE S584060477435072 Card 9481 | | 15.00 | |
| 3/1 | | Purchase authorized on 02/29 Plivo.Com Plivo.Com CA S584060489176311 Card 9481 | | 50.00 | |
| 3/1 | | Purchase authorized on 02/29 Plivo.Com Plivo.Com CA S384060523193223 Card 9481 | | 50.00 | |
| 3/1 | | Purchase authorized on 02/29 Delaware Corp & Ta 302-739-3073 DE S384060779191093 Card 9481 | | 1,558.00 | |
| 3/1 | | Recurring Payment authorized on 02/29 Asana.Com Httpswww.Asan CA S384060783135293 Card 9481 | | 304.90 | |
| 3/1 | | Recurring Payment authorized on 02/29 Frase, Inc Httpsfrase.Io MA S304061128338048 Card 9481 | | 14.99 | 183.21 |
| 3/4 | | Recurring Payment authorized on 03/01 Regus Management G Iwgplc.Com TX S304061615246878 Card 9481 | | 61.23 | |
| 3/4 | | Recurring Payment authorized on 03/01 Adobe Inc. 408-536-6000 CA S464061658417743 Card 9481 | | 19.99 | |
| 3/4 | | Recurring Payment authorized on 03/01 Segment Startup MO WWW.Segment.C CA S584061675801300 Card 9481 | | 99.00 | |

March 31, 2024 ■ Page 3 of 6



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|---------|---------|
| 3/4 | | Purchase authorized on 03/02 Plivo.Com Plivo.Com CA S304062475111520 Card 9481 | | 50.00 | |
| 3/4 | | Recurring Payment authorized on 03/03 Cloudflare Httpswww.Clou CA S464063329838585 Card 9481 | | 5.00 | |
| 3/4 | | Recurring Payment authorized on 03/03 Experian* Credit R 479-3436237 CA S304063338353646 Card 9481 | | 24.99 | |
| 3/4 | | Recurring Payment authorized on 03/03 Github, Inc. Httpsgithub.C CA S384063656076305 Card 9481 | | 10.00 | |
| 3/4 | | Recurring Payment authorized on 03/03 Tu *Transunion 800-493-3292 CA S584063793917183 Card 9481 | | 29.95 | -116.95 |
| 3/5 | | Overdraft Fee for a Transaction Posted on 03/04 $50.00 Purchase Authori Zed on 03/02 Plivo.Com Plivo.CO | | 35.00 | |
| 3/5 | | Overdraft Fee for a Transaction Posted on 03/04 $24.99 Recurring Payment Authori Zed on 03/03 Experian* Credit R 479-3436 | | 35.00 | |
| 3/5 | | Overdraft Fee for a Transaction Posted on 03/04 $10.00 Recurring Payment Authori Zed on 03/03 Github, Inc. Httpsgit | | 35.00 | |
| 3/5 | | Overdraft Fee for a Transaction Posted on 03/04 $29.95 Recurring Payment Authori Zed on 03/03 Tu *Transunion 800-493- | | 35.00 | -256.95 |
| 3/11 | | Purchase Return authorized on 03/08 Tu *Transunion 800-493-3292 CA S304068692137785 Card 9481 | 29.95 | | -227.00 |
| | | Ending balance on 3/31 | | | -227.00 |
| | | Totals | $129.95 | $2,483.05 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Items returned unpaid

| Date | Description | | Amount |
|------|-------------|---|--------|
| 3/28 | Cox Comm Las Bank Draft 032724 Uphcxiymyatmze5 Pigeonly Inc | Reference #    091000012806323 | 750.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2024 - 03/31/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period | |
|---|---|---|---|
| · Minimum daily balance | $10,000.00 | -$256.95 | ☐ |
| · Combined balance in linked accounts, which may include | $15,000.00 | $636.29 | ☐ |
|   - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | | |
|   - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | | |
|   - Average ledger balance in your Business Time Account | | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

wk/wk

March 31, 2024 ■ Page 4 of 6



---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

 IMPORTANT ACCOUNT INFORMATION

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

## Additional Navigate Business Checking <sup>SM</sup>

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $317.46 |
| Deposits/Credits | 46,100.00 |
| Withdrawals/Debits | - 46,296.34 |
| Ending balance on 3/31 | $121.12 |

Account number: ███████9219

PIGEONLY INC
DEBTOR IN POSSESSION
CH11 CASE #24-10355 (NV)
*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/1 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Mf9Pzj4 on 03/01/24 | | 100.00 | |
| 3/1 | | Zelle to Dubus Emmanuel on 03/01 Ref #Rp0Rzrsxzm | | 200.00 | 17.46 |
| 3/8 | | Direct Pay Individual Pymt Trans | | 4.00 | |
| 3/8 | | Direct Pay Monthly Base | | 10.00 | 3.46 |
| 3/13 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Mjvszps on 03/13/24 | 3,000.00 | | |

March 31, 2024 ■ Page 5 of 6



*Transaction history(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 3/13 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Mjwmbfp on 03/13/24 | 2,700.00 | | |
| 3/13 | | WF Direct Pay-Payment- Payroll -Tran ID Dp86281870 | | 5,654.92 | 48.54 |
| 3/15 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Mkngyvx on 03/15/24 | 13,000.00 | | |
| 3/15 | | WF Direct Pay-Payment- March 8th Payroll-Tran ID Dp86540702 | | 12,502.48 | 546.06 |
| 3/19 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Mlt5Zrz on 03/19/24 | 6,800.00 | | 7,346.06 |
| 3/20 | < | Business to Business ACH Debit - Online Payroll Payroll 240319 0261564 Pigeonly *Inc | | 54.48 | 7,291.58 |
| 3/21 | < | Business to Business ACH Debit - Payroll Service FI38 022324 FI38 FI38 Pigeonly Inc | | 7,212.70 | 78.88 |
| 3/26 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Mnskfh8 on 03/26/24 | 20,600.00 | | |
| 3/26 | | WF Direct Pay-Payment- May 22 Payroll-Tran ID Dp87164026 | | 20,557.76 | 121.12 |
| Ending balance on 3/31 | | | | | 121.12 |
| Totals | | | $46,100.00 | $46,296.34 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2024 - 03/31/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|------|------|------|
| The fee is waived this fee period because the account is linked to a Navigate Business Checking account. | | |

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|------|------|------|
| • The fee is waived when linked to a Navigate Business Checking account | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
WH/WH

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 7 | 150 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $

ADD
B. Any deposits listed in your                              $ _____
register or transfers into                                 $ _____
your account which are not
shown on your statement.                                 + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount $ |  |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801