# EXHIBIT 1

# EXHIBIT 1

Exhibit "1"
Liquidation Analysis

| Current Assets | | | % Recovery |
|---|---|---|---|
| Assets (value is taked from Debtor's Schedules and Statements) | | $455,012.36 | |
| Estimated unencumbered cash | | $30,000.00 | |
| | | $485,012.36 | |

| Payment of Claims | Est. Claim | | |
|---|---|---|---|
| **Secured Claims** | | | |
| Class 2 - U.S. Eagle Federal Credit Union | $3,158,456.91 | | |
| Class 3 - Internal Revenue Service | $17,603.36 | | |
| Class 4 - Balboa Capital Corporation | $107,445.55 | | |
| | $3,283,505.82 | $455,012.36 | 13.86% |
| *Net Liquidation Value After Distribution of Value of to Secured Claims* | | $30,000.00 | |
| **Administrative Claims** | | | |
| Estimated Trustee Fees (Chapter 7) | $7,500.00 | | |
| Theoretical Chapter 7 Professional Fees and Expenses | $30,000.00 | | |
| Chapter 11 Administrative Expenses | $70,000.00 | | |
| | $107,500.00 | $30,000.00 | 28% |
| *Net Liquidation Value After Distribution to Administrative Claims* | | $0.00 | |
| **Priority Claims** | | | |
| Class 2 - Priority Unsecured Claims | $163,722.98 | | |
| Priority Tax Claims | $118,072.78 | | |
| | $281,795.76 | $0.00 | 0% |
| **Unsecured Claims** | | | |
| Class 6: General Unsecured Claims | $1,419,715.12 | | |
| Class 7: SBA Claim | $537,859.59 | | |
| Class 8: GGR Claim | $1,500,000.00 | | |
| | $3,457,574.71 | $0.00 | 0% |
| **Equity Securities** | | | |
| Class 9: SAFEs | | | 0% |
| Class 10: Warrants | | | 0% |
| Class 11: Equity Interests | | | 0% |

\* For purposes of this Chapter 7 Liquidation Analysis, it is assumed hypothetically that the Plan could not ultimately be confirmed at the Confirmation Hearing and, on or about October 31, 2024 (the "Conversion Date"), the Chapter 11 Case is converted to a proceeding under Chapter 7 of the Bankruptcy Code (the "Chapter 7 Case"). In connection with the hypothetical commencement of the Chapter 7 Case, it is assumed that on or about the Conversion Date, a Chapter 7 trustee is appointed to, among other things, manage the liquidation process, complete a claims analysis, defend against causes of action and/or claims asserted against Debtor, and distribute liquidation proceeds and other assets ultimately realized in accordance with the priorities established by the Bankruptcy Code. This Chapter 7 Liquidation Analysis should be read in conjunction with the Disclosure Statement and all undefined, capitalized terms shall have the meaning ascribed to them in the Disclosure Statement and Plan.

