**Fill in this information to identify the case:**

Debtor Name  Pigeonly Inc

United States Bankruptcy Court for the: _____  District of _____

Case number:  24-10355-nmc

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:  26-31st January

Line of business:  Technology

Date report filed: _____
MM / DD / YYYY

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:  Frederick Hutson

Original signature of responsible party  *Frederick Hutson*

Printed name of responsible party  Frederick Hutson

## ◼ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Pigeonly Inc                                     Case number  24-10355-nmc

17.  Have you paid any bills you owed before you filed bankruptcy?                    ☐  ☑  ☐
18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                    $ _____0.00

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.                    $ ___21,812.01

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.                    – $ ___5.00

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.                    + $ ___21,807.00

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.                    = $ ___21,807.00

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**                    $ _____0.00

  *(Exhibit E)*

Debtor Name Pigeonly Inc _____    Case number 24-10355-nmc _____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                         $ _____46,129.95

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                      9

27. What is the number of employees as of the date of this monthly report?                       9

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                      $ _____0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?         $ _____0.00

30. How much have you paid this month in other professional fees?                                                 $ _____0.00

31. How much have you paid in total other professional fees since filing the case?                                $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0.00 | − | $ 21,812.00 | = | $ 21,812.00 |
| 33. **Cash disbursements** | $ 0.00 | − | $ 5.00 | = | $ 5.00 |
| 34. **Net cash flow** | $ 0.00 | − | $ 21,807.00 | = | $ 21,807.00 |

35. Total projected cash receipts for the next month:                                                            $ _____0.00

36. Total projected cash disbursements for the next month:                                                   − $ _____0.00

37. Total projected net cash flow for the next month:                                                        = $ _____0.00

Debtor Name  Pigeonly Inc                                                    Case number 24-10355-nmc

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**Have you paid all of your bills on time?**

We have paid several 1-2 weeks vendors late according to when customer payments have been made to us.

**Did you pay your employees on time?**

Our company's payroll schedule entails employees being paid 2 days after the designated pay date, which is due to the timing of our monthly cash injection dedicated to covering payroll expenses. We anticipate payroll will revert back to the normal schedule once we're able to collect the on the gov contracts we recently closed.

**Do you have any bank accounts open other than the DIP accounts?**
During this period, we continued to use our pre-petition bank accounts as our DIP account was not opened until February 9th.

| Total Cash Receipts | Amount |
|---|---|
| FH Cash Injection | $20.00 |
| eDeposit IN Branch | $21,792.00 |
| Interest on e Deposit IN Branch | $0.01 |
| **Total** | **$21,812.01** |

| | |
|---|---|
| CloudFlare | $5.00 |
| **Total** | **$5.00** |

| Invoice No. | Amount |
|---|---|
| INV-00019 | $1,567.02 |
| INV-00024 | $1,757.70 |
| INV-00028 | $1,580.04 |
| INV-00030 | $1,724.94 |
| INV-00033 | $1,467.06 |
| INV-00039 | $1,643.46 |
| INV-00040 | $1,497.30 |
| INV-00054 | $1,728.72 |
| **Total Outstanding invoice** | **$12,966.24** |

# Wells Fargo Combined Statement of Accounts

January 31, 2024 ■ Page 1 of 9



PIGEONLY INC
DBA FOTOPIGEON
1244 PARK CIR
LAS VEGAS NV 89102-2449

### Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | √ |
| Online Statements | √ |
| Business Bill Pay | √ |
| Business Spending Report | √ |
| Overdraft Protection | ☐ |

## Summary of accounts

### Checking and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Initiate Business Checking ℠ | 2 | ████9572 | -9.39 | 15.01 |
| Navigate Business Checking ℠ | 4 | ████6640 | -21.96 | 21,807.01 |
| | | Total deposit accounts | -$31.35 | $21,822.02 |

