| Fill in this information to identify the case: |
| --- |

Debtor Name **Pigeonly Inc**

United States Bankruptcy Court for the: District of Nevada

Case number: **24-10355-nmc**

☐ **Check if this is an amended filing**

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: **April**

Line of business: **Technology**

Date report filed: _____
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: **Sadia Sarwar**

Original signature of responsible party _____

Printed name of responsible party **Sadia Sarwar**

## ▊ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
| --- | --- | :---: | :---: | :---: |
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Pigeonly Inc                                                    Case number  24-10355-nmc

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☐ | ☑ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $    -56.25

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.

   $    62,025.31

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.

   – $    61,905.19

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

   + $    120.12

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

   = $    63.87

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   $    0.00

   *(Exhibit E)*

Debtor Name **Pigeonly Inc**

Case number **24-10355-nmc**

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

$ 35,440.50

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?    9

27. What is the number of employees as of the date of this monthly report?    9

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 0.00

30. How much have you paid this month in other professional fees?    $ 0.00

31. How much have you paid in total other professional fees since filing the case?    $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | *Column A* | − | *Column B* | = | *Column C* |
| | **Projected** | | **Actual** | | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 119,766.00 | − | $ 62,025.31 | = | $ 57,740.69 |
| 33. **Cash disbursements** | $ 118,028.00 | − | $ 61,905.19 | = | $ 56,122.81 |
| 34. **Net cash flow** | $ 1,738.00 | − | $ 120.12 | = | $ 1,617.88 |

35. Total projected cash receipts for the next month:    $ 137,556.00

36. Total projected cash disbursements for the next month:    - $ 126,128.00

37. Total projected net cash flow for the next month:    = $ 11,428.00

Debtor Name  Pigeonly Inc                                              Case number  24-10355-nmc

| 8. Additional Information |
|---|

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**Have you paid all of your bills on time?**

We have paid several 1-2 weeks vendors late according to when customer payments have been made to us.

**Did you pay your employees on time?**

Our company's payroll schedule entails employees being paid 2 days after the designated pay date, which is due to the timing of our monthly cash injection dedicated to covering payroll expenses. We anticipate payroll will revert back to the normal schedule once we're able to collect the on the gov contracts we recently closed.

| Total Cash Receipts | Amount |
|---|---:|
| State of Delawar Vendor | $3,125.00 |
| Experian* Credit R (Reverse) | $9.99 |
| State of Delawar Vendor | $3,125.00 |
| eDeposit IN Branch | $11,237.52 |
| Interest Payment | $0.01 |
| Mobile Deposit | $5,964.00 |
| FH Cash Injection | $19,000.00 |
| eDeposit IN Branch | $6,214.97 |
| FH Cash Injection | $11,500.00 |
| Techmailing Systems LI | $1,085.13 |
| Techmailing Systems LI | $763.69 |
| **Total** | **$62,025.31** |

| Description | Amounts |
|---|---|
| Adobe *Adobe | $19.99 |
| Ahrefs* Ahrefs Singapore | $198.00 |
| Amazon Ret | $85.78 |
| Amazon Ret | $128.67 |
| Amazon.Com | $528.71 |
| Amzn Mktp | $149.56 |
| Apple.Com | $19.95 |
| Asana.Com | $304.90 |
| Bank draft | $380.00 |
| Chegg Order | $19.95 |
| Cloudflare | $10.00 |
| Cox | $760.00 |
| Cssa | $2,000.00 |
| Ebay O* | $487.33 |
| Endicia | $19.99 |
| Experian* Credit R | $9.99 |
| Frase, Inc | $29.98 |
| Github, Inc | $30.00 |
| Insurance | $256.47 |
| Insurance Payment | $24.95 |
| Ipostal20Scanshred | $30.00 |
| Ipostalschedulepic | $1.00 |
| Ipostalstorage | $6.60 |
| Kelly Paper | $338.84 |
| King Printing | $339.85 |
| Monthly Service Fee | $25.00 |
| O/d fee Ubr Postmates | $35.00 |
| Overdraft Fee | $35.00 |
| Paypal *Chegg | $19.95 |
| Payroll | $48,361.99 |
| Plivo Inc | $103.00 |
| Plivo.Com | $850.00 |
| Prime Video Channe | $4.50 |
| Printfriendly.Com | $10.00 |
| Salesforce.Com | $461.19 |
| Segment Startup MO | $198.00 |
| Ubr Postmates | $63.05 |
| USPS Stamps Endici | $3,400.00 |
| Wise | $2,158.00 |
| **Total** | **$61,905.19** |

