| Fill in this information to identify the case: | |
|---|---|
| Debtor Name __Pigeonly Inc__ | |
| United States Bankruptcy Court for the: District of Nevada | |
| Case number: __24-10355-nmc__ | ☐ Check if this is an amended filing |

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __May__                                    Date report filed: _____
                                                                         MM / DD / YYYY

Line of business: __Technology__                 NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                  __Sadia Sarwar__

Original signature of responsible party    _~signature~_

Printed name of responsible party   __Sadia Sarwar__

## █  1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Pigeonly Inc                                         Case number  24-10355-nmc

17. Have you paid any bills you owed before you filed bankruptcy?                   ❑  ☑  ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❑  ☑  ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                                                                 $ _____ 63.87

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                                     $ _____ 55482.45

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                                  – $ _____ 49540.34

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.          + $ _____ 5942.11

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ _____ 6005.98

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                              $ _____ 0.00

    *(Exhibit E)*

Debtor Name  Pigeonly Inc

Case number  24-10355-nmc

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                    $ _____ 50832

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                    _____ 9

27. What is the number of employees as of the date of this monthly report?                      _____ 9

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30. How much have you paid this month in other professional fees?                                  $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                 $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | *Projected* | − | *Actual* | = | *Difference* |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 137556 | − | $ 55482.45 | = | $ 82073.55 |
| 33. **Cash disbursements** | $ 126128 | − | $ 49540.34 | = | $ 76587.66 |
| 34. **Net cash flow** | $ 11428 | − | $ 5942.11 | = | $ 63.87 |

35. Total projected cash receipts for the next month:                                              $ _____ 136402

36. Total projected cash disbursements for the next month:                                       − $ _____ 125054

37. Total projected net cash flow for the next month:                                            = $ _____ 11348

Debtor Name  Pigeonly Inc

Case number  24-10355-nmc

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Print      Save As...      Reset

**Have you paid all of your bills on time?**

We have paid several 1-2 weeks vendors late according to when customer payments have been made to us.

**Did you pay your employees on time?**

Our company's payroll schedule entails employees being paid 2 days after the designated pay date, which is due to the timing of our monthly cash injection dedicated to covering payroll expenses. We anticipate payroll will revert back to the normal schedule once we're able to collect the on the gov contracts we recently closed.

| Total Cash Receipts | Amount |
|---|---|
| FH Cash Injection | $500.00 |
| FH Cash Injection | $310.00 |
| Chegg Transaction Reversal | $19.95 |
| FH Cash Injection | $350.00 |
| Reversal of O/D fee | $35.00 |
| Twillio O/D fee Reversal Ubr postmates | $35.00 |
| Monthly Service fee reversal | $25.00 |
| eDeposit IN Branch | $4,205.00 |
| FH Cash Injection | $195.00 |
| FH Cash Injection | $3,000.00 |
| FH Cash Injection | $14,900.00 |
| FH Cash Injection | $500.00 |
| FH Cash Injection | $1,000.00 |
| FH Cash Injection | $3,600.00 |
| FH Cash Injection | $8,700.00 |
| FH Cash Injection | $10,500.00 |
| FH Cash Injection | $1,600.00 |
| Online Payroll PR Tax Adj | $7.50 |
| FH Cash Injection | $6,000.00 |
| | **$55,482.45**   $55,546.32 |
| **Total** | |

| Description | Amounts |
|---|---|
| Adobe *Adobe | $19.99 |
| Amazon.Com | $194.98 |
| Asana.Com | $609.80 |
| Chili Piper | $45.00 |
| Cox | $750.00 |
| Google llc | $43.02 |
| Github, Inc | $10.00 |
| Hotel HyattRegency | $734.10 |
| Imaging Spectrum | $1,080.00 |
| Kelly Paper | $299.17 |
| Monthly Service Fee | $50.00 |
| O/d fee Chili Piper | $35.00 |
| Overdraft Fee Twillio Sendgrid | $35.00 |
| Overdraft Fee Plivo.com | $35.00 |
| Overdraft Fee Recurly Inc | $35.00 |
| Overdraft Fee Amazon.com | $35.00 |
| Overdraft Fee Payroll | $35.00 |
| Payroll | $43,699.33 |
| Plivo.Com | $150.00 |
| Recurly Inc | $249.00 |
| Techmailing | $25.00 |
| Twillio | $34.95 |
| USPS Stamps Endici | $460.00 |
| Vouc WA | $351.00 |
| Wire Transfer Service Charge | $25.00 |
| Wise | $500.00 |
| **Total** | **$49,540.34** |

