GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail:  tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>PIGEONLY INC.<br>dba FOTOPIGEON,<br><br>        Debtor(s). | Case No.: 24-10355-nmc<br>Chapter:   11 |

**AMENDMENT COVER SHEET**

**The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).**

☐   Voluntary Petition (specify reason for amendment) <u>Address correction</u>
☐   Summary of Schedules
☐   Schedule A – Real Property
☐   Schedule B – Personal Property
☐   Schedule C – Property Claimed as Exempt
☒   Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
    ☒   Add/delete creditor(s), change amount or classification of debt - **$33.00 fee required**.
    ☐   Add/change address of already listed creditor – **no fee**
☐   Schedule G – Schedule of Executory Contracts & Expired Leases
☐   Schedule H – Codebtors
☐   Schedule I – Current Income of Individual Debtor(s)
☐   Schedule J – Current Expenditures of Individual Debtor(s)
☐   Declaration Regarding Schedules
☐   Statement of Financial Affairs and/or Declaration
☐   Chapter 7 Individual Debtor's Statement of Intention
☐   Disclosure of Compensation of Attorney for Debtor
☐   Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B, or 22C)
☐   Certificate of Credit Counseling
☐   Other: _____

DATED this 3rd day of July 2024.

*Frederick Hutson*
_____
FREDRICK HUTSON
*President*

**Fill in this information to identify the case:**

Debtor name      **Pigeonly, Inc.**

United States Bankruptcy Court for the:      DISTRICT OF NEVADA

Case number (if known)    **24-10355-nmc**

■ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,625.00** |

3.1

**Nonpriority creditor's name and mailing address**

**Elan Office Systems**
**Attn: Managing Member or Bankruptcy Dept**
**6760 Surrey Street**
**Las Vegas, NV 89119**

Date(s) debt was incurred  **4/7/24, 6/13/24**

Last 4 digits of account number  **P40E**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

### Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,625.00 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 2,625.00 |