**Fill in this information to identify the case:**

Debtor Name _Pigeonly Inc_

United States Bankruptcy Court for the: District of Nevada

Case number: _24-10355-nmc_

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: _June_                                Date report filed: _07/22/2024_
                                                                  MM / DD / YYYY

Line of business: _Technology_               NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                _Sadia Sarwar_

Original signature of responsible party  _[signature]_

Printed name of responsible party  _Sadia Sarwar_

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|:---:|:---:|:---:|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. Did you pay your employees on time? | ☐ | ☑ | ☐ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. Have you timely filed all other required government filings? | ☐ | ☐ | ☑ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Pigeonly Inc

Case number  24-10355-nmc

---

17. Have you paid any bills you owed before you filed bankruptcy?  ❏  ☑  ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏  ❏  ☑

---

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$   6,500.98

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$   56,676.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $   56,715.12

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $   39.12

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $   6,540.10

---

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$   0.00

---

Debtor Name  Pigeonly Inc

Case number  24-10355-nmc

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                                     $  96,001.75

  *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                                                     9

27.  What is the number of employees as of the date of this monthly report?                                        9

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?             $        0.00

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $    0.00

30.  How much have you paid this month in other professional fees?                                        $       0.00

31.  How much have you paid in total other professional fees since filing the case?                       $       0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 136,402.00 | − | $ 56,676.00 | = | $ 79,726.00 |
| 33. **Cash disbursements** | $ 125,054.00 | − | $ 56,715.12 | = | $ 68,338.88 |
| 34. **Net cash flow** | $ 11,348.00 | − | $ 39.12 | = | $ |

35.  Total projected cash receipts for the next month:                                                      $ 333,366.00

36.  Total projected cash disbursements for the next month:                                              - $ 143,656.00

37.  Total projected net cash flow for the next month:                                                   = $ 189,710.00

Debtor Name  Pigeonly Inc

Case number  24-10355-nmc

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**Have you paid all of your bills on time?**
We have paid several 1-2 weeks vendors late according to when customer payments have been made to us.

**Did you pay your employees on time?**
Our company's payroll schedule entails employees being paid 2 days after the designated pay date, which is due to the timing of our monthly cash injection dedicated to covering payroll expenses. We anticipate payroll will revert back to the normal schedule once we're able to collect the on the gov contracts we recently closed.

| Total Cash Receipts | Amount |
|---|---:|
| FH Cash Injection | $14,500.00 |
| FH Cash Injection | $9,100.00 |
| FH Cash Injection | $3,121.28 |
| FH Cash Injection | $3,000.00 |
| FH Cash Injection | $2,550.00 |
| FH Cash Injection | $2,140.00 |
| FH Cash Injection | $1,380.00 |
| FH Cash Injection | $200.00 |
| Interest Payment | $0.01 |
| Solano County | $5,964.00 |
| State of Delaware | $10,691.50 |
| State of Iowa | $4,030.00 |
| Interest Payment | $0.01 |
| **Total** | **$56,676.00** |

| Description | Amounts |
|---|---|
| Postage reimbursement | $39.00 |
| Adobe Inc | $54.99 |
| Spectrum | $540.00 |
| Payroll | $47,128.50 |
| Infinite Loop | $400.00 |
| Overdraft Fee USPS | $35.00 |
| USPS | $2,593.00 |
| Wire Transfer Service Charge | $25.00 |
| Plivo.com | $300.00 |
| SEGMENT | $134.00 |
| Kelly Paper | $338.86 |
| Vouched | $386.50 |
| Amazon | $34.50 |
| Wise New York | $415.00 |
| COX | $1,185.77 |
| Eagle Federal Credit Union | $3,000.00 |
| Overdraft Fee Plivo.com | $105.00 |
| **Total** | $56,715.12 |

| | |
|---|---|
| Eagle Federal Credit Unior | -$3,000.00 |
| Unknown Vendor | -$10.00 |
| Unknown Vendor | -$4.00 |

| Customer | INV number | Amount |
|---|---|---|
| Delaware Department of Corrections | INV-00060 | $18,258.00 |
| Delaware Department of Corrections | INV-00063 | $18,258.00 |
| Iowa Department of Corrections | INV-00068 | $2,983.75 |
| Madera County Sherrif's Office | INV-00056 | $20,544.00 |
| New Jersey DOC | INV-00066 | $35,958.00 |
| | | **$96,001.75** |

