_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
October 08, 2024
_____

GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>PIGEONLY INC.<br>dba FOTOPIGEON,<br><br>        Debtor. | Case No.: 24-10355-nmc<br>Chapter:   11<br><br>**Confirmation Hearing:**<br>Date:  September 11, 2024<br>Time: 9:30 a.m. |

**ORDER CONFIRMING PIGEONLY, INC.'S CHAPTER 11 PLAN OF REORGANIZATION, DATED APRIL 25, 2024**

Pigeonly, Inc., debtor and debtor-in-possession ("Debtor"), filed *Pigeonly, Inc.'s Chapter 11 Plan of Reorganization, Dated April 25, 2024* [ECF No. 71] (the "Plan"), which was supplemented by the Plan Supplement filed on August 6, 2024 [ECF No. 95] (the "Plan Supplement"). The Plan and Plan Supplement are attached hereto as **Exhibits 1 and 2**, respectively.

The Plan's treatment of the Class 2 U.S. Federal Credit Union claim was amended by the *Stipulation Between Debtor and U.S. Eagle Credit Union Regarding Treatment Under Chapter 11 Plan of Reorganization* [ECF No. 105] (the "U.S. Eagle Stipulation") and the *Order Granting*

*Stipulation Between Debtor and U.S. Eagle Credit Union Regarding Treatment Under Chapter 11 Plan of Reorganization* [ECF No. 109] (the "U.S. Eagle Order," and collectively with the Plan, the Plan Supplement, and the U.S. Eagle Stipulation, the "Final Plan"). The U.S. Eagle Stipulation and U.S. Eagle Order are attached hereto as **Exhibits 3 and 4.**

In accordance with the *Finding of Fact and Conclusions of Law in Support of the Order Confirming Pigeonly, Inc.'s Chapter 11 Plan of Reorganization, Dated April 25, 2024* entered concurrently herewith, it having been determined after a hearing on notice that the requirements for confirmation set forth in 11 U.S.C. § 1191 of the Bankruptcy Code have been satisfied, and good cause appearing;

**IT IS HEREBY ORDERED** that the Final Plan is confirmed.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

GARMAN TURNER GORDON LLP

By: /s/ Talitha Gray Kozlowski
    TALITHA GRAY KOZLOWSKI, ESQ.
    TERESA M. PILATOWICZ, ESQ.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Debtor*

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated in the order.

*Blakeley E. Griffith, Esq.*            APPROVED
*U.S. Eagle Federal Credit Union*

*Nathan Smith, Esq,*            APPROVED
*Subchapter V Trustee*

*Jarred A. Day, Esq.*            APPROVED
*Office of the United States Trustee*

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###