# EXHIBIT 2

# EXHIBIT 2

**Exhibit 2: Three Year Projected Disposable Income Projections**

| Month | Q4 2024 | 2025 | 2026 | Q1-Q3 2027 | |
|---|---|---|---|---|---|
| | | | | | |
| Unique Visitors | 478,947 | 2,227,440 | 2,824,932 | 2,605,700 | |
| Signup conversion rate | 7.00% | 7.0% | 7.0% | 7.0% | |
| | | | | | |
| **Marketing Spend** | | | | | |
| Online Marketing | $0 | $0 | $0 | $0 | |
| Offline Marketing Spend | $0 | $0 | $0 | $0 | |
| **Total Marketing Spend** | **$0** | **$0** | **$0** | **$0** | |
| | | | | | |
| **User Acquisition** | | | | | |
| Organic Signups | 33,316 | 154,942 | 196,504 | 181,254 | |
| | | | | | |
| **Conversion Metrics** | | | | | |
| Signup to Paid Conversion Rate | 22% | 22% | 22% | 22% | |
| Return Customer Rate | 70% | 70% | 70% | 70% | |
| | | | | | |
| **User Metrics** | | | | | |
| Total Signups Per Month | 33,316 | 154,942 | 196,504 | 181,254 | |
| New Paying Customers | 7,281 | 33,862 | 42,945 | 39,612 | |
| Returning Customers | 16,098 | 74,160 | 93,942 | 86,651 | |
| **Active Paying Customers** | **7,928** | **10,007** | **12,690** | **16,094** | |
| | | | | | |
| **Gross Revenue** | | | | | |
| Avg Rev Per Customer | $5.00 | $5.00 | $5.00 | $5.00 | |
| Consumer Revenue | $116,896 | $540,108 | $684,435 | $631,313 | |
| Facility Revenue | $1,097,529 | $4,676,921 | $5,603,706 | $4,715,598 | |
| **Total Revenue** | **$1,214,424** | **$5,217,029** | **$6,288,141** | **$5,346,911** | |
| | | | | | |
| **COGS** | | | | | |
| Print Consumables | $12,413 | $72,553 | $130,294 | $162,096 | |
| Shipping and Postage | $58,051 | $329,358 | $581,980 | $724,028 | |
| VoIP | $6,000 | $24,000 | $24,000 | $18,000 | |
| COGS % of Revenue | 12% | 8% | 12% | 18% | |
| **Total COGS** | **$76,464** | **$419,785** | **$711,275** | **$259,343** | |
| | | | | | |
| **Operating Expenses** | | | | | |
| Marketing Spend | $0 | $0 | $0 | $0 | |
| Payroll & Consultants | $677,650 | $3,243,717 | $3,835,800 | $3,016,050 | |
| Business Expenses | $150,514 | $809,614 | $1,002,491 | $937,467 | |
| **Total Operating Expenses** | **$828,164** | **$4,053,330** | **$4,838,291** | **$3,953,517** | |
| | | | | | |
| **Total Expenses** | $904,628 | $4,473,116 | $5,549,566 | $4,857,641 | |
| | | | | | |
| **Net Income** | **$309,796** | **$661,383** | **$738,575** | **$489,270** | **$2,199,023** |

| Bankruptcy Plan Payments | Total Projected Payments Over 3-Year Term |
|---|---|
| **Administrative Claims** | $70,000 |
| **Priority Tax Claims** | $86,220 |
| **Class 1: Priority Unsecured Claims** | $186,084 |
| **Class 2: U.S. Eagle Claim (assuming 1111(b) election)** | $1,353,636 |
| **Class 3: Secured IRS Claim** | $12,852 |
| **Class 4: Balboa Secured Claim** | $107,460 |
| **Class 5: Other Secured Claims** | $0 |
| **Class 6: General Unsecured Claims** | $290,071 |
| **Class 7: SBA Claim** | $92,700 |
| **Class 8: GGR Claim** | $0 |
| **Class 9: SAFEs** | $0 |
| **Class 10: Warrants** | $0 |
| **Class 11: Equity Interests** | $0 |
| **Total Plan Payments** | **$2,199,023** |