January 31, 2024 ■ Page 2 of 9



## Initiate Business Checking ℠

### Statement period activity summary

| | |
|---|---:|
| Beginning balance on 1/1 | -$9.39 |
| Deposits/Credits | 56,869.40 |
| Withdrawals/Debits | - 56,845.00 |
| Ending balance on 1/31 | $15.01 |

Account number: ████████9572

PIGEONLY INC
DBA FOTOPIGEON

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 1/9 | < | Business to Business ACH Debit - Gusto Retry Pymt 240103 6Semk011Nsr Pigeonly Inc | | 315.00 | |
| 1/9 | | State of Delawar Vendor ACH 240105 0000615834 Pigeonly Inc | 12,500.00 | | |
| 1/9 | | Deposit Made In A Branch/Store | 38,114.40 | | |
| 1/9 | | Direct Pay Individual Pymt Trans | | 3.00 | |
| 1/9 | | Direct Pay Nonwf Bus Pymt Trans | | 3.00 | |
| 1/9 | | Direct Pay Monthly Base | | 10.00 | |
| 1/9 | | Wire Trans Svc Charge - Sequence: 240109144007 Srf# Ow00004031528643 Trn#240109144007 Rfb# Ow00004031528643 | | 25.00 | |
| 1/9 | | Online Transfer to Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Lvxbfmv on 01/09/24 | | 2,000.00 | |
| 1/9 | | Online Transfer to Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Lvzks47 on 01/09/24 | | 5,415.00 | |
| 1/9 | | WT Fed#05704 US Bank, NA /Ftr/Bnf=William Harris Srf# Ow00004031528643 Trn#240109144007 Rfb# Ow00004031528643 | | 3,000.00 | |
| 1/9 | | Online Transfer to Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Lvzykcf on 01/09/24 | | 250.00 | |
| 1/9 | | Online Transfer to Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Lw3Jn8H on 01/09/24 | | 1,500.00 | 38,084.01 |
| 1/10 | | State of Delawar Vendor ACH 240108 0000615834 Pigeonly Inc | 6,250.00 | | |
| 1/10 | | Wire Trans Svc Charge - Sequence: 240110118059 Srf# Ow00004034038142 Trn#240110118059 Rfb# Ow00004034038142 | | 25.00 | |
| 1/10 | | Online Transfer to Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Lw4Hs96 on 01/09/24 | | 200.00 | |
| 1/10 | | Online Transfer to Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Lw6Hky4 on 01/10/24 | | 500.00 | |
| 1/10 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx6640 Ref #Ib0Lw6Hsyq on 01/10/24 | | 500.00 | |
| 1/10 | | WT Fed#03365 Jpmorgan Chase Ban /Ftr/Bnf=Work 4 Less Srf# Ow00004034038142 Trn#240110118059 Rfb# Ow00004034038142 | | 12,000.00 | |
| 1/10 | | Online Transfer to Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Lw8P8LI on 01/10/24 | | 1,500.00 | |

January 31, 2024 ■ Page 3 of 9



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 1/10 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx6640 Ref #Ib0Lwbq7Ck on 01/10/24 | | 2,000.00 | |
| 1/10 | | Zelle to Jorgensen Mark on 01/10 Ref #Rp0Rvpw33Z | | 599.00 | 27,010.01 |
| 1/11 | | Online Transfer to Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Lwdm6P8 on 01/10/24 | | 27,000.00 | 10.01 |
| 1/22 | | Zelle From Verified Genius Inc . on 01/22 Ref # Hna01Vajssgv Trusted Copy Stock Buyback | 5.00 | | 15.01 |
| | | Ending balance on 1/31 | | | 15.01 |
| | | Totals | $56,869.40 | $56,845.00 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