| Customer | INV number | Amount |
|---|---|---|
| Delaware Department of Correctic | INV-00059 | $10,691.50 |
| Iowa Department of Corrections | INV-00062 | $4,205.00 |
| Madera County Sherrif's Office | INV-00056 | $20,544.00 |
| | | **$35,440.50** |

# Wells Fargo Combined Statement of Accounts

April 30, 2024 ■ Page 1 of 10



PIGEONLY INC
DBA FOTOPIGEON
DEBTOR IN POSSESSION
CH11 CASE #24-10355 (NV)
2252 PAMA LN
LAS VEGAS NV 89119-4734

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | √ |
| Online Statements | √ |
| Business Bill Pay | √ |
| Business Spending Report | √ |
| Overdraft Protection | ☐ |

Other Wells Fargo Benefits

Don't fall for an IRS imposter scam. Learn to spot scams and help avoid tax fraud at www.wellsfargo.com/spottaxscams.

# Summary of accounts

## Checking and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Navigate Business Checking ᴿᴹ | 2 | ▉389 | -227.00 | -70.68 |
| Additional Navigate Business Checking ᴿᴹ | 7 | 219 | 121.12 | 84.92 |
| | | Total deposit accounts | -$105.88 | $14.24 |



# Navigate Business Checking SM

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | -$227.00 |
| Deposits/Credits | 28,499.52 |
| Withdrawals/Debits | - 28,343.20 |
| **Ending balance on 4/30** | **-$70.68** |

Account number: ▮▮▮▮3389
PIGEONLY INC
DBA FOTOPIGEON
DEBTOR IN POSSESSION
CH11 CASE #24-10355 (NV)