**Receivables**

| Customer | INV number | Amount |
|---|---|---|
| Delaware Department of Correction | INV-00060 | $18,258.00 |
| Iowa Department of Corrections | INV-00064 | $4,030.00 |
| Madera County Sherrif's Office | INV-00056 | $20,544.00 |
| Marin County Sheriff's Office | INV-00065 | $8,000.00 |
| | | **$50,832.00** |

# Wells Fargo Combined Statement of Accounts

May 31, 2024 ■ Page 1 of 8



PIGEONLY INC
DBA FOTOPIGEON
DEBTOR IN POSSESSION
CH11 CASE #24-10355 (NV)
2252 PAMA LN
LAS VEGAS NV 89119-4734

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Service | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

# Summary of accounts

## Checking and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Navigate Business Checking <sup>SM</sup> | 2 | ▩3389 | -70.68 | -14.46 |
| Additional Navigate Business Checking <sup>SM</sup> | 5 | ▩9219 | 84.92 | 0.09 |
| Total deposit accounts | | | $14.24 | -$14.37 |

May 31, 2024 ■ Page 2 of 8



# Navigate Business Checking <sup>SM</sup>

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 5/1 | -$70.68 |
| Deposits/Credits | 7,932.40 |
| Withdrawals/Debits | - 7,876.18 |
| Ending balance on 5/31 | -$14.46 |

Account number: ⬛⬛⬛⬛⬛3389

PIGEONLY INC
DBA FOTOPIGEON
DEBTOR IN POSSESSION
CH11 CASE #24-10355 (NV)