# Wells Fargo Combined Statement of Accounts

June 30, 2024 ■ Page 1 of 9



PIGEONLY INC
DBA FOTOPIGEON
DEBTOR IN POSSESSION
2510 E SUNSET RD
SUITE 5-800
LAS VEGAS NV 89120-3511

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español: 1-877-337-7454*

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

# Summary of accounts

## *Checking and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Navigate Business Checking ℠ | 2 | 3389 | -14.46 | -357.56 |
| Additional Navigate Business Checking ℠ | 6 | 9219 | 0.09 | 289.91 |
| **Total deposit accounts** | | | **-$14.37** | **-$67.65** |



---

# Navigate Business Checking <sup>SM</sup>

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 6/1 | -$14.46 |
| Deposits/Credits | 24,371.52 |
| Withdrawals/Debits | - 24,714.62 |
| **Ending balance on 6/30** | **-$357.56** |

Account number: ⬛⬛⬛⬛3389

**PIGEONLY INC**
**DBA FOTOPIGEON**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-10355 (NV)**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.01 |
| Average collected balance | $446.30 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.02 |

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 6/3 | | Smwxwx-Plivo.Com Acctverify St-O6W2D3J2T2C6 Pigeonly Inc | 0.01 | | -14.45 |
| 6/5 | | State of Delawar Vendor ACH 240603 0000615834 Pigeonly Inc | 10,691.50 | | |
| 6/5 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Ng6Cb76 on 06/05/24 | 1,187.00 | | |
| 6/5 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Ng6Jbjf on 06/05/24 | 246.00 | | |
| 6/5 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Ng6Jkwp on 06/05/24 | 246.00 | | |
| 6/5 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Ng4Whdf on 06/05/24 | | 10,667.00 | 1,689.05 |
| 6/6 | | Purchase authorized on 06/05 USPS Stamps Endici 888-434-0055 DC S304157399099881 Card 0075 | | 10.00 | |
| 6/6 | | Purchase authorized on 06/05 Cox Las Vegas Comm 800-234-3993 NV S584157626796333 Card 0075 | | 1,185.77 | |
| 6/6 | | Purchase authorized on 06/05 USPS Stamps Endici 888-434-0055 DC S584157638916844 Card 0075 | | 246.00 | |
| 6/6 | | Purchase authorized on 06/05 USPS Stamps Endici 888-434-0055 DC S384157639376955 Card 0075 | | 246.00 | 1.28 |
| 6/7 | | Purchase authorized on 06/06 USPS Stamps Endici 888-434-0055 DC S464158653274409 Card 0075 | | 246.00 | -244.72 |
| 6/10 | | Overdraft Fee for a Transaction Posted on 06/07 $246.00 Purchase Authori Zed on 06/06 USPS Stamps Endici 888-434- | | 35.00 | -279.72 |
| 6/11 | | eDeposit IN Branch 06/11/24 04:23:35 PM 2420 E Sunset Rd Las Vegas NV 0075 | 5,964.00 | | 5,684.28 |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 6/12 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Njbdfyx on 06/12/24 | 500.00 | | |
| 6/12 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Njbffb3 on 06/12/24 | 100.00 | | |
| 6/12 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Njbfm79 on 06/12/24 | 250.00 | | |
| 6/12 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Njbhhvx on 06/12/24 | 269.00 | | |
| 6/12 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Njbhlv5 on 06/12/24 | 200.00 | | |
| 6/12 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0NJ937Zs on 06/12/24 | | 5,000.00 | 2,003.28 |
| 6/13 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Njmwfxb on 06/13/24 | 318.00 | | |
| 6/13 | | Purchase authorized on 06/12 Plivo.Com Plivo.Com CA S384164546225348 Card 0075 | | 100.00 | |
| 6/13 | | Money Transfer authorized on 06/12 Wise NEW York NY S464164643867673 Card 0075 | | 219.00 | |
| 6/13 | | Money Transfer authorized on 06/12 Wise NEW York NY S584164644142242 Card 0075 | | 196.00 | |
| 6/13 | | Purchase authorized on 06/12 USPS Stamps Endici 888-434-0055 DC S304164645729203 Card 0075 | | 246.00 | |