**Exhibit 2: Three Year Projected Disposable Income Projections**

| Month | 2024 Oct Projected | 2024 Nov Projected | 2024 Dec Projected |
|---|---|---|---|
| Unique Visitors | 156,498 | 159,628 | 162,821 |
| Signup conversion rate | 7.0% | 7.0% | 7.0% |
| **Marketing Spend** | | | |
| Online Marketing | $0 | $0 | $0 |
| Offline Marketing Spend | $0 | $0 | $0 |
| **Total Marketing Spend** | **$0** | **$0** | **$0** |
| **User Acquisition** | | | |
| Organic Signups | 10,886 | 11,104 | 11,326 |
| **Conversion Metrics** | | | |
| Signup to Paid Conversion Rate | 22% | 22% | 22% |
| Return Customer Rate | 70% | 70% | 70% |
| **User Metrics** | | | |
| Total Signups Per Month | 10,886 | 11,104 | 11,326 |
| New Paying Customers | 2,379 | 2,427 | 2,475 |
| Returning Customers | 5,282 | 5,363 | 5,453 |
| **Active Paying Customers** | **7,661** | **7,790** | **7,928** |
| **Gross Revenue** | | | |
| Avg Rev Per Customer | $5.00 | $5.00 | $5.00 |
| Consumer Revenue | $38,307 | $38,949 | $39,640 |
| Facility Revenue | $428,486 | $349,522 | $319,522 |
| **Total Revenue** | **$466,793** | **$388,470** | **$359,161** |
| **COGS** | | | |
| Print Consumables | $3,938 | $4,134 | $4,341 |
| Shipping and Postage | $18,414 | $19,335 | $20,302 |
| VoIP | $2,000 | $2,000 | $2,000 |
| COGS % of Revenue | 5% | 7% | 7% |
| **Total COGS** | **$24,352** | **$25,469** | **$26,643** |
| **Operating Expenses** | | | |
| Marketing Spend | $0 | $0 | $0 |
| Payroll & Consultants | $222,983 | $225,883 | $228,783 |
| Business Expenses | $50,190 | $50,069 | $50,255 |
| **Total Operating Expenses** | **$273,173** | **$275,953** | **$279,038** |
| **Total Expenses** | **$297,525** | **$301,422** | **$305,681** |
| **Net Income** | **$169,268** | **$87,048** | **$53,480** |
| **Bankruptcy Plan Payments** | | | |
| **Administrative Claims** | $70,000 | | |
| **Priority Tax Claims** | $2,395 | $2,395 | $2,395 |
| **Class 1: Priority Unsecured Claims** | | | $15,507 |
| **Class 2: U.S. Eagle Claim (assuming 1111(b) election)** | $37,601 | $37,601 | $37,601 |
| **Class 3: Secured IRS Claim** | $357 | $357 | $357 |
| **Class 4: Balboa Secured Claim** | $2,985 | $2,985 | $2,985 |
| **Class 5: Other Secured Claims** | $0 | $0 | $0 |
| **Class 6: General Unsecured Claims** | | | $24,173 |
| **Class 7: SBA Claim** | $2,575 | $2,575 | $2,575 |
| **Class 8: GGR Claim** | $0 | $0 | $0 |
| **Class 9: SAFEs** | $0 | $0 | $0 |
| **Class 10: Warrants** | $0 | $0 | $0 |
| **Class 11: Equity Interests** | $0 | $0 | $0 |
| **Total Plan Payments** | **$115,913** | **$45,913** | **$85,593** |