&lt;   *Business to Business ACH:  If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Items returned unpaid

| Date | Description | Amount |
|------|-------------|--------|
| 1/4 | Gusto      Fee 482616 240103 6Semk011Nsr   Pigeonly Inc   Reference #    021000020608143 | 315.00 |
| 1/5 | Onpay Inc     Payrollfee 240104 61834       Pigeonly   Reference #    053200982273069 | 40.00 |
| 1/19 | Onpay Inc Payroll 240118 61834 Pigeonly   Reference #    053200986583865 | 40.00 |
| 1/19 | Onpay Inc Payroll 240118 61834 Pigeonly   Reference #    053200986583866 | 40.00 |
| 1/23 | Onpay Inc Payroll 240122 61834 Pigeonly   Reference #    053200983237852 | 42.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2024 - 01/31/2024 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $2,096.00 ☑ |
| • Minimum daily balance | $500.00 | -$324.39 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 16 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

January 31, 2024 ■ Page 4 of 9





# IMPORTANT ACCOUNT INFORMATION

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

## Navigate Business Checking ℠

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/1 | -$21.96 |
| Deposits/Credits | 73,282.01 |
| Withdrawals/Debits | - 51,453.04 |
| Ending balance on 1/31 | $21,807.01 |

Account number: ■■■■■6640
PIGEONLY INC
DBA PIGEONLY CORRECTIONS
*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $1,194.54 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.01 |
| Total interest paid in 2023 | $0.35 |

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/2 | | eDeposit IN Branch 01/02/24 04:39:36 PM 4720 S Eastern Ave Las Vegas NV 9481 | 5,520.00 | | |
| 1/2 | | eDeposit IN Branch 01/02/24 04:41:50 PM 4720 S Eastern Ave Las Vegas NV 9481 | 6,000.00 | | 11,498.04 |
| 1/3 | | WT Seq#19959 Keith S Bowdle /Bnf=Keith Bowdle Srf# Ow00004007525785 Trn#240103019959 Rfb# Ow00004007525785 | | 5,724.58 | |
| 1/3 | | Zelle to Tricina on 01/03 Ref #Rp0RV55Dqd | | 450.00 | 5,323.46 |
| 1/4 | | eDeposit IN Branch 01/04/24 04:23:40 PM 5410 W Charleston Blvd Las Vegas NV 9481 | 11,000.00 | | |
| 1/4 | | Recurring Payment authorized on 01/03 Experian* Credit R 479-3436237 CA S304003348393495 Card 9481 | | 24.99 | |
| 1/4 | | Recurring Payment authorized on 01/03 Docusign Inc. 800-3799973 DE S464003550412385 Card 9481 | | 15.00 | |