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $1,244.16 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.01 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/1 | | State of Delawar Vendor ACH 240328 0000615834 Pigeonly Inc | 3,125.00 | | |
| 4/1 | | Recurring Payment authorized on 03/30 Chegg Order 855-440-1323 CA S384090532310095 Card 0424 | | 19.95 | |
| 4/1 | | Recurring Payment authorized on 03/30 Ahrefs* Ahrefs Singapore Sgp S384090694660948 Card 0424 | | 99.00 | |
| 4/1 | | Recurring Payment authorized on 03/30 Segment Startup MO WWW.Segment.C CA S464091059717474 Card 0424 | | 99.00 | |
| 4/1 | | Purchase authorized on 03/31 Plivo.Com Plivo.Com CA S384091649542714 Card 0424 | | 50.00 | |
| 4/1 | | Recurring Payment authorized on 03/31 Frase, Inc Httpsfrase.Io MA S584092125399822 Card 0424 | | 14.99 | |
| 4/1 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Mqnj2Lp on 04/01/24 | | 2,500.00 | 115.06 |
| 4/2 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0MR89737 on 04/02/24 | 650.00 | | |
| 4/2 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0MR8Bzcl on 04/02/24 | 250.00 | | |
| 4/2 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0MR8Cvc3 on 04/02/24 | 500.00 | | |
| 4/2 | | Recurring Payment authorized on 04/01 Cloudflare Httpswww.Clou CA S584092389193237 Card 0424 | | 5.00 | |
| 4/2 | | Purchase authorized on 04/01 Plivo.Com Plivo.Com CA S584092451465852 Card 0424 | | 50.00 | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/2 | | Recurring Payment authorized on 04/01 Experian* Credit R 479-3436237 CA S464092491762095 Card 0424 | | 9.99 | |
| 4/2 | | Recurring Payment authorized on 04/01 Github, Inc. Httpsgithub.C CA S304092610692310 Card 0424 | | 10.00 | |
| 4/2 | | Recurring Payment authorized on 04/01 Adobe *Adobe 408-536-6000 CA S584092663655747 Card 0424 | | 19.99 | |
| 4/2 | | Recurring Payment Reversal on 04/01 Experian* Credit R 479-3436237 CA S464092491762095 Card 0424 | 9.99 | | 1,430.07 |
| 4/3 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Mrdlqk6 on 04/03/24 | 1,000.00 | | |
| 4/3 | | Recurring Payment authorized on 04/02 Plivo Inc WWW.Plivo.Com TX S384093766240431 Card 0424 | | 103.00 | |
| 4/3 | | Purchase authorized on 04/02 Ebay O*27-11380-45 San Jose CA S384094114195386 Card 0424 | | 97.53 | |
| 4/3 | | Purchase authorized on 04/02 Ebay O*27-11380-45 San Jose CA S384094114195386 Card 0424 | | 105.07 | |
| 4/3 | | Purchase authorized on 04/02 Ebay O*27-11380-45 San Jose CA S384094114195386 Card 0424 | | 110.73 | 2,013.74 |
| 4/4 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Mrq7Cnf on 04/04/24 | 200.00 | | |
| 4/4 | | Purchase authorized on 04/02 USPS Stamps Endici 888-434-0055 DC S464094071315439 Card 0424 | | 550.00 | |
| 4/4 | | Purchase authorized on 04/02 USPS Stamps Endici 888-434-0055 DC S384094072091397 Card 0424 | | 150.00 | |
| 4/4 | | Purchase authorized on 04/02 Amzn Mktp US*Vr9Ym Amzn.Com/Bill WA S464094122060265 Card 0424 | | 149.56 | |
| 4/4 | | Purchase authorized on 04/02 Amazon.Com*Qq4D32M Seattle WA S304094123428731 Card 0424 | | 151.14 | |
| 4/4 | | Purchase authorized on 04/03 Plivo.Com Plivo.Com CA S464094466164833 Card 0424 | | 50.00 | |
| 4/4 | | Purchase authorized on 04/03 Ipostal20Scanshred Ipostal1.Com NY S384094546029296 Card 0424 | | 30.00 | |
| 4/4 | | Recurring Payment authorized on 04/03 Github, Inc. Httpsgithub.C CA S304094607947471 Card 0424 | | 10.00 | |
| 4/4 | | Purchase authorized on 04/03 Plivo.Com Plivo.Com CA S304095051674341 Card 0424 | | 50.00 | 1,073.04 |
| 4/5 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0MS52Mns on 04/05/24 | 1,000.00 | | |
| 4/5 | | Purchase authorized on 04/03 Salesforce.Com Ser 415-901-8457 CA S304094593586900 Card 0424 | | 461.19 | |
| 4/5 | | Recurring Payment authorized on 04/03 Endicia 800-576-3279 TX S584095112953412 Card 0424 | | 19.99 | |
| 4/5 | | Purchase authorized on 04/04 Amazon Ret* 112-95 WWW.Amazon.CO WA S304095573618311 Card 0424 | | 85.78 | |
| 4/5 | | Recurring Payment authorized on 04/04 Asana.Com Httpswww.Asan CA S384095829030261 Card 0424 | | 304.90 | 1,201.18 |
| 4/8 | | Purchase authorized on 04/04 Amazon Ret* 112-99 WWW.Amazon.CO WA S584096169845911 Card 0424 | | 128.67 | |
| 4/8 | | Purchase authorized on 04/04 Amazon.Com*WI0R40N Seattle WA S384096207492270 Card 0424 | | 128.67 | |