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.00 |
| Average collected balance | $366.14 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.01 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 5/1 | | Online Transfer From Hutson F Everyday Checking xxxxx4022 Ref #Ib0N357Lbg on 05/01/24 | 500.00 | | |
| 5/1 | | Purchase authorized on 04/30 Paypal *Google LLC 402-935-7733 CA S384121736708085 Card 0424 | | 43.20 | 386.12 |
| 5/2 | | Purchase authorized on 05/01 USPS Stamps Endici 888-434-0055 DC S584122731029212 Card 0424 | | 10.00 | |
| 5/2 | < | Business to Business ACH Debit - Authnet Gateway Billing xxxxx6117 Techmailing Systems Ll | | 25.00 | 351.12 |
| 5/3 | | Purchase authorized on 05/02 USPS Stamps Endici 888-434-0055 DC S464123399809502 Card 0424 | | 10.00 | 341.12 |
| 5/6 | | Recurring Payment authorized on 05/02 Adobe 408-536-6000 CA S384123510746602 Card 0424 | | 19.99 | |
| 5/6 | | Purchase authorized on 05/02 Kelly Paper Santa Fe Spri CA S584123527733161 Card 0424 | | 282.37 | |
| 5/6 | | Purchase authorized on 05/02 Kelly Paper Santa Fe Spri CA S584123669571549 Card 0424 | | 16.80 | |
| 5/6 | | Recurring Payment authorized on 05/02 Endicia 800-576-3279 TX S584124148267728 Card 0424 | | 19.99 | |
| 5/6 | | Recurring Payment authorized on 05/03 Github, Inc. Httpsgithub.C CA S384124617954383 Card 0424 | | 10.00 | |
| 5/6 | | Recurring Payment authorized on 05/03 Twilio Sendgrid WWW.Twilio.CO CA S384124651803598 Card 0424 | | 34.95 | |
| 5/6 | | Purchase authorized on 05/04 Plivo.Com Plivo.Com CA S584125516165203 Card 0424 | | 50.00 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/6 | | Recurring Payment authorized on 05/04 Chili Piper Httpswww.Chil NY S304125792669809 Card 0424 | | 45.00 | |
| 5/6 | | Recurring Payment Reversal on 05/04 Paypal *Chegg Txtb 4029357733 CA S304110862264651 Card 0424 | 19.95 | | -118.03 |
| 5/7 | | Overdraft Fee for a Transaction Posted on 05/06 $34.95 Recurring Payment Authori Zed on 05/03 Twilio Sendgrid WWW.Twil | | 35.00 | |
| 5/7 | | Overdraft Fee for a Transaction Posted on 05/06 $50.00 Purchase Authori Zed on 05/04 Plivo.Com Plivo.CO | | 35.00 | |
| 5/7 | | Overdraft Fee for a Transaction Posted on 05/06 $45.00 Recurring Payment Authori Zed on 05/04 Chili Piper Httpswww | | 35.00 | -223.03 |
| 5/8 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0N5H3Ssw on 05/08/24 | 310.00 | | |
| 5/8 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0N5H48R8 on 05/08/24 | 100.00 | | 186.97 |
| 5/9 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0N5Sqq4x on 05/09/24 | 350.00 | | |
| 5/9 | | Purchase authorized on 05/08 Plivo.Com Plivo.Com CA S584129836953295 Card 0424 | | 50.00 | |
| 5/9 | | Purchase authorized on 05/08 Plivo.Com Plivo.Com CA S304129838020751 Card 0424 | | 50.00 | 436.97 |
| 5/10 | | Recurring Payment authorized on 05/09 Asana.Com Httpswww.Asan CA S584131038563109 Card 0424 | | 304.90 | 132.07 |
| 5/13 | | Recurring Payment authorized on 05/10 Recurly Inc 415-8002042 CA S304131437093316 Card 0424 | | 249.00 | |
| 5/13 | | Purchase authorized on 05/11 Amazon Prime*Lp7G7 Amzn.Com/Bill WA S464132755057997 Card 0424 | | 14.99 | -131.92 |
| 5/14 | | Overdraft Fee for a Transaction Posted on 05/13 $249.00 Recurring Payment Authori Zed on 05/10 Recurly Inc 415-8002 | | 35.00 | |
| 5/14 | | Overdraft Fee for a Transaction Posted on 05/13 $14.99 Purchase Authori Zed on 05/11 Amazon Prime*Lp7G7 Amzn.Com | | 35.00 | -201.92 |
| 5/16 | | Reversal of Overdraft Fee for a Transaction Posted on 04/29 $63.05 Purchase Authori Zed on 04/27 Ubr Postmates Help.Ube | 35.00 | | |
| 5/16 | | Provisional Credit for Claim-Ref #2405130011328 | 1.99 | | |
| 5/16 | | Provisional Credit for Claim-Ref #2405130011328 | 2.99 | | |
| 5/16 | | Provisional Credit for Claim-Ref #2405130011328 | 5.99 | | |
| 5/16 | | Overdraft Fee for a Transaction Posted on 05/06 $34.95 Recurring Payment Authori Zed on 05/03 Twilio Sendgrid WWW.Twil Reversals | 35.00 | | |
| 5/16 | | Provisional Credit for Claim-Ref #2405130011328 | 4.50 | | |
| 5/16 | | Provisional Credit for Claim-Ref #2405130011328 | 2.99 | | |
| 5/16 | | Provisional Credit for Claim-Ref #2405130011328 | 5.99 | | |
| 5/16 | | Monthly Service Fee Reversals | 25.00 | | -82.47 |
| 5/29 | | eDeposit IN Branch 05/29/24 01:24:59 PM 2420 E Sunset Rd Las Vegas NV 0075 | 4,205.00 | | |
| 5/29 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Ncqwxw9 on 05/29/24 | 1,000.00 | | |
| 5/29 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Ncrxpbm on 05/29/24 | 750.00 | | |
| 5/29 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Ncs3Mgb on 05/29/24 | 225.00 | | |
| 5/29 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Ncqm36H on 05/29/24 | | 2,100.00 | 3,997.53 |
| 5/30 | | Zelle From Fredrick Hutson on 05/30 Ref # Nav0lmvmau2R | 195.00 | | |
| 5/30 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0ND57Bc3 on 05/30/24 | 158.00 | | |
| 5/30 | | Recurring Payment authorized on 05/29 Asana.Com Httpswww.Asan CA S384150754647481 Card 0075 | | 304.90 | |
| 5/30 | | Money Transfer authorized on 05/29 Wise NEW York NY S464150778587992 Card 0075 | | 500.00 | |