| 6/13 | | Purchase authorized on 06/12 USPS Stamps Endici 888-434-0055 DC S464164646535577 Card 0075 | | 246.00 | |
| 6/13 | | Purchase authorized on 06/12 USPS Stamps Endici 888-434-0055 DC S304164646789974 Card 0075 | | 247.00 | |
| 6/13 | | Purchase authorized on 06/12 Imaging Spectrum 214-3429290 TX S384164653734057 Card 0075 | | 540.00 | 527.28 |
| 6/14 | | Purchase authorized on 06/12 Amzn Mktp US*Ur2Zn Amzn.Com/Bill WA S384164652093367 Card 0075 | | 34.50 | |
| 6/14 | | Purchase authorized on 06/12 Kelly Paper Santa Fe Spri CA S584164663755425 Card 0075 | | 141.19 | |
| 6/14 | | Recurring Payment authorized on 06/13 Vouched Httpswww.Vouc WA S384165492983564 Card 0075 | | 351.50 | 0.09 |
| 6/17 | | Overdraft Fee for a Transaction Posted on 06/14 $351.50 Recurring Payment Authori Zed on 06/13 Vouched Httpswww | | 35.00 | |
| 6/17 | | Purchase authorized on 06/13 USPS Stamps Endici 888-434-0055 DC S464165664881516 Card 0075 | | 246.00 | |
| 6/17 | | Recurring Payment authorized on 06/15 Adobe Inc 800-8336687 CA S584167567068919 Card 0075 | | 19.99 | -300.90 |
| 6/18 | | Overdraft Fee for a Transaction Posted on 06/17 $19.99 Recurring Payment Authori Zed on 06/15 Adobe Inc 800-8336 | | 35.00 | -335.90 |
| 6/20 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Nltczwd on 06/20/24 | 1,000.00 | | |
| 6/20 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Nltvst4 on 06/20/24 | 500.00 | | 1,164.10 |
| 6/21 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0NM543Gb on 06/21/24 | 2,500.00 | | |
| 6/21 | | Purchase authorized on 06/20 USPS Stamps Endici 888-434-0055 DC S464172680777658 Card 0075 | | 264.00 | |
| 6/21 | | Purchase authorized on 06/20 USPS Stamps Endici 888-434-0055 DC S464172681033406 Card 0075 | | 246.00 | |
| 6/21 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0NM57Qfx on 06/21/24 | | 2,500.00 | 654.10 |
| 6/24 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Nmzmxdj on 06/24/24 | 400.00 | | |
| 6/24 | | Money Transfer authorized on 06/20 Apple Cash Sent MO 1Infiniteloop CA S384172644508906 Card 0075 | | 400.00 | |
| 6/24 | | Purchase authorized on 06/20 Kelly Paper Santa Fe Spri CA S584172723993848 Card 0075 | | 197.67 | |
| 6/24 | | Recurring Payment authorized on 06/23 Segment Startup MO WWW.Segment.C CA S304175555575615 Card 0075 | | 99.00 | 357.43 |

June 30, 2024  ■  Page 4 of 9



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 6/25 | | Overdraft Fee for a Transaction Posted on 06/24 $99.00 Recurring Payment Authori Zed on 06/23 Segment Startup MO WWW.Segm | | 35.00 | |
| 6/25 | | Purchase authorized on 06/24 USPS Stamps Endici 888-434-0055 DC S304176609571703 Card 0075 | | 350.00 | |
| 6/25 | | Purchase authorized on 06/24 Plivo.Com Plivo.Com CA S464176755298213 Card 0075 | | 50.00 | |
| 6/25 | | Purchase authorized on 06/24 Plivo.Com Plivo.Com CA S584176755381219 Card 0075 | | 50.00 | |
| 6/25 | | Purchase authorized on 06/24 Plivo.Com Plivo.Com CA S304176755391090 Card 0075 | | 100.00 | -227.57 |
| 6/26 | | Overdraft Fee for a Transaction Posted on 06/25 $50.00 Purchase Authori Zed on 06/25 Plivo.Com Plivo.CO | | 35.00 | |
| 6/26 | | Overdraft Fee for a Transaction Posted on 06/25 $50.00 Purchase Authori Zed on 06/25 Plivo.Com Plivo.CO | | 35.00 | |
| 6/26 | | Overdraft Fee for a Transaction Posted on 06/25 $100.00 Purchase Authori Zed on 06/25 Plivo.Com Plivo.CO | | 35.00 | -332.57 |
| 6/28 | | Interest Payment | 0.01 | | |
| 6/28 | | Monthly Service Fee | | 25.00 | -357.56 |
| **Ending balance on 6/30** | | | | | **-357.56** |
| **Totals** | | | **$24,371.52** | **$24,714.62** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Items returned unpaid