**Exhibit 2: Three Year Projected Disposable Income Projections**

| Month | 2025 Jan Projected | 2025 Feb Projected | 2025 Mar Projected | 2025 Apr Projected | 2025 May Projected | 2025 Jun Projected | 2025 Jul Projected | 2025 Aug Projected | 2025 Sep Projected | 2025 Oct Projected | 2025 Nov Projected | 2025 Dec Projected |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unique Visitors | 166,077 | 169,399 | 172,787 | 176,242 | 179,767 | 183,362 | 187,030 | 190,770 | 194,586 | 198,477 | 202,447 | 206,496 |
| Signup conversion rate | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% |
| **Marketing Spend** | | | | | | | | | | | | |
| Online Marketing | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Offline Marketing Spend | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Marketing Spend** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **User Acquisition** | | | | | | | | | | | | |
| Organic Signups | 11,552 | 11,783 | 12,019 | 12,260 | 12,505 | 12,755 | 13,010 | 13,270 | 13,535 | 13,806 | 14,082 | 14,364 |
| **Conversion Metrics** | | | | | | | | | | | | |
| Signup to Paid Conversion Rate | 22% | 22% | 22% | 22% | 22% | 22% | 22% | 22% | 22% | 22% | 22% | 22% |
| Return Customer Rate | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% |
| **User Metrics** | | | | | | | | | | | | |
| Total Signups Per Month | 11,552 | 11,783 | 12,019 | 12,260 | 12,505 | 12,755 | 13,010 | 13,270 | 13,535 | 13,806 | 14,082 | 14,364 |
| New Paying Customers | 2,525 | 2,575 | 2,627 | 2,679 | 2,733 | 2,787 | 2,843 | 2,900 | 2,958 | 3,017 | 3,078 | 3,139 |
| Returning Customers | 5,550 | 5,652 | 5,759 | 5,870 | 5,984 | 6,102 | 6,223 | 6,346 | 6,472 | 6,601 | 6,733 | 6,867 |
| **Active Paying Customers** | **8,074** | **8,227** | **8,386** | **8,549** | **8,717** | **8,890** | **9,066** | **9,246** | **9,430** | **9,619** | **9,811** | **10,007** |
| **Gross Revenue** | | | | | | | | | | | | |
| Avg Rev Per Customer | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 |
| Consumer Revenue | $40,371 | $41,136 | $41,929 | $42,746 | $43,586 | $44,448 | $45,330 | $46,231 | $47,152 | $48,093 | $49,053 | $50,033 |
| Facility Revenue | $420,142 | $319,522 | $319,522 | $327,022 | $379,522 | $357,522 | $407,112 | $399,612 | $399,612 | $548,112 | $399,612 | $399,612 |
| **Total Revenue** | **$377,982** | **$360,657** | **$361,450** | **$369,768** | **$423,108** | **$401,969** | **$452,442** | **$445,843** | **$446,764** | **$596,205** | **$448,665** | **$449,645** |
| **COGS** | | | | | | | | | | | | |
| Print Consumables | $4,558 | $4,786 | $5,025 | $5,277 | $5,540 | $5,817 | $6,108 | $6,414 | $6,734 | $7,071 | $7,425 | $7,796 |
| Shipping and Postage | $21,317 | $22,383 | $23,502 | $24,677 | $25,911 | $25,985 | $27,284 | $28,648 | $30,081 | $31,585 | $33,164 | $34,822 |
| VoIP | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| COGS % of Revenue | 6% | 8% | 8% | 9% | 8% | 8% | 8% | 8% | 9% | 7% | 9% | 10% |
| **Total COGS** | **$21,750** | **$29,169** | **$30,527** | **$31,954** | **$33,451** | **$33,802** | **$35,392** | **$37,062** | **$38,815** | **$40,656** | **$42,589** | **$44,618** |
| **Operating Expenses** | | | | | | | | | | | | |
| Marketing Spend | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payroll & Consultants | $247,633 | $255,367 | $255,367 | $255,367 | $255,367 | $255,367 | $274,217 | $278,567 | $282,917 | $294,517 | $294,517 | $294,517 |
| Business Expenses | $71,898 | $60,565 | $60,762 | $61,263 | $61,168 | $61,179 | $71,488 | $72,000 | $71,916 | $72,135 | $72,657 | $72,583 |
| **Total Operating Expenses** | **$319,532** | **$315,932** | **$316,129** | **$316,630** | **$316,534** | **$316,546** | **$345,705** | **$350,567** | **$354,832** | **$366,651** | **$367,174** | **$367,099** |
| **Total Expenses** | **$341,282** | **$345,101** | **$346,656** | **$348,583** | **$349,986** | **$350,348** | **$381,097** | **$387,629** | **$393,647** | **$407,307** | **$409,762** | **$411,717** |
| **Net Income** | **$36,700** | **$15,557** | **$14,794** | **$21,185** | **$73,122** | **$51,621** | **$71,345** | **$58,214** | **$53,117** | **$188,898** | **$38,903** | **$37,927** |

**Bankruptcy Plan Payments**

| Class | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Administrative Claims** | | | | | | | | | | | | |
| Priority Tax Claims | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 |
| Class 1: Priority Unsecured Claims | | | $15,507 | | | $15,507 | | | $15,507 | | | $15,507 |
| Class 2: U.S. Eagle Claim (assuming 1111(b) election) | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 |
| Class 3: Secured IRS Claim | $357 | $357 | $357 | $357 | $357 | $357 | $357 | $357 | $357 | $357 | $357 | $357 |
| Class 4: Balboa Secured Claim | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 |
| Class 5: Other Secured Claims | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Class 6: General Unsecured Claims | | | $24,173 | | | $24,173 | | | $24,173 | | | $24,173 |
| Class 7: SBA Claim | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 |
| Class 8: GGR Claim | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Class 9: SAFEs | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Class 10: Warrants | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Class 11: Equity Interests | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Plan Payments** | **$45,913** | **$45,913** | **$85,593** | **$45,913** | **$45,913** | **$85,593** | **$45,913** | **$45,913** | **$85,593** | **$45,913** | **$45,913** | **$85,593** |