*Transaction history(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/4 | | Purchase authorized on 01/03 Wise 188-8908383 NY S464003588973042 Card 9481 | | 850.00 | |
| 1/4 | | Purchase authorized on 01/03 Gaylord Natl Boome 301-965-2000 MD S584003658272859 Card 9481 | | 393.47 | |
| 1/4 | | Recurring Payment authorized on 01/03 Vouched Httpswww.Vouc WA S384003687990974 Card 9481 | | 350.50 | |
| 1/4 | | Recurring Payment authorized on 01/03 Slack T04Hftepj Httpsslack.CO CA S304003811426230 Card 9481 | | 142.34 | |
| 1/4 | | WF Direct Pay-Payment- Office Cleaning-Tran ID Dp81483104 | | 350.00 | |
| 1/4 | | Online Transfer to Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Ltpyk52 on 01/04/24 | | 11,000.00 | 3,197.16 |
| 1/5 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Ltwcvfx on 01/05/24 | 500.00 | | |
| 1/5 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Lv2Kd9F on 01/05/24 | 2,000.00 | | |
| 1/5 | | Recurring Payment authorized on 01/03 Adobe Acropro Subs 408-536-6000 CA S384003425916718 Card 9481 | | 19.99 | |
| 1/5 | | Purchase authorized on 01/03 Hargrove LLC 301-306-9000 MD S304003613162722 Card 9481 | | 521.52 | |
| 1/5 | | Recurring Payment authorized on 01/04 About.ME Pro Plan Httpsabout.ME CA S584004677106786 Card 9481 | | 8.00 | |
| 1/5 | | Purchase authorized on 01/04 Amazon Prime*Tk4Yp Amzn.Com/Bill WA S584004726526296 Card 9481 | | 1.99 | |
| 1/5 | | Recurring Payment authorized on 01/04 Typeform, S.L. Barcelona Esp S304004843382912 Card 9481 | | 29.00 | |
| 1/5 | | Recurring Payment authorized on 01/04 Segment Startup MO WWW.Segment.C CA S304005059621929 Card 9481 | | 99.00 | |
| 1/5 | | Zelle to Ford Marc on 01/05 Ref #Pp0Rvcw4Pt | | 2,500.00 | 2,517.66 |
| 1/8 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Lvgqby8 on 01/07/24 | 700.00 | | |
| 1/8 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Lvgqpql on 01/07/24 | 50.00 | | |
| 1/8 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Lvsqb8B on 01/08/24 | 50.00 | | |
| 1/8 | | Purchase authorized on 01/05 Hargrove LLC 301-306-9000 MD S464005559925798 Card 9481 | | 765.32 | |
| 1/8 | | Purchase authorized on 01/05 Uber Eats Help.Uber.Com CA S584005594707555 Card 9481 | | 45.10 | |
| 1/8 | | Purchase authorized on 01/05 Uber Eats Help.Uber.Com CA S584006021527520 Card 9481 | | 56.72 | |
| 1/8 | | Recurring Payment authorized on 01/05 Salesforce.Com Ser 415-901-8457 CA S464006200574383 Card 9481 | | 461.16 | |
| 1/8 | | Recurring Payment authorized on 01/05 Regus Management G Iwgplc.Com TX S464006252591818 Card 9481 | | 59.00 | |
| 1/8 | | Recurring Payment authorized on 01/05 Regus Management G Iwgplc.Com TX S584006252619881 Card 9481 | | 27.95 | |
| 1/8 | | Zelle to Ford Marc on 01/07 Ref #Pp0Rvgt7Mx | | 1,233.13 | 669.28 |
| 1/9 | | Purchase authorized on 01/07 Spirit Airl 487037 800-7727117 FL S584007582639224 Card 9481 | | 328.09 | |
| 1/9 | | Purchase authorized on 01/07 Fedex940905064892 Collierville TN S584007609195897 Card 9481 | | 35.00 | |
| 1/9 | | Recurring Payment authorized on 01/08 Chegg Order 855-440-1323 CA S384008433937848 Card 9481 | | 19.95 | 286.24 |
| 1/10 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9572 Ref #Ib0Lw6Hsyq on 01/10/24 | 500.00 | | |
| 1/10 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9572 Ref #Ib0Lwbq7Ck on 01/10/24 | 2,000.00 | | |
| 1/10 | | Purchase authorized on 01/07 Fedex788981440765 Collierville TN S384007608999148 Card 9481 | | 232.08 | |
| 1/10 | | Purchase authorized on 01/08 Paystub - Abstract 713-364-8821 TX S584009056899538 Card 9481 | | 14.90 | |
| 1/10 | | Recurring Payment authorized on 01/09 Twilio Sendgrid WWW.Twilio.CO CA S464009289195375 Card 9481 | | 34.95 | 2,504.31 |