| 4/8 | | Purchase authorized on 04/05 Cox Las Vegas Comm 800-234-3993 NV S464096615974800 Card 0424 | | 760.00 | |
| 4/8 | | Purchase authorized on 04/06 Plivo.Com Plivo.Com CA S584097583906162 Card 0424 | | 50.00 | |
| 4/8 | | Purchase authorized on 04/07 Plivo.Com Plivo.Com CA S584098597114618 Card 0424 | | 50.00 | 83.84 |
| 4/9 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0MT8Fdn9 on 04/09/24 | 1,000.00 | | |
| 4/9 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0MT9Q2Zy on 04/09/24 | 300.00 | | |
| 4/9 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Mtd3Plm on 04/09/24 | 400.00 | | |
| 4/9 | | Purchase authorized on 04/08 Plivo.Com Plivo.Com CA S464099467242168 Card 0424 | | 50.00 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/9 | | Cox Comm Las Bank Draft 040924 9Debuaurvduv5Ld Pigeonly Inc | | 380.00 | 1,353.84 |
| 4/10 | | Overdraft Fee for a Transaction Posted on 04/09 $380.00 Cox Comm Las Bank Draft 040924 9Debuaurvduv 5Ld Pigeonly Inc | | 35.00 | |
| 4/10 | | Purchase authorized on 04/09 USPS Stamps Endici 888-434-0055 DC S304100637803193 Card 0424 | | 600.00 | |
| 4/10 | | Purchase authorized on 04/09 Amazon.Com*6A6Rr8K Amzn.Com/Bill WA S304100659760400 Card 0424 | | 248.90 | |
| 4/10 | | Purchase authorized on 04/09 Plivo.Com Plivo.Com CA S584101211349303 Card 0424 | | 50.00 | 419.94 |
| 4/11 | | Purchase authorized on 04/09 King Printing 702-895-7515 NV S384100750985983 Card 0424 | | 339.85 | |
| 4/11 | | Purchase authorized on 04/09 Insurance Payment 706-3223335 GA S384101046740894 Card 0424 | | 24.95 | |
| 4/11 | | Purchase authorized on 04/09 First Insurance Fu 800-8373707 IL S304101046745938 Card 0424 | | 256.47 | -201.33 |
| 4/15 | | State of Delawar Vendor ACH 240411 0000615834 Pigeonly Inc | 3,125.00 | | |
| 4/15 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Mw7Zq2K on 04/15/24 | 600.00 | | |
| 4/15 | | Purchase authorized on 04/13 Ipostalstorage Ipostal1.Com NY S464104480570726 Card 0424 | | 6.60 | |
| 4/15 | | Purchase authorized on 04/14 Plivo.Com Plivo.Com CA S384105474092985 Card 0424 | | 50.00 | |
| 4/15 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Mw4H5Fq on 04/15/24 | | 2,800.00 | 667.07 |
| 4/16 | | eDeposit IN Branch 04/16/24 03:51:38 PM 4720 S Eastern Ave Las Vegas NV 0424 | 11,237.52 | | |
| 4/16 | | Recurring Payment authorized on 04/14 Apple.Com/Bill 866-712-7753 CA S584106202032090 Card 0424 | | 1.99 | |
| 4/16 | | Recurring Payment authorized on 04/14 Apple.Com/Bill 866-712-7753 CA S584106203181826 Card 0424 | | 2.99 | |
| 4/16 | | Recurring Payment authorized on 04/14 Apple.Com/Bill 866-712-7753 CA S304106203427847 Card 0424 | | 5.99 | |
| 4/16 | | Money Transfer authorized on 04/15 Wise NEW York NY S384106820658874 Card 0424 | | 525.00 | |
| 4/16 | | Purchase authorized on 04/15 Plivo.Com Plivo.Com CA S304107010668267 Card 0424 | | 50.00 | 11,318.62 |
| 4/17 | | Purchase authorized on 04/16 Ipostalschedulepic Ipostal1.Com NY S384107805635379 Card 0424 | | 1.00 | |
| 4/17 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Mwp72WV on 04/17/24 | | 9,500.00 | 1,817.62 |
| 4/18 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Mx5Hrwp on 04/18/24 | 800.00 | | |
| 4/18 | | Purchase authorized on 04/17 Plivo.Com Plivo.Com CA S304108438263461 Card 0424 | | 50.00 | |
| 4/18 | | Purchase authorized on 04/17 USPS Stamps Endici 888-434-0055 DC S584108521051999 Card 0424 | | 700.00 | |
| 4/18 | | Purchase authorized on 04/17 Plivo.Com Plivo.Com CA S584108689303832 Card 0424 | | 50.00 | |
| 4/18 | | Recurring Payment authorized on 04/17 Printfriendly.Com Httpswww.Prin CA S304108776602747 Card 0424 | | 10.00 | 1,807.62 |
| 4/19 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Mxd9Gzh on 04/19/24 | 2,500.00 | | |
| 4/19 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Mxddvf6 on 04/19/24 | 250.00 | | |
| 4/19 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Mxhz57W on 04/19/24 | 200.00 | | |
| 4/19 | | Recurring Payment authorized on 04/18 Github, Inc. Httpsgithub.C CA S304109607288094 Card 0424 | | 10.00 | |
| 4/19 | | Money Transfer authorized on 04/18 Wise NEW York NY S304109816240201 Card 0424 | | 204.00 | |
| 4/19 | | Money Transfer authorized on 04/18 Wise NEW York NY S584109816455565 Card 0424 | | 203.00 | |