May 31, 2024 ■ Page 4 of 8



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/30 | | Purchase authorized on 05/29 Amazon Ret* 113-16 WWW.Amazon.CO WA S584150832367872 Card 0075 | | 179.99 | 3,365.64 |
| 5/31 | | Purchase authorized on 05/29 Imaging Spectrum 214-3429290 TX S304150838858832 Card 0075 | | 1,080.00 | |
| 5/31 | | Purchase authorized on 05/29 USPS Stamps Endici 888-434-0055 DC S384150845969654 Card 0075 | | 220.00 | |
| 5/31 | | Purchase authorized on 05/30 Vouched Httpswww.Vouc WA S464151562515555 Card 0075 | | 351.00 | |
| 5/31 | | Purchase authorized on 05/30 USPS Stamps Endici 888-434-0055 DC S384151675495323 Card 0075 | | 220.00 | |
| 5/31 | | Purchase authorized on 05/30 Cox Las Vegas Comm 800-234-3993 NV S304151756031956 Card 0075 | | 750.00 | |
| 5/31 | | Purchase authorized on 05/30 Hotels Hyattregen 866-314-4182 CA S384151841001141 Card 0075 | | 734.10 | |
| 5/31 | | Monthly Service Fee | | 25.00 | -14.46 |
| Ending balance on 5/31 | | | | | -14.46 |
| Totals | | | $7,932.40 | $7,876.18 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Items returned unpaid

| Date | Description | | | Amount |
|---|---|---|---|---|
| 5/8 | Cox Comm Las Bank Draft 050724 Jxi9x0SA90Diego Pigeonly | Reference # | 091000017458917 | 1,185.77 |
| 5/15 | Embroker Insuran Embroker I St-G0J7L2Q6W2Q2 Pigeonly Inc | Reference # | 111000027774069 | 1,298.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2024 - 05/31/2024 | Standard monthly service fee $25.00 | You paid $25.00 | |
|---|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period | |
| • Minimum daily balance | $10,000.00 | -$103.58 | ☐ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $1,468.95 | ☐ |
|    - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | | |
|    - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | | |
|    - Average ledger balance in your Business Time Account | | | |

WK/WK



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 3 | 250 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

# ✓ IMPORTANT ACCOUNT INFORMATION



NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

Other Wells Fargo Benefits

June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from the rising risks of scams. Download a guide at wellsfargo.com/protectelders.

# Additional Navigate Business Checking <sup>SM</sup>

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $84.92 |
| Deposits/Credits | 51,907.50 |
| Withdrawals/Debits | - 51,992.33 |
| Ending balance on 5/31 | $0.09 |

Account number: ████9219

PIGEONLY INC
DEBTOR IN POSSESSION
CH11 CASE #24-10355 (NV)