| Date | Description | | Amount |
|------|-------------|--|--------|
| 6/4 | Smwxwx-Plivo.Com Acctverify St-W6P4D7Z9J2I5 Pigeonly Inc    Reference #    091000018288213 | | 0.01 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2024 - 06/30/2024 | Standard monthly service fee $25.00 | You paid $25.00 |
|-----------------------------------|-------------------------------------|-----------------|
| **How to avoid the monthly service fee** Have any **ONE** of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $10,000.00 | -$335.90 ☐ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $735.82 ☐ |
| - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus - Average ledger balance in your Business Time Account | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

WK/WK

June 30, 2024 ■ Page 5 of 9



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 4 | 250 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# ☑ IMPORTANT ACCOUNT INFORMATION

——————

**Effective September 1, 2024,** we are making changes to certain ATM and debit card fees.
1. We will no longer charge a fee for a balance inquiry at non-Wells Fargo ATMs. This $2.50 fee is going away.
2. We will no longer charge a fee for a funds transfer at non-Wells Fargo ATMs. This $2.50 fee is also going away.
3. The fee for a cash withdrawal transaction at non-Wells Fargo ATMs in the U.S. will increase from $2.50 to $3.00. U.S. includes the 50 states and the District of Columbia, as well as the U.S. territories of American Samoa, Guam, Northern Mariana Islands, Puerto Rico, U.S. Minor Outlying Islands, and U.S. Virgin Islands.

We base your account fees on the type of account you have and the services you use, so these fees may not be applicable to all customers. Other applicable fees for use of your card, and details about certain fee waivers and reimbursements, are described in the Wells Fargo Fee and Information Schedule applicable to your account.

——————

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

——————

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

——————

Effective June 20, 2024, the fees for cashed or deposited items that are returned and re-deposited, or returned unpaid have been eliminated for business checking and savings accounts. As such, Wells Fargo will no longer charge a fee when cashed or deposited items are returned and re-deposited or returned unpaid for any reason for these accounts.

——————

**Other Wells Fargo Benefits**

June 30, 2024 ■ Page 6 of 9



June 15 is World Elder Abuse Awareness Day, and now is a great time to learn how to help protect yourself and your loved ones from the rising risks of scams. Download a guide at wellsfargo.com/protectelders.

# Additional Navigate Business Checking ℠

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 6/1 | $0.09 |
| Deposits/Credits | 58,188.28 |
| Withdrawals/Debits | - 57,898.46 |
| **Ending balance on 6/30** | **$289.91** |

Account number: ▒▒▒▒▒49219

**PIGEONLY INC**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-10355 (NV)**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 6/5 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Ng4Whdf on 06/05/24 | 10,667.00 | | |
| 6/5 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Ng8Ft7L on 06/05/24 | 3,121.28 | | |
| 6/5 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Ng6Cb76 on 06/05/24 | | 1,187.00 | |
| 6/5 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Ng6Jbjf on 06/05/24 | | 246.00 | |
| 6/5 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Ng6Jkwp on 06/05/24 | | 246.00 | |
| 6/5 | | WF Direct Pay-Payment- Office Cleaning-Tran ID Dp92391030 | | 200.00 | |
| 6/5 | | WF Direct Pay-Payment- Payroll-Tran ID Dp92406556 | | 11,819.37 | 90.00 |
| 6/6 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Ngl5Vdc on 06/06/24 | 3,000.00 | | |
| 6/6 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Nglgdxr on 06/06/24 | 2,550.00 | | |
| 6/6 | | WF Direct Pay-Payment- Payroll-Tran ID Dp92502580 | | 2,547.34 | 3,092.66 |
| 6/7 | | Bill Pay U.S. Eagle Federal Credit Union on-Line No Account Number on 06-07 | | 3,000.00 | 92.66 |
| 6/10 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Nht2Jbf on 06/10/24 | 2,140.00 | | |
| 6/10 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Nht38CT on 06/10/24 | 200.00 | | |
| 6/10 | | Direct Pay Individual Pymt Trans | | 4.00 | |
| 6/10 | | Direct Pay Monthly Base | | 10.00 | |
| 6/10 | | WF Direct Pay-Payment- Payroll-Tran ID Dp92739528 | | 2,307.69 | |
| 6/10 | < | Business to Business ACH Debit - Online Payroll Payroll 240608 5598299 Pigeonly *Inc | | 14.98 | 95.99 |
| 6/12 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0NJ937Zs on 06/12/24 | 5,000.00 | | |
| 6/12 | | WT Seq#77784 Cortnei A Ellis /Bnf=Cortnei Howard Srf# Ow00004591879858 Trn#240612077784 Rfb# Ow00004591879858 | | 2,976.66 | |