| Exhibit 2: Three Year Projected Disposable Income Projections | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Month** | 2026 Jan Projected | 2026 Feb Projected | 2026 Mar Projected | 2026 Apr Projected | 2026 May Projected | 2026 Jun Projected | 2026 Jul Projected | 2026 Aug Projected | 2026 Sep Projected | 2026 Oct Projected | 2026 Nov Projected | 2026 Dec Projected |
| Unique Visitors | 210,626 | 214,838 | 219,135 | 223,518 | 227,988 | 232,548 | 237,199 | 241,943 | 246,782 | 251,717 | 256,752 | 261,887 |
| Signup conversion rate | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% |
| **Marketing Spend** | | | | | | | | | | | | |
| Online Marketing | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Offline Marketing Spend | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Marketing Spend** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **User Acquisition** | | | | | | | | | | | | |
| Organic Signups | 14,651 | 14,944 | 15,243 | 15,548 | 15,859 | 16,176 | 16,500 | 16,830 | 17,166 | 17,510 | 17,860 | 18,217 |
| **Conversion Metrics** | | | | | | | | | | | | |
| Signup to Paid Conversion Rate | 22% | 22% | 22% | 22% | 22% | 22% | 22% | 22% | 22% | 22% | 22% | 22% |
| Return Customer Rate | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% |
| **User Metrics** | | | | | | | | | | | | |
| Total Signups Per Month | 14,651 | 14,944 | 15,243 | 15,548 | 15,859 | 16,176 | 16,500 | 16,830 | 17,166 | 17,510 | 17,860 | 18,217 |
| New Paying Customers | 3,202 | 3,266 | 3,331 | 3,398 | 3,466 | 3,535 | 3,606 | 3,678 | 3,752 | 3,827 | 3,903 | 3,981 |
| Returning Customers | 7,005 | 7,145 | 7,287 | 7,433 | 7,582 | 7,733 | 7,888 | 8,046 | 8,207 | 8,371 | 8,538 | 8,709 |
| **Active Paying Customers** | **10,207** | **10,411** | **10,619** | **10,831** | **11,048** | **11,268** | **11,494** | **11,724** | **11,958** | **12,197** | **12,441** | **12,690** |
| **Gross Revenue** | | | | | | | | | | | | |
| Avg Rev Per Customer | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 |
| Consumer Revenue | $51,033 | $52,053 | $53,093 | $54,155 | $55,238 | $56,342 | $57,469 | $58,618 | $59,791 | $60,987 | $62,206 | $63,450 |
| Facility Revenue | $500,232 | $399,612 | $399,612 | $407,112 | $459,612 | $459,612 | $482,819 | $475,319 | $475,319 | $593,819 | $475,319 | $475,319 |
| **Total Revenue** | **$551,265** | **$451,665** | **$452,705** | **$461,267** | **$514,850** | **$515,954** | **$540,288** | **$533,937** | **$535,110** | **$654,806** | **$537,525** | **$538,769** |
| **COGS** | | | | | | | | | | | | |
| Print Consumables | $8,186 | $8,595 | $9,025 | $9,476 | $9,950 | $10,447 | $10,970 | $11,518 | $12,094 | $12,699 | $13,334 | $14,000 |
| Shipping and Postage | $36,563 | $38,391 | $40,311 | $42,326 | $44,443 | $46,665 | $48,998 | $51,448 | $54,020 | $56,721 | $59,558 | $62,535 |
| VoIP | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| COGS % of Revenue | 13% | 11% | 11% | 12% | 11% | 11% | 11% | 12% | 13% | 11% | 14% | 15% |
| **Total COGS** | **$21,750** | **$48,986** | **$51,336** | **$53,802** | **$56,393** | **$59,112** | **$61,968** | **$64,966** | **$68,115** | **$71,420** | **$74,891** | **$78,536** |
| **Operating Expenses** | | | | | | | | | | | | |
| Marketing Spend | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payroll & Consultants | $319,650 | $319,650 | $319,650 | $319,650 | $319,650 | $319,650 | $319,650 | $319,650 | $319,650 | $319,650 | $319,650 | $319,650 |
| Business Expenses | $76,312 | $73,344 | $122,188 | $73,418 | $73,959 | $73,904 | $84,152 | $84,704 | $84,660 | $84,919 | $85,483 | $85,450 |
| **Total Operating Expenses** | **$395,962** | **$392,994** | **$441,838** | **$393,068** | **$393,609** | **$393,554** | **$403,802** | **$404,354** | **$404,310** | **$404,569** | **$405,133** | **$405,100** |
| **Total Expenses** | **$417,712** | **$441,981** | **$493,174** | **$446,870** | **$450,001** | **$452,666** | **$465,770** | **$469,320** | **$472,424** | **$475,989** | **$480,024** | **$483,636** |
| **Net Income** | **$133,553** | **$9,684** | **-$40,468** | **$14,397** | **$64,848** | **$63,289** | **$74,518** | **$64,617** | **$62,686** | **$178,816** | **$57,501** | **$55,134** |