January 31, 2024 ■ Page 6 of 9



## Transaction history*(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|-----------|---------|
| 1/11 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Lwkdcpd on 01/11/24 | 200.00 | | |
| 1/11 | | Purchase authorized on 01/10 Ipostalsubscriptio Ipostal1.Com NY S584010568739254 Card 9481 | | 299.00 | |
| 1/11 | | Purchase authorized on 01/10 Wise 188-8908383 NY S304011032057973 Card 9481 | | 336.00 | |
| 1/11 | | Purchase authorized on 01/10 Wise 188-8908383 NY S584011032283915 Card 9481 | | 341.00 | |
| 1/11 | | Purchase authorized on 01/10 Wise 188-8908383 NY S584011032704012 Card 9481 | | 353.00 | |
| 1/11 | | Purchase authorized on 01/10 Wise 188-8908383 NY S384011032947409 Card 9481 | | 353.00 | |
| 1/11 | | Purchase authorized on 01/10 Wise 188-8908383 NY S384011033481674 Card 9481 | | 500.00 | |
| 1/11 | | Purchase authorized on 01/10 Hudson St1374 Las Vegas NV P464011114379913 Card 9481 | | 42.26 | |
| 1/11 | | Purchase authorized on 01/10 Plivo.Com Plivo.Com CA S304011171310492 Card 9481 | | 50.00 | 430.05 |
| 1/12 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Lwt748P on 01/12/24 | 100.00 | | |
| 1/12 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Lwt94N7 on 01/12/24 | 200.00 | | |
| 1/12 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Lwx9P4Z on 01/12/24 | 1,600.00 | | |
| 1/12 | | Purchase authorized on 01/10 Red Mango - 0567 Las Vegas NV S384011117330172 Card 9481 | | 9.74 | |
| 1/12 | | Purchase authorized on 01/10 Uber Trip Help.Uber.Com CA S584011271160615 Card 9481 | | 19.72 | |
| 1/12 | | Recurring Payment authorized on 01/11 Experian* Credit R 479-3436237 CA S304011375973950 Card 9481 | | 9.99 | |
| 1/12 | | Purchase authorized on 01/11 Amazon Prime*Rt2Gk Amzn.Com/Bill WA S584011744062663 Card 9481 | | 14.99 | |
| 1/12 | | Purchase authorized on 01/11 Uber Trip Help.Uber.Com CA S384012068320708 Card 9481 | | 50.99 | |
| 1/12 | | WF Direct Pay-Payment- Payroll-Tran ID Dp82116066 | | 1,692.50 | 532.12 |
| 1/16 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Lxvwnbx on 01/16/24 | 6,050.00 | | |
| 1/16 | | Purchase authorized on 01/11 Kelly Paper Santa Fe Spri CA S464011785310501 Card 9481 | | 245.71 | |
| 1/16 | | Purchase authorized on 01/12 Flblue* Aca WWW.Floridabl FL S584012498534408 Card 9481 | | 75.00 | |
| 1/16 | | Purchase authorized on 01/12 USPS Change of Add 800-238-3150 TN S304012610600002 Card 9481 | | 43.25 | |
| 1/16 | | Purchase authorized on 01/12 Plivo.Com Plivo.Com CA S304012847882279 Card 9481 | | 50.00 | |
| 1/16 | | Recurring Payment authorized on 01/13 Tu *Transunion 800-493-3292 CA S464013794073937 Card 9481 | | 29.95 | |
| 1/16 | | Purchase authorized on 01/13 Plivo.Com Plivo.Com CA S304014036917087 Card 9481 | | 50.00 | |
| 1/16 | | WT Seq187750 Keith S Bowdle /Bnf=Keith Bowdle Srf# Ow00004052459950 Trn#240116187750 Rfb# Ow00004052459950 | | 6,000.00 | 88.21 |
| 1/17 | | Deposit Made In A Branch/Store | 15,000.00 | | |
| 1/17 | | Recurring Payment authorized on 01/16 J2 Efax Services 323-817-3205 CA S384016626838893 Card 9481 | | 18.99 | |
| 1/17 | | Purchase authorized on 01/16 Dave Campbell's Te 972-428-1990 TX S584016792965615 Card 9481 | | 12.98 | |
| 1/17 | | WF Direct Pay-Payment- Payroll-Tran ID Dp82334304 | | 8,282.27 | |
| 1/17 | < | Business to Business ACH Debit - USPS1000058761 259306900 B24015 2Rz1A1Y75x9Jndh Pigeonly Inc Hutson | | 2,652.00 | 4,121.97 |