April 30, 2024 ■ Page 5 of 10



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|--------------------|---------------------|
| 4/19 | | Money Transfer authorized on 04/18 Wise NEW York NY S584109816623286 Card 0424 | | 205.00 | |
| 4/19 | | Money Transfer authorized on 04/18 Wise NEW York NY S464109816819468 Card 0424 | | 242.00 | |
| 4/19 | | Money Transfer authorized on 04/18 Wise NEW York NY S584109817903330 Card 0424 | | 365.00 | |
| 4/19 | | Money Transfer authorized on 04/18 Wise NEW York NY S304109818226662 Card 0424 | | 195.00 | |
| 4/19 | | Money Transfer authorized on 04/18 Wise NEW York NY S384109818444624 Card 0424 | | 219.00 | 3,114.62 |
| 4/22 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0My9Wbsd on 04/22/24 | 600.00 | | |
| 4/22 | | Purchase authorized on 04/19 Plivo.Com Plivo.Com CA S584110444850708 Card 0424 | | 50.00 | |
| 4/22 | | Purchase authorized on 04/19 Cssa 916-3758000 CA S584110572930728 Card 0424 | | 2,000.00 | |
| 4/22 | | Purchase authorized on 04/19 USPS Stamps Endici 888-434-0055 DC S304110578651989 Card 0424 | | 750.00 | |
| 4/22 | | Purchase authorized on 04/19 Ebay O*12-11463-77 408-3766151 CA S584110818015158 Card 0424 | | 49.92 | |
| 4/22 | | Purchase authorized on 04/19 Ebay O*12-11463-77 408-3766151 CA S584110818015158 Card 0424 | | 54.19 | |
| 4/22 | | Purchase authorized on 04/19 Ebay O*12-11463-77 408-3766151 CA S584110818015158 Card 0424 | | 69.89 | |
| 4/22 | | Recurring Payment authorized on 04/19 Paypal *Chegg Txtb 402-935-7733 CA S304110862264651 Card 0424 | | 19.95 | |
| 4/22 | | Purchase authorized on 04/20 Plivo.Com Plivo.Com CA S304111448422789 Card 0424 | | 50.00 | |
| 4/22 | | Purchase authorized on 04/20 Prime Video Channe Amzn.Com/Bill WA S464112063105614 Card 0424 | | 4.50 | |
| 4/22 | | Purchase authorized on 04/21 Plivo.Com Plivo.Com CA S304112466328480 Card 0424 | | 50.00 | |
| 4/22 | | Recurring Payment authorized on 04/21 Ahrefs* Ahrefs Singapore Sgp S304112694669835 Card 0424 | | 99.00 | 517.17 |
| 4/23 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Myjtrw5 on 04/23/24 | 400.00 | | |
| 4/23 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Myk3Lqv on 04/23/24 | 52.00 | | |
| 4/23 | | Purchase authorized on 04/22 Plivo.Com Plivo.Com CA S584113528739958 Card 0424 | | 50.00 | |
| 4/23 | | Purchase authorized on 04/22 USPS Stamps Endici 888-434-0055 DC S584113738423742 Card 0424 | | 450.00 | 469.17 |
| 4/24 | | Recurring Payment authorized on 04/23 Apple.Com/Bill 866-712-7753 CA S304114408522438 Card 0424 | | 5.99 | |
| 4/24 | | Recurring Payment authorized on 04/23 Apple.Com/Bill 866-712-7753 CA S464114409111325 Card 0424 | | 2.99 | |
| 4/24 | | Recurring Payment authorized on 04/23 Segment Startup MO WWW.Segment.C CA S584115015709743 Card 0424 | | 99.00 | 361.19 |
| 4/25 | | Purchase authorized on 04/23 Kelly Paper 909-859-8200 CA S304114664638549 Card 0424 | | 169.42 | |
| 4/25 | | Purchase authorized on 04/23 Kelly Paper Santa Fe Spri CA S464114676804732 Card 0424 | | 169.42 | |
| 4/25 | | Recurring Payment authorized on 04/24 Frase, Inc Httpsfrase.Io MA S384115797474050 Card 0424 | | 14.99 | 7.36 |
| 4/26 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Mzhwdx4 on 04/26/24 | 300.00 | | 307.36 |
| 4/29 | | Purchase authorized on 04/26 USPS Stamps Endici 888-434-0055 DC S464117685042309 Card 0424 | | 200.00 | |
| 4/29 | | Purchase authorized on 04/27 Plivo.Com Plivo.Com CA S304118688835451 Card 0424 | | 50.00 | |
| 4/29 | | Purchase authorized on 04/27 Ubr Postmates Help.Uber.Com CA S304119113999077 Card 0424 | | 63.05 | -5.69 |
| 4/30 | | Overdraft Fee for a Transaction Posted on 04/29 $63.05 Purchase Authori Zed on 04/27 Ubr Postmates Help.Ube | | 35.00 | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/30 | | Recurring Payment authorized on 04/29 Cloudflare Httpswww.Clou CA S384120372408724 Card 0424 | | 5.00 | |
| 4/30 | | Interest Payment | 0.01 | | |
| 4/30 | | Monthly Service Fee | | 25.00 | -70.68 |
| | | Ending balance on 4/30 | | | -70.68 |
| | | Totals | $28,499.52 | $28,343.20 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Items returned unpaid