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

May 31, 2024 ■ Page 6 of 8



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0N34Y8Fp on 05/01/24 | 3,000.00 | | |
| 5/1 | | WT Seq183425 Cortnei A Ellis /Bnf=Cortnei Howard Srf# Ow00004427965041 Trn#240501183425 Rfb# Ow00004427965041 | | 2,976.66 | 108.26 |
| 5/8 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0N5G6L84 on 05/08/24 | 14,900.00 | | |
| 5/8 | | Direct Pay Individual Pymt Trans | | 5.00 | |
| 5/8 | | Direct Pay Monthly Base | | 10.00 | |
| 5/8 | | WF Direct Pay-Payment- Payroll-Tran ID Dp90371302 | | 14,803.26 | |
| 5/8 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0N5H48R8 on 05/08/24 | | 100.00 | 90.00 |
| 5/9 | < | Business to Business ACH Debit - Online Payroll Payroll 240508 5850001 Pigeonly *Inc | | 99.97 | -9.97 |
| 5/10 | | Overdraft Fee for a Transaction Posted on 05/09 $99.97 Online Payroll Payroll 240508 5850001 Pigeonly *Inc | | 35.00 | |
| 5/10 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0N66Fylx on 05/10/24 | 500.00 | | |
| 5/10 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0N66L5Zc on 05/10/24 | 1,000.00 | | |
| 5/10 | | WF Direct Pay-Payment- Payroll-Tran ID Dp90606244 | | 1,407.96 | 47.07 |
| 5/13 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0N6Yhxfc on 05/13/24 | 3,600.00 | | |
| 5/13 | | WF Direct Pay-Payment- Payroll-Tran ID Dp90678838 | | 3,556.96 | 90.11 |
| 5/20 | | Online Payroll PR Tax Adj Pigeonly Inc Fl38 | 7.50 | | 97.61 |
| 5/21 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0N9H5Bjd on 05/21/24 | 8,700.00 | | |
| 5/21 | | WF Direct Pay-Payment- Payroll-Tran ID Dp91292236 | | 8,625.60 | 172.01 |
| 5/24 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Nbbs27Q on 05/24/24 | 10,500.00 | | |
| 5/24 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Nbd399V on 05/24/24 | 1,600.00 | | |
| 5/24 | | Wire Trans Svc Charge - Sequence: 240524124248 Srf# Ow00004517920542 Trn#240524124248 Rfb# Ow00004517920542 | | 25.00 | |
| 5/24 | | WT Fed#09534 US Bank, NA /Ftr/Bnf=William Harris Srf# Ow00004517478619 Trn#240524085036 Rfb# Ow00004517478619 | | 2,131.16 | |
| 5/24 | | WT Fed#03558 Global Federal Cre /Ftr/Bnf=Jeffrey Van Doren Srf# Ow00004517818530 Trn#240524115252 Rfb# Ow00004517818530 | | 732.05 | |
| 5/24 | | WT Fed#04527 US Bank, NA /Ftr/Bnf=Cesar Baez Srf# Ow00004517920542 Trn#240524124248 Rfb# Ow00004517920542 | | 1,466.99 | 7,916.81 |
| 5/28 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Nbyx558 on 05/26/24 | 6,000.00 | | |
| 5/28 | | Online Transfer to Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Nbyw8Zx on 05/26/24 | | 6,000.00 | |
| 5/28 | | WF Direct Pay-Payment- Payroll-Tran ID Dp91686698 | | 7,883.72 | 33.09 |
| 5/29 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Ncqm36H on 05/29/24 | 2,100.00 | | |
| 5/29 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Ncqwxw9 on 05/29/24 | | 1,000.00 | |
| 5/29 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Ncrxpbm on 05/29/24 | | 750.00 | |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/29 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Ncs3Mgb on 05/29/24 | | 225.00 | 158.09 |
| 5/30 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0ND57Bc3 on 05/30/24 | | 158.00 | 0.09 |
| Ending balance on 5/31 | | | | | 0.09 |
| Totals | | | $51,907.50 | $51,992.33 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH:  If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2024 - 05/31/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to a Navigate Business Checking account.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any ONE of the following each fee period | | |
| • The fee is waived when linked to a Navigate Business Checking account | | |

WH/WH

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 16 | 150 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |



## Important Information You Should Know

- To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts: Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- In case of errors or questions about other transactions (that are not electronic transfers): Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- If your account has a negative balance: Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

ENTER

A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

ADD

B. Any deposits listed in your                    $ _____
   register or transfers into                      $ _____
   your account which are not                      $ _____
   shown on your statement.                       + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL $ _____

CALCULATE THE SUBTOTAL
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   .                                             TOTAL $ _____

SUBTRACT

C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

CALCULATE THE ENDING BALANCE
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total amount | $ |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801