June 30, 2024 ■ Page 7 of 9



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 6/12 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Njbdfyx on 06/12/24 | | 500.00 | |
| 6/12 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Njbffb3 on 06/12/24 | | 100.00 | |
| 6/12 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Njbfm79 on 06/12/24 | | 250.00 | |
| 6/12 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Njbhhvx on 06/12/24 | | 269.00 | |
| 6/12 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Njbhlv5 on 06/12/24 | | 200.00 | 800.33 |
| 6/13 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Njmwfxb on 06/13/24 | | 318.00 | 482.33 |
| 6/14 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Nk433Yj on 06/14/24 | 9,100.00 | | |
| 6/14 | | WF Direct Pay-Payment- Employee Reimbursement -Tran ID Dp92797110 | | 434.00 | |
| 6/14 | | WF Direct Pay-Payment- Payroll-Tran ID Dp93160436 | | 9,019.03 | 129.30 |
| 6/17 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Nkzchxs on 06/17/24 | 1,380.00 | | |
| 6/17 | | WF Direct Pay-Payment- Payroll-Tran ID Dp93235814 | | 1,468.58 | 40.72 |
| 6/20 | | eDeposit IN Branch 06/20/24 10:49:52 Am 2420 E Sunset Rd Las Vegas NV | 4,030.00 | | |
| 6/20 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Nltczwd on 06/20/24 | | 1,000.00 | |
| 6/20 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Nltvst4 on 06/20/24 | | 500.00 | 2,570.72 |
| 6/21 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0NM57Qfx on 06/21/24 | 2,500.00 | | |
| 6/21 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0NM543Gb on 06/21/24 | | 2,500.00 | |
| 6/21 | | WT Fed#01898 US Bank, NA /Ftr/Bnf=William Harris Srf# Ow00004627437293 Trn#240621237349 Rfb# Ow00004627437293 | | 2,131.16 | 439.56 |
| 6/24 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Nmzmxdj on 06/24/24 | | 400.00 | 39.56 |
| 6/26 | | Online Transfer to Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Nnqy2Yp on 06/26/24 | | 39.00 | 0.56 |
| 6/28 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Npds58R on 06/28/24 | 14,500.00 | | |
| 6/28 | | WF Direct Pay-Payment- Payroll-Tran ID Dp94114358 | | 466.99 | |
| 6/28 | | WF Direct Pay-Payment- Payroll-Tran ID Dp94133270 | | 8,115.61 | |
| 6/28 | | WF Direct Pay-Payment- Payroll-Tran ID Dp94137442 | | 5,628.05 | 289.91 |
| **Ending balance on 6/30** | | | | | **289.91** |
| **Totals** | | | **$58,188.28** | **$57,898.46** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ***Business to Business ACH:***  *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2024 - 06/30/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to a Navigate Business Checking account.

June 30, 2024 ■ Page 8 of 9



---

*Monthly service fee summary (continued)*

| | Minimum required | This fee period |
|---|---|---|
| **How to avoid the monthly service fee** | | |
| Have any **ONE** of the following each fee period | | |
| • The fee is waived when linked to a Navigate Business Checking account | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

WH/WH

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 29 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your          $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                              **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801