| **Bankruptcy Plan Payments** | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Administrative Claims** | | | | | | | | | | | | |
| Priority Tax Claims | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 |
| Class 1: Priority Unsecured Claims | | | $15,507 | | | $15,507 | | | $15,507 | | | $15,507 |
| Class 2: U.S. Eagle Claim (assuming 1111(b) election) | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 |
| Class 3: Secured IRS Claim | $357 | $357 | $357 | $357 | $357 | $357 | $357 | $357 | $357 | $357 | $357 | $357 |
| Class 4: Balboa Secured Claim | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 |
| Class 5: Other Secured Claims | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Class 6: General Unsecured Claims | | | $24,173 | | | $24,173 | | | $24,173 | | | $24,173 |
| Class 7: SBA Claim | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 |
| Class 8: GGR Claim | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Class 9: SAFEs | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Class 10: Warrants | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Class 11: Equity Interests | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Plan Payments** | **$45,913** | **$45,913** | **$85,593** | **$45,913** | **$45,913** | **$85,593** | **$45,913** | **$45,913** | **$85,593** | **$45,913** | **$45,913** | **$85,593** |

**Exhibit 2: Three Year Projected Disposable Income Projections**

| Month | 2027 Jan Projected | 2027 Feb Projected | 2027 Mar Projected | 2027 Apr Projected | 2027 May Projected | 2027 Jun Projected | 2027 Jul Projected | 2027 Aug Projected | 2027 Sep Projected | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unique Visitors | 267,124 | 272,467 | 277,916 | 283,475 | 289,144 | 294,927 | 300,826 | 306,842 | 312,979 | |
| Signup conversion rate | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | 7.0% | |
| **Marketing Spend** | | | | | | | | | | |
| Online Marketing | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Offline Marketing Spend | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| **Total Marketing Spend** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | |
| **User Acquisition** | | | | | | | | | | |
| Organic Signups | 18,581 | 18,953 | 19,332 | 19,719 | 20,113 | 20,515 | 20,926 | 21,344 | 21,771 | |
| **Conversion Metrics** | | | | | | | | | | |
| Signup to Paid Conversion Rate | 22% | 22% | 22% | 22% | 22% | 22% | 22% | 22% | 22% | |
| Return Customer Rate | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | 70% | |
| **User Metrics** | | | | | | | | | | |
| Total Signups Per Month | 18,581 | 18,953 | 19,332 | 19,719 | 20,113 | 20,515 | 20,926 | 21,344 | 21,771 | |
| New Paying Customers | 4,061 | 4,142 | 4,225 | 4,309 | 4,396 | 4,483 | 4,573 | 4,665 | 4,758 | |
| Returning Customers | 8,883 | 9,061 | 9,242 | 9,427 | 9,615 | 9,808 | 10,004 | 10,204 | 10,408 | |
| **Active Paying Customers** | **12,944** | **13,203** | **13,467** | **13,736** | **14,011** | **14,291** | **14,577** | **14,868** | **15,166** | |
| **Gross Revenue** | | | | | | | | | | |
| Avg Rev Per Customer | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | $5.00 | |
| Consumer Revenue | $64,719 | $66,014 | $67,334 | $68,681 | $70,054 | $71,455 | $72,884 | $74,342 | $75,829 | |
| Facility Revenue | $575,939 | $475,319 | $475,319 | $482,819 | $535,319 | $535,319 | $550,188 | $542,688 | $542,688 | |