| 1/18 | | Purchase authorized on 01/17 Imaging Spectrum 214-3429290 TX S304017808497099 Card 9481 | | 1,080.00 | |
| 1/18 | | Purchase authorized on 01/17 Imaging Spectrum 214-3429290 TX S584017809837465 Card 9481 | | 518.70 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/18 | | Recurring Payment authorized on 01/17 Printfriendly.Com Httpswww.Prin CA S304017829435030 Card 9481 | | 10.00 | |
| 1/18 | | Online Transfer to Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Lyglm76 on 01/18/24 | | 500.00 | |
| 1/18 | | WF Direct Pay-Payment- Office Cleaning-Tran ID Dp82404672 | | 350.00 | 1,663.27 |
| 1/19 | | Purchase authorized on 01/18 Plivo.Com Plivo.Com CA S384018483348664 Card 9481 | | 50.00 | |
| 1/19 | | Purchase authorized on 01/18 Flblue* Aca WWW.Floridabl FL S584018542526249 Card 9481 | | 249.62 | |
| 1/19 | | Purchase authorized on 01/18 Fed Debt Public 205-912-6521 AL S464018678481234 Card 9481 | | 143.40 | |
| 1/19 | | Purchase authorized on 01/18 Amazon Ret* 111-60 WWW.Amazon.CO WA S304019038059934 Card 9481 | | 9.11 | |
| 1/19 | | Online Transfer to Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Lytf4Q8 on 01/19/24 | | 198.63 | 1,012.51 |
| 1/22 | | Purchase authorized on 01/18 Apple.Com/Bill 866-712-7753 CA S304019237857949 Card 9481 | | 1.99 | |
| 1/22 | | Recurring Payment authorized on 01/19 Regus Management G Iwgplc.Com TX S384019502728859 Card 9481 | | 27.95 | |
| 1/22 | | Recurring Payment authorized on 01/19 Regus Management G Iwgplc.Com TX S304019502734642 Card 9481 | | 59.00 | |
| 1/22 | | Purchase authorized on 01/19 Kelly Paper Santa Fe Spri CA S304019641525936 Card 9481 | | 173.57 | |
| 1/22 | | Purchase authorized on 01/19 Cox Las Vegas Comm 800-234-3993 NV S464019687185557 Card 9481 | | 750.00 | 0.00 |
| 1/29 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0M3Ddqnk on 01/29/24 | 20.00 | | 20.00 |
| 1/30 | | Recurring Payment authorized on 01/29 Cloudflare Httpswww.Clou CA S464029657354947 Card 9481 | | 5.00 | 15.00 |
| 1/31 | | eDeposit IN Branch 01/31/24 10:59:19 Am 2420 E Sunset Rd Las Vegas NV 9481 | 21,792.00 | | |
| 1/31 | | Interest Payment | 0.01 | | 21,807.01 |
| Ending balance on 1/31 | | | | | 21,807.01 |
| Totals | | | $73,282.01 | $51,453.04 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2024 - 01/31/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|
| The bank has waived the fee for this fee period. | | |

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
|---|---|---|
| · Minimum daily balance | $10,000.00 | -$21.96 ☐ |
| · Combined balance in linked accounts, which may include | $15,000.00 | $3,582.10 ☐ |
| · Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
| · Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |

January 31, 2024 ■ Page 8 of 9



---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| • Average ledger balance in your Business Time Account | | |

wx/wx

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 15 | 250 | 0 | 0.50 | 0.00 |

| Total service charges | $0.00 |
|---|---|



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER
A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ _____

ADD
B. Any deposits listed in your          $ _____
   register or transfers into            $ _____
   your account which are not            $ _____
   shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

CALCULATE THE SUBTOTAL
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

SUBTRACT
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801