| Date | Description | | Amount |
|---|---|---|---|
| 4/25 | Cox Comm Las Bank Draft 042424 3Yjxtdqxphu2Qbh Pigeonly    Reference #    091000012205232 | | 750.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2024 - 04/30/2024 | Standard monthly service fee $25.00 | You paid $25.00 |
|---|---|---|
| How to avoid the monthly service fee | Minimum required | This fee period |
| Have any ONE of the following each fee period | | |
| • Minimum daily balance | $10,000.00 | -$201.33 ☐ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $3,360.64 ☐ |
| - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
| - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
| - Average ledger balance in your Business Time Account | | |

WK/WK

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 5 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



# ✓ IMPORTANT ACCOUNT INFORMATION

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

## Additional Navigate Business Checking SM

### Statement period activity summary

| | |
|---|---:|
| Beginning balance on 4/1 | $121.12 |
| Deposits/Credits | 59,327.79 |
| Withdrawals/Debits | - 59,363.99 |
| **Ending balance on 4/30** | **$84.92** |

Account number: ▉▉▉9219

PIGEONLY INC
DEBTOR IN POSSESSION
CH11 CASE #24-10355 (NV)

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 4/1 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Mqnj2Lp on 04/01/24 | 2,500.00 | | 2,621.12 |
| 4/2 | | Mobile Deposit : Ref Number :818020175980 | 5,964.00 | | |
| 4/2 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0MR8Bzcl on 04/02/24 | | 650.00 | |
| 4/2 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0MR8Bzcl on 04/02/24 | | 250.00 | |
| 4/2 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0MR8Cvc3 on 04/02/24 | | 500.00 | 7,185.12 |
| 4/3 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Mrdlqk6 on 04/03/24 | | 1,000.00 | |
| 4/3 | | WF Direct Pay-Payment- Employee Reimbursement-Tran ID Dp87797344 | | 119.75 | 6,065.37 |
| 4/4 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Mrq7Cnf on 04/04/24 | | 200.00 | |
| 4/4 | | Zelle to Rozier Anthony on 04/04 Ref #Rp0S4Mnq7W | | 1,000.00 | 4,865.37 |
| 4/5 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0MS52Mns on 04/05/24 | | 1,000.00 | 3,865.37 |
| 4/8 | | Direct Pay Individual Pymt Trans | | 4.00 | |
| 4/8 | | Direct Pay Monthly Base | | 10.00 | 3,851.37 |
| 4/9 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Mtbgg5S on 04/09/24 | 19,000.00 | | |
| 4/9 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0MT8Fdn9 on 04/09/24 | | 1,000.00 | |
| 4/9 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0MT9Q2Zy on 04/09/24 | | 300.00 | |
| 4/9 | | WF Direct Pay-Payment- Payroll April 5-Tran ID Dp88221956 | | 20,810.89 | |