| **Total Revenue** | **$640,658** | **$541,333** | **$542,653** | **$551,500** | **$605,373** | **$606,774** | **$623,072** | **$617,030** | **$618,517** | |
| **COGS** | | | | | | | | | | |
| Print Consumables | $14,700 | $15,436 | $16,207 | $17,018 | $17,869 | $18,762 | $19,700 | $20,685 | $21,719 | |
| Shipping and Postage | $65,662 | $68,945 | $72,393 | $76,012 | $79,813 | $83,803 | $87,994 | $92,393 | $97,013 | |
| VoIP | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | |
| COGS % of Revenue | 13% | 16% | 17% | 17% | 16% | 17% | 18% | 19% | 20% | |
| **Total COGS** | **$82,363** | **$86,381** | **$90,600** | **$95,030** | **$99,681** | **$104,565** | **$109,694** | **$115,078** | **$120,732** | |
| **Operating Expenses** | | | | | | | | | | |
| Marketing Spend | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Payroll & Consultants | $334,150 | $334,150 | $334,150 | $334,150 | $334,150 | $334,150 | $337,050 | $337,050 | $337,050 | |
| Business Expenses | $99,221 | $96,297 | $96,277 | $158,532 | $97,019 | $97,009 | $97,304 | $97,902 | $97,906 | |
| **Total Operating Expenses** | **$433,371** | **$430,447** | **$430,427** | **$492,682** | **$431,169** | **$431,159** | **$434,354** | **$434,952** | **$434,956** | |
| **Total Expenses** | **$515,734** | **$516,828** | **$521,026** | **$587,712** | **$530,851** | **$535,725** | **$544,047** | **$550,031** | **$555,688** | |
| **Net Income** | **$124,924** | **$24,505** | **$21,627** | **-$36,212** | **$74,523** | **$71,050** | **$79,025** | **$66,999** | **$62,829** | |

| Bankruptcy Plan Payments | | | | | | | | | | Total Projected Payments Over 3-Year Term |
|---|---|---|---|---|---|---|---|---|---|---|
| **Administrative Claims** | | | | | | | | | | $70,000 |
| **Priority Tax Claims** | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 | $2,395 | $86,220 |
| **Class 1: Priority Unsecured Claims** | | | $15,507 | | | $15,507 | | | $15,507 | $186,084 |
| **Class 2: U.S. Eagle Claim (assuming 1111(b) election)** | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 | $37,601 | $1,353,636 |
| **Class 3: Secured IRS Claim** | $357 | $357 | $357 | $357 | $357 | $357 | $357 | $357 | $357 | $12,852 |
| **Class 4: Balboa Secured Claim** | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 | $2,985 | $107,460 |
| **Class 5: Other Secured Claims** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Class 6: General Unsecured Claims** | | | $24,173 | | | $24,173 | | | $24,173 | $290,071 |
| **Class 7: SBA Claim** | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 | $2,575 | $92,700 |
| **Class 8: GGR Claim** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Class 9: SAFEs** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Class 10: Warrants** | $0 | $0 | $0 | | | | | | | $0 |
| **Class 11: Equity Interests** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Plan Payments** | **$45,913** | **$45,913** | **$85,593** | **$45,913** | **$45,913** | **$85,593** | **$45,913** | **$45,913** | **$85,593** | **$2,199,023** |

# EXHIBIT 3

# EXHIBIT 3

**EXHIBIT 3: Rejected Executory Contracts**

To the extent any Class 9 SAFE is determined to be an executory contract, such SAFE shall be deemed rejected and treated in accordance with the Plan's treatment of Class 9

To the extent any Class 10 Warrant is determined to be an executory contract, such Warrant shall be deemed rejected and treated in accordance with the Plan's treatment of Class 10 Warrants.