*Transaction history(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/9 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Mtd3Plm on 04/09/24 | | 400.00 | |
| 4/9 | < | Business to Business ACH Debit - Online Payroll Payroll 240408 6363976 Pigeonly *Inc | | 14.98 | 325.50 |
| 4/15 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Mw4H5Fq on 04/15/24 | 2,800.00 | | |
| 4/15 | | WF Direct Pay-Payment- Payroll April 5-Tran ID Dp88649580 | | 1,473.48 | |
| 4/15 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Mw7Zq2K on 04/15/24 | | 600.00 | 1,052.02 |
| 4/17 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Mwp72WV on 04/17/24 | 9,500.00 | | |
| 4/17 | | WT Fed#01322 Jpmorgan Chase Ban /Ftr/Bnf=Work 4 Less Srf# Ow00004374677767 Trn#240417089101 Rfb# Ow00004374677767 | | 5,000.00 | 5,552.02 |
| 4/18 | | Zelle to Garcia Richard on 04/18 Ref #Rp0S5Rqvyr | | 750.00 | |
| 4/18 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Mx5Hrwp on 04/18/24 | | 800.00 | 4,002.02 |
| 4/19 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Mxd9Gzh on 04/19/24 | | 2,500.00 | |
| 4/19 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Mxddvf6 on 04/19/24 | | 250.00 | |
| 4/19 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Mxhz57W on 04/19/24 | | 200.00 | 1,052.02 |
| 4/22 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0My9Wbsd on 04/22/24 | | 600.00 | 452.02 |
| 4/23 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Myjtrw5 on 04/23/24 | | 400.00 | |
| 4/23 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Myk3Lqv on 04/23/24 | | 52.00 | 0.02 |
| 4/24 | | eDeposit IN Branch 04/24/24 12:05:45 PM 2420 E Sunset Rd Las Vegas NV | 6,214.97 | | |
| 4/24 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Mysypt2 on 04/24/24 | 11,500.00 | | |
| 4/24 | | WF Direct Pay-Payment- Payroll-Tran ID Dp89277752 | | 13,691.39 | 4,023.60 |
| 4/25 | | Stripe Transfer St-O9J6A7B7S8T5 Techmailing Systems LI | 1,085.13 | | |
| 4/25 | | Zelle to Harris William on 04/25 Ref #Rp0S6Dsv9H Payroll | | 1,930.54 | 3,178.19 |
| 4/26 | | Stripe Transfer St-O0F1C9F6V4J0 Techmailing Systems LI | 763.69 | | |
| 4/26 | | WT Seq#22536 Megan C Ford /Bnf=Marc Ford Srf# Ow00004404967726 Trn#240426022536 Rfb# Ow00004404967726 | | 3,556.96 | |
| 4/26 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Mzhwdx4 on 04/26/24 | | 300.00 | 84.92 |
| Ending balance on 4/30 | | | | | 84.92 |
| Totals | | | $59,327.79 | $59,363.99 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH:* *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2024 - 04/30/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|------|------|------|

The fee is waived this fee period because the account is linked to a Navigate Business Checking account.

April 30, 2024 ■ Page 9 of 10



*Monthly service fee summary (continued)*

How to avoid the monthly service fee                                          Minimum required              This fee period
Have any ONE of the following each fee period
 • The fee is waived when linked to a Navigate Business Checking account

WH/WH

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 30 | 150 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

**WELLS FARGO**

## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

A. The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .  $ _____

**ADD**

B. Any deposits listed in your       $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                 TOTAL $ _____

**SUBTRACT**

C. The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . .  $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount | $ |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801