# EXHIBIT A

# EXHIBIT A

**Have you paid all of your bills on time?**
We have paid several 1-2 weeks vendors late according to when customer payments have been made to us.

**Did you pay your employees on time?**
Our company's payroll schedule entails employees being paid 2 days after the designated pay date, which is due to the timing of our monthly cash injection dedicated to covering payroll expenses. We anticipate payroll will revert back to the normal schedule once we're able to collect the on the gov contracts we recently closed.

# EXHIBIT C

# EXHIBIT C

| Total Cash Receipts | Amount |
|---|---|
| IN Branch Deposit | $5,964.00 |
| State OF NEW JERSE | $5,964.00 |
| State Of Delaware | $18,258.00 |
| Interest Income | $0.01 |
| Wire Reversal | $3,861.06 |
| FH Cash Injection | $14,000.00 |
| FH Cash Injection | $500.00 |
| FH Cash Injection | $13,000.00 |
| FH Cash Injection | $1,500.00 |
| Endicia Credit | $700.00 |
| Amazon Return | $100.75 |
| Plivo | $500.00 |
| IN Branch Deposit | $4,020.00 |
| **Total** | **$68,367.82** |

# EXHIBIT D

# EXHIBIT D

| Description | Amounts |
|---|---|
| Accountant | $2,200.00 |
| Adobe | $19.99 |
| Amazon | $294.73 |
| Biberk Insurance Pa | $57.20 |
| Champs Sports | $470.13 |
| Cloud - Google | $3,193.64 |
| Centrics LLC | $650.00 |
| Cox. | $960.00 |
| Dialpad | $623.92 |
| Direct Pay fee | $17.00 |
| Drawings | $250.00 |
| Drawings | $600.00 |
| eBay | $579.16 |
| Endicia | $19.99 |
| Endicia Transfer | $700.00 |
| Fiverr | $161.60 |
| Google | $3,238.56 |
| Imaging Spectrum | $1,080.00 |
| Infiniteloop | $907.28 |
| Ipostal Shipitems Ipostal1.com | $149.19 |
| Ipostal Storage Ipostal1.com | $387.20 |
| Ipostal Service Ipostal1.com | $163.64 |
| Kelly Paper Ca | $767.78 |
| King Printing Nv | $742.36 |
| Las Vegas Comm | $960.00 |
| Matignon Paris | $699.80 |
| Moo Print | $89.71 |
| Monthly Service Fee | $25.00 |
| Overdraft Fee | $140.00 |
| Pandadoc | $140.00 |
| Plivo | $3,020.00 |
| Printfriendly | $10.00 |
| Payroll and Taxes | $54,557.27 |
| Pest control | $100.00 |
| Recurly | $249.00 |
| Remitly | $3,000.00 |
| Segment Startup Mo | $99.00 |
| Silverflume | $666.25 |
| Twilio Sendgrid Www | $34.95 |
| United | $442.17 |
| USPS | $2,576.00 |
| Vouched | $354.50 |
| Vaket | $100.00 |

| | |
|---|---|
| Wise NY | $4,229.26 |
| | $89,726.28 |

# EXHIBIT F

# EXHIBIT F

| Customer | INV number | Amount |
|---|---|---|
| Contra Costa County Sheriffs Office | INV-00045 | $49,500.00 |
| Delaware DSCYF Department of Services for Children, | INV-00078 | $2,500.00 |
| Delaware, Department of Correction | INV-00080 | $18,258.00 |
| Iowa Department of Corrections | INV-00047 | $3,936.25 |
| Las Vegas Department of Public Safety \| Detention Serv | INV-00047 | $30,000.00 |
| New Jersey DOC | INV-00071 | $35,958.00 |
| New Jersey DOC | INV-00077 | $35,958.00 |
| New Jersey DOC | INV-00079 | $35,958.00 |
| St. Louis County Jail | INV-00048 | $30,000.00 |
| | | **$242,068.25** |

# Wells Fargo Combined Statement of Accounts

September 30, 2024 ■ Page 1 of 11



PIGEONLY INC
DBA FOTOPIGEON
DEBTOR IN POSSESSION
2510 E SUNSET RD
SUITE 5-800
LAS VEGAS NV 89120-3511

## Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (825)
              P.O. Box 6995
              Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargo.com/digitalbusinessresources to explore tours, articles, infographics, and other resources on the topics of money movement, account management and monitoring, security and fraud prevention, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

**Other Wells Fargo Benefits**

**Watch for debit card scams so you can avoid them**

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo and they may contact you through a text or an automated phone service that seems legitimate.

No Wells Fargo employee will contact you to ask you:
- for your personal or card information, including your PIN.
- for your device account credentials, to share your screen with them, or to accept a video call.
- to transfer money to another person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- to collect your card in person, have you mail it, or leave it somewhere for pick-up.

**Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account.** You can also check for suspicious activity through our mobile app or online. If you think your card has been used fraudulently, please contact us as soon as possible.

September 30, 2024 ■ Page 2 of 11



---

# Summary of accounts

## Checking and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Navigate Business Checking <sup>SM</sup> | 2 | ████3389 | 5,892.90 | -360.31 |
| Additional Navigate Business Checking <sup>SM</sup> | 8 | 9219 | 15,130.18 | 794.03 |
| | | **Total deposit accounts** | **$21,023.08** | **$433.72** |

---

# Navigate Business Checking <sup>SM</sup>

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $5,892.90 |
| Deposits/Credits | 45,501.82 |
| Withdrawals/Debits | - 51,755.03 |
| **Ending balance on 9/30** | **-$360.31** |

Account number: ██████3389

**PIGEONLY INC**
**DBA FOTOPIGEON**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-10355 (NV)**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $1,284.90 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.04 |

---

# Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/3 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0PF6M52M on 09/01/24 | 1,000.00 | | |
| 9/3 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Pfd2Mdp on 09/02/24 | 1,000.00 | | |
| 9/3 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Pfd2Q6S on 09/02/24 | 1,000.00 | | |
| 9/3 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Pfkf82x on 09/02/24 | 530.00 | | |

September 30, 2024 ■ Page 3 of 11

**WELLS FARGO**

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|----------|-----------|------------|
| 9/3 | | Online Transfer From Pigeonly Inc Ref #Ib0Pfkhr9K Business Checking Endicia | 700.00 | | |
| 9/3 | | Money Transfer authorized on 08/30 Wise NEW York NY S304243294402488 Card 0075 | | 254.12 | |
| 9/3 | | Recurring Payment authorized on 08/30 Google *Cloud VT8P G.CO/Helppay# CA S384243331578261 Card 0075 | | 200.00 | |
| 9/3 | | Purchase authorized on 08/30 Dialpad Inc 415-842-9989 CA S384243535602396 Card 0075 | | 387.15 | |
| 9/3 | | Money Transfer authorized on 08/30 Wise NEW York NY S464243560762633 Card 0075 | | 500.00 | |
| 9/3 | | Money Transfer authorized on 08/30 Wise 888-9083833 NY S384243562500920 Card 0075 | | 400.00 | |
| 9/3 | | Purchase authorized on 08/30 Cox Las Vegas Comm 800-234-3993 NV S584243589546621 Card 0075 | | 760.00 | |
| 9/3 | | Purchase authorized on 08/30 Cox Las Vegas Comm 800-234-3993 NV S384243589837094 Card 0075 | | 200.00 | |
| 9/3 | | Purchase authorized on 08/30 Rmtly* E1502 WWW.Remitly.C WA S384243598109687 Card 0075 | | 3,000.00 | |
| 9/3 | | Purchase authorized on 09/01 Ipostal*Storage Ipostal1.Com NY S584245275116499 Card 0075 | | 193.60 | |
| 9/3 | | Recurring Payment authorized on 09/01 Adobe Inc 800-8336687 CA S384245566425849 Card 0075 | | 19.99 | |
| 9/3 | | Purchase authorized on 09/01 Google Cloud 3Bmv2 650-2530000 CA S304245723504289 Card 0075 | | 685.26 | |
| 9/3 | | Money Transfer authorized on 09/02 Wise NEW York NY S464246421062753 Card 0075 | | 252.55 | |
| 9/3 | | Purchase authorized on 09/02 Plivo.Com Plivo.Com CA S304246479587569 Card 0075 | | 100.00 | |
| 9/3 | | Purchase authorized on 09/02 Plivo.Com Plivo.Com CA S384246479811700 Card 0075 | | 1,000.00 | |
| 9/3 | | Purchase authorized on 09/02 Plivo.Com Plivo.Com CA S584246479905578 Card 0075 | | 250.00 | |
| 9/3 | | Purchase authorized on 09/02 Plivo.Com Plivo.Com CA S464246480367211 Card 0075 | | 100.00 | |
| 9/3 | | Purchase authorized on 09/02 Plivo.Com Plivo.Com CA S464246480456007 Card 0075 | | 100.00 | |
| 9/3 | | Purchase authorized on 09/02 Google *Gsuite_Pig CC@Google.Com CA S464246480907599 Card 0075 | | 22.46 | 1,697.77 |
| 9/4 | | Purchase authorized on 09/02 Matignon Paris Fra S584247038186656 Card 0075 | | 699.80 | |
| 9/4 | | Recurring Payment authorized on 09/02 Endicia 800-576-3279 TX S304247126714383 Card 0075 | | 19.99 | 977.98 |
| 9/5 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Pgfwtpk on 09/05/24 | 750.00 | | |
| 9/5 | | Purchase authorized on 09/03 United 016045 United.Com TX S384247390468420 Card 0075 | | 276.30 | |
| 9/5 | | Purchase authorized on 09/03 United 016241 United.Com TX S304247394572198 Card 0075 | | 165.87 | |
| 9/5 | | Purchase authorized on 09/03 LA Clef Champs Ely Paris Fra S384247446212163 Card 0075 | | 470.13 | |
| 9/5 | | Recurring Payment authorized on 09/04 Google Cloud Hxz2W 650-2530000 CA S584248368301135 Card 0075 | | 500.00 | |
| 9/5 | | Purchase authorized on 09/04 Dialpad Inc 415-842-9989 CA S464248626497523 Card 0075 | | 58.81 | |
| 9/5 | | Recurring Payment authorized on 09/04 Twilio Sendgrid WWW.Twilio.CO CA S464248661995776 Card 0075 | | 34.95 | 221.92 |
| 9/9 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Phpnqmj on 09/09/24 | 750.00 | | |
| 9/9 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Phw5Xgg on 09/09/24 | 1,500.00 | | |
| 9/9 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Phw65K5 on 09/09/24 | 300.00 | | |
| 9/9 | | Purchase authorized on 09/06 Ipostal*Storage Ipostal1.Com NY S384250275696725 Card 0075 | | 193.60 | |

September 30, 2024 ■ Page 4 of 11



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 9/9 | | Recurring Payment authorized on 09/06 Recurly Inc 415-8002042 CA S304250432681870 Card 0075 | | 249.00 | |
| 9/9 | | Purchase authorized on 09/06 Plivo.Com Plivo.Com CA S304250433302900 Card 0075 | | 100.00 | |
| 9/9 | | Purchase authorized on 09/06 Kelly Paper 909-859-8200 CA S464250732820235 Card 0075 | | 186.22 | 2,043.10 |
| 9/10 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Pj2Ysym on 09/10/24 | 750.00 | | |
| 9/10 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Pj3D9Qp on 09/10/24 | 400.00 | | |
| 9/10 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Pj48Pq5 on 09/10/24 | 400.00 | | |
| 9/10 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Pj4B2Hj on 09/10/24 | 100.00 | | |
| 9/10 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Pj4SD43 on 09/10/24 | 750.00 | | |
| 9/10 | | Direct Pay Individual Pymt Trans | | 7.00 | |
| 9/10 | | Direct Pay Monthly Base | | 10.00 | |
| 9/10 | | Purchase authorized on 09/09 Plivo.Com Plivo.Com CA S384253526208097 Card 0075 | | 100.00 | |
| 9/10 | | Purchase authorized on 09/09 Google Cloud Kbzbw 650-2530000 CA S304254064828631 Card 0075 | | 1,500.00 | |
| 9/10 | | Purchase authorized on 09/09 Google Cloud 59L6Z 650-2530000 CA S304254065378021 Card 0075 | | 308.38 | 2,517.72 |
| 9/11 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Pjcw4C2 on 09/11/24 | 750.00 | | |
| 9/11 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Pjgxdpg on 09/11/24 | 250.00 | | |
| 9/11 | | Purchase authorized on 09/10 Dialpad Inc 415-842-9989 CA S304254640932581 Card 0075 | | 59.32 | |
| 9/11 | | Purchase authorized on 09/10 USPS Stamps Endici 888-434-0055 DC S304254645948141 Card 0075 | | 492.00 | |
| 9/11 | | Purchase authorized on 09/10 USPS Stamps Endici 888-434-0055 DC S464254646364553 Card 0075 | | 246.00 | |
| 9/11 | | Purchase authorized on 09/10 Ebay O*11-12052-79 408-3766151 CA S584254659724803 Card 0075 | | 43.30 | |
| 9/11 | | Purchase authorized on 09/10 Ebay O*11-12052-79 408-3766151 CA S584254659724803 Card 0075 | | 188.41 | |
| 9/11 | | Purchase authorized on 09/10 Ebay O*11-12052-79 408-3766151 CA S584254659724803 Card 0075 | | 202.54 | |
| 9/11 | | Money Transfer authorized on 09/10 Wise NEW York NY S304254736778970 Card 0075 | | 400.00 | |
| 9/11 | | Zelle to Harris William on 09/11 Ref #Rp0Sh7Yk2R Paper Purchase | | 230.00 | 1,656.15 |
| 9/12 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Pjps43F on 09/12/24 | 500.00 | | |
| 9/12 | | Purchase authorized on 09/10 King Printing 702-895-7515 NV S304254802093982 Card 0075 | | 742.36 | |
| 9/12 | | Purchase authorized on 09/11 Amazon Mktpl*1M2Xg Amzn.Com/Bill WA S384255666258240 Card 0075 | | 100.75 | |
| 9/12 | | Purchase authorized on 09/11 Amazon RETA* Z875F WWW.Amazon.CO WA S304255667272143 Card 0075 | | 156.06 | |
| 9/12 | | Purchase authorized on 09/11 Amazon Mktpl*Z87x6 Amzn.Com/Bill WA S584255673679053 Card 0075 | | 37.92 | |
| 9/12 | | Purchase authorized on 09/11 Ipostal*Shipitems Ipostal1.Com NY S584255760216787 Card 0075 | | 149.19 | |
| 9/12 | | Purchase authorized on 09/11 Ipostal*Services Ipostal1.Com NY S584255771612064 Card 0075 | | 163.64 | |
| 9/12 | | Purchase authorized on 09/11 Plivo.Com Plivo.Com CA S304256019859668 Card 0075 | | 100.00 | 706.23 |
| 9/13 | | Purchase authorized on 09/11 Kelly Paper Santa Fe Spri CA S464255664486568 Card 0075 | | 186.22 | |
| 9/13 | | Purchase authorized on 09/12 USPS Stamps Endici 888-434-0055 DC S584256680568591 Card 0075 | | 500.00 | 20.01 |

September 30, 2024 ■ Page 5 of 11



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 9/16 | | Purchase Return authorized on 09/13 Amazon Mktplace PM Amzn.Com/Bill WA S584258094171841 Card 0075 | 100.75 | | |
| 9/16 | | Purchase authorized on 09/13 Plivo.Com Plivo.Com CA S304257689644638 Card 0075 | | 100.00 | 20.76 |
| 9/17 | | Overdraft Fee for a Transaction Posted on 09/16 $100.00 Purchase Authori Zed on 09/13 Plivo.Com Plivo.CO | | 35.00 | |
| 9/17 | | Purchase authorized on 09/16 Plivo.Com Plivo.Com CA S584260347946665 Card 0075 | | 100.00 | -114.24 |
| 9/18 | | State of Delawar Vendor ACH 240916 0000615834 Pigeonly Inc | 18,258.00 | | |
| 9/18 | | eDeposit IN Branch 09/18/24 01:36:30 PM 2420 E Sunset Rd Las Vegas NV 0075 | 5,964.00 | | |
| 9/18 | | Online Transfer From Hutson F Ref #Ib0Plm3B9S Everyday Checking Wire Reversal | 3,861.06 | | |
| 9/18 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Plm6PM3 on 09/18/24 | 1,000.00 | | |
| 9/18 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Plm6Z44 on 09/18/24 | 1,000.00 | | |
| 9/18 | | Recurring Payment authorized on 09/17 Printfriendly.Com Httpswww.Prin CA S584261780106299 Card 0075 | | 10.00 | |
| 9/18 | | WT Fed#08382 Suncoast Credit Un /Ftr/Bnf=Lavorian Hutson Srf# Ow00004934328136 Trn#240918073611 Rfb# Ow00004934328136 | | 3,861.06 | |
| 9/18 | | WT Seq#76979 Megan C Ford /Bnf=Marc Ford Srf# Ow00004934351436 Trn#240918076979 Rfb# Ow00004934351436 | | 3,861.06 | |
| 9/18 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Plldnn3 on 09/18/24 | | 10,000.00 | |
| 9/18 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Plm3G3Q on 09/18/24 | | 3,900.00 | 8,336.70 |
| 9/19 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Ply3Ckc on 09/19/24 | 178.00 | | |
| 9/19 | | Purchase authorized on 09/18 Plivo.Com Plivo.Com CA S304262462097069 Card 0075 | | 100.00 | |
| 9/19 | | Purchase authorized on 09/18 Dialpad Inc 415-842-9989 CA S304262580919670 Card 0075 | | 59.32 | |
| 9/19 | | Purchase authorized on 09/18 Ebay O*22-12073-85 408-3766151 CA S384262581911519 Card 0075 | | 109.40 | |
| 9/19 | | Money Transfer authorized on 09/18 Wise 888-9083833 NY S464262620824511 Card 0075 | | 939.59 | |
| 9/19 | | Money Transfer authorized on 09/18 Wise 888-9083833 NY S384262621363947 Card 0075 | | 240.00 | |
| 9/19 | | Money Transfer authorized on 09/18 Wise 888-9083833 NY S584262621607685 Card 0075 | | 140.00 | |
| 9/19 | | Money Transfer authorized on 09/18 Wise 888-9083833 NY S384262621889955 Card 0075 | | 143.00 | |
| 9/19 | | Money Transfer authorized on 09/18 Wise 888-9083833 NY S384262627416934 Card 0075 | | 219.00 | |
| 9/19 | | Money Transfer authorized on 09/18 Wise 888-9083833 NY S464262628443186 Card 0075 | | 241.00 | |
| 9/19 | | Purchase authorized on 09/18 Imaging Spectrum Httpsimagings TX S584262814151057 Card 0075 | | 1,080.00 | |
| 9/19 | | Purchase authorized on 09/18 USPS Stamps Endici 888-434-0055 DC S584262815260830 Card 0075 | | 600.00 | |
| 9/19 | | Purchase authorized on 09/18 USPS Stamps Endici 888-434-0055 DC S304262816093482 Card 0075 | | 246.00 | |
| 9/19 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Plw5954 on 09/19/24 | | 4,000.00 | 397.39 |
| 9/20 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Pmd5Wdc on 09/20/24 | 500.00 | | |
| 9/20 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Pmfgnzh on 09/20/24 | 460.00 | | |
| 9/20 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Pmfgvjf on 09/20/24 | 700.00 | | |

September 30, 2024 ■ Page 6 of 11

WELLS
FARGO

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|-----------|---------|
| 9/20 | | Purchase authorized on 09/19 Biberk Insurance 844-472-0967 PA S584263503081127 Card 0075 | | 57.20 | |
| 9/20 | | Purchase authorized on 09/19 Ebay O*05-12096-51 408-3766151 CA S464263618783320 Card 0075 | | 35.51 | |
| 9/20 | | Purchase authorized on 09/19 Moo Print 857-2657230 DE S584263709179296 Card 0075 | | 89.71 | |
| 9/20 | | Recurring Payment authorized on 09/19 Pandadoc, Inc. 888-865-8755 CA S464263749469097 Card 0075 | | 105.00 | 1,769.97 |
| 9/23 | | Overdraft Fee for a Transaction Posted on 09/20 $105.00 Recurring Payment Authori Zed on 09/19 Pandadoc, Inc. 888-865- | | 35.00 | |
| 9/23 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Pmqwqm6 on 09/21/24 | 700.00 | | |
| 9/23 | | Online Transfer From Pigeonly Inc Ref #Ib0Pmz8Q5G Business Checking Plivo | 250.00 | | |
| 9/23 | | Purchase authorized on 09/19 Kelly Paper Santa Fe Spri CA S584263532489959 Card 0075 | | 197.67 | |
| 9/23 | | Recurring Payment authorized on 09/20 Vouched Httpswww.Vouc WA S584264576745643 Card 0075 | | 354.50 | |
| 9/23 | | Purchase authorized on 09/20 USPS Stamps Endici 888-434-0055 DC S304264672306025 Card 0075 | | 246.00 | |
| 9/23 | | Purchase authorized on 09/20 USPS Stamps Endici 888-434-0055 DC S384264672585479 Card 0075 | | 246.00 | |
| 9/23 | | Purchase authorized on 09/20 NV Sos Silverflume 775-684-5780 NV S384264746667941 Card 0075 | | 650.00 | |
| 9/23 | | Purchase authorized on 09/20 WF4Nvsosrflm*Servi 775-684-5780 CA S584264746672896 Card 0075 | | 16.25 | |
| 9/23 | | Purchase authorized on 09/20 Plivo.Com Plivo.Com CA S464264758374322 Card 0075 | | 100.00 | |
| 9/23 | | Recurring Payment authorized on 09/20 Segment Startup MO WWW.Segment.C CA S464265051667313 Card 0075 | | 99.00 | |
| 9/23 | | Money Transfer authorized on 09/21 Wise 888-9083833 NY S384265751734322 Card 0075 | | 500.00 | |
| 9/23 | | Online Transfer to Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Pmz94N5 on 09/22/24 | | 250.00 | 25.55 |
| 9/24 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Pnhxlrg on 09/24/24 | 1,000.00 | | |
| 9/24 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx9219 Ref #Ib0Pnhy2Rg on 09/24/24 | 100.00 | | 1,125.55 |
| 9/25 | | Purchase authorized on 09/24 Fiverr * 9543682267 NY S584268526379777 Card 0075 | | 126.60 | 998.95 |
| 9/26 | | Overdraft Fee for a Transaction from 09/25 $126.60 Purchase Authori Zed on 09/24 Fiverr * 95436822 | | 35.00 | |
| 9/26 | | Money Transfer authorized on 09/24 Apple Cash Sent MO 1Infiniteloop CA S584268642210346 Card 0075 | | 82.28 | |
| 9/26 | | Money Transfer authorized on 09/24 Apple Cash Sent MO 1Infiniteloop CA S384268643194997 Card 0075 | | 825.00 | |
| 9/26 | | Purchase authorized on 09/25 Dialpad Inc 415-842-9989 CA S464269663703589 Card 0075 | | 59.32 | |
| 9/26 | | Purchase authorized on 09/25 Plivo.Com Plivo.Com CA S304269688983883 Card 0075 | | 100.00 | -102.65 |
| 9/27 | | Overdraft Fee for a Transaction Posted on 09/26 $100.00 Purchase Authori Zed on 09/25 Plivo.Com Plivo.CO | | 35.00 | -137.65 |
| 9/30 | | Purchase authorized on 09/26 Kelly Paper Santa Fe Spri CA S584270568520254 Card 0075 | | 197.67 | |
| 9/30 | | Interest Payment | 0.01 | | |
| 9/30 | | Monthly Service Fee | | 25.00 | -360.31 |
| **Ending balance on 9/30** | | | | | **-360.31** |
| **Totals** | | | **$45,501.82** | **$51,755.03** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*



## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2024 - 09/30/2024 | Standard monthly service fee $25.00 | You paid $25.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| • Minimum daily balance | $10,000.00 | -$335.32 ☐ |
| • Combined balance in linked accounts, which may include | $15,000.00 | $5,190.48 ☐ |
|   - Average ledger balance in your Navigate Business Checking, Initiate Business Checking, and Additional Navigate Business Checking, plus | | |
|   - Average ledger balance in your Business Market Rate Savings and Business Platinum Savings, plus | | |
|   - Average ledger balance in your Business Time Account (CD) | | |

WK/WK

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 20,000 | 0 | 0.0030 | 0.00 |
| Transactions | 8 | 250 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# ☑ IMPORTANT ACCOUNT INFORMATION

—————————

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

—————————

**Updated limits on Overdraft Fees**

Effective October 1, 2024, we will no longer assess overdraft fees on items of $10 or less. Additionally, if both your ending daily account balance and available balance are overdrawn by $10 or less after we have processed your transactions, we won't assess an overdraft fee on those items.

—————————

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement,

September 30, 2024 ■ Page 8 of 11



including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

# Additional Navigate Business Checking ℠

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $15,130.18 |
| Deposits/Credits | 50,420.00 |
| Withdrawals/Debits | - 64,756.15 |
| **Ending balance on 9/30** | **$794.03** |

Account number: ▆▆▆▆9219

**PIGEONLY INC**
**DEBTOR IN POSSESSION**
**CH11 CASE #24-10355 (NV)**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 321270742

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/3 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0PF6M52M on 09/01/24 | | 1,000.00 | |
| 9/3 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Pfd2Mdp on 09/02/24 | | 1,000.00 | |
| 9/3 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Pfd2Q6S on 09/02/24 | | 1,000.00 | |
| 9/3 | | Zelle to Hutson Fredrick on 09/02 Ref #Rp0Sh2Fmhg Plivo Reimbursement | | 600.00 | |
| 9/3 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Pfkf82x on 09/02/24 | | 530.00 | |
| 9/3 | | Online Transfer to Pigeonly Inc Ref #Ib0Pfkhr9K Business Checking Endicia | | 700.00 | |
| 9/3 | | WT Fed#06165 Carrollton Bank /Ftr/Bnf=Centrics LLC Srf# Ow00004882246473 Trn#240903067934 Rfb# Ow00004882246473 | | 650.00 | |
| 9/3 | | WF Direct Pay-Payment- Payroll-Tran ID Dp98785330 | | 2,317.00 | 7,333.18 |
| 9/5 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Pgfwtpk on 09/05/24 | | 750.00 | 6,583.18 |
| 9/9 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Phpnqmj on 09/09/24 | | 750.00 | |
| 9/9 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Phw5Xgg on 09/09/24 | | 1,500.00 | |
| 9/9 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Phw65K5 on 09/09/24 | | 300.00 | 4,033.18 |
| 9/10 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Pj2Ysym on 09/10/24 | | 750.00 | |
| 9/10 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Pj3D9Qp on 09/10/24 | | 400.00 | |
| 9/10 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Pj48Pq5 on 09/10/24 | | 400.00 | |
| 9/10 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Pj4B2Hj on 09/10/24 | | 100.00 | |
| 9/10 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Pj4SD43 on 09/10/24 | | 750.00 | 1,633.18 |



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 9/11 | | Deposit Made In A Branch/Store | 4,020.00 | | |
| 9/11 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Pjcw4C2 on 09/11/24 | | 750.00 | |
| 9/11 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Pjgxdpg on 09/11/24 | | 250.00 | |
| 9/11 | | Zelle to Sadia on 09/11 Ref #Rp0Sh84Hpc Accountant | | 2,200.00 | 2,453.18 |
| 9/12 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Pjpj264 on 09/12/24 | 13,000.00 | | |
| 9/12 | | WT Seq141745 Keith S Bowdle /Bnf=Keith Bowdle Srf# Ow00004915853980 Trn#240912141745 Rfb# Ow00004915853980 | | 10,391.49 | |
| 9/12 | | WF Direct Pay-Payment- Payroll-Tran ID Dp99528516 | | 4,096.02 | |
| 9/12 | < | Business to Business ACH Debit - Online Payroll Payroll 240911 6677509 Pigeonly *Inc | | 114.95 | 850.72 |
| 9/16 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Pkzkt4L on 09/16/24 | 1,500.00 | | |
| 9/16 | | Zelle to Pest Control on 09/15 Ref #Rp0Shb85Zg | | 100.00 | |
| 9/16 | | WT Fed#04343 US Bank, NA /Ftr/Bnf=William Harris Srf# Ow00004928742448 Trn#240916114826 Rfb# Ow00004928742448 | | 2,131.16 | 119.56 |
| 9/18 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Plldnn3 on 09/18/24 | 10,000.00 | | |
| 9/18 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Plm3G3Q on 09/18/24 | 3,900.00 | | |
| 9/18 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Plm6PM3 on 09/18/24 | | 1,000.00 | |
| 9/18 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Plm6Z44 on 09/18/24 | | 1,000.00 | |
| 9/18 | | WF Direct Pay-Payment- Payroll-Tran ID Dp99906018 | | 7,841.12 | 4,178.44 |
| 9/19 | | Online Transfer From Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Plw5954 on 09/19/24 | 4,000.00 | | |
| 9/19 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Ply3Ckc on 09/19/24 | | 178.00 | 8,000.44 |
| 9/20 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Pmd5Wdc on 09/20/24 | | 500.00 | |
| 9/20 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Pmfgnzh on 09/20/24 | | 460.00 | |
| 9/20 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Pmfgvjf on 09/20/24 | | 700.00 | |
| 9/20 | | WF Direct Pay-Payment- Payroll-Tran ID Dp00144234 | | 200.00 | |
| 9/20 | | WF Direct Pay-Payment- Payroll-Tran ID Dp00147756 | | 2,131.16 | 4,009.28 |
| 9/23 | | Zelle to Vaket on 09/21 Ref #Rp0Shdtf2S | | 100.00 | |
| 9/23 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Pmqwqm6 on 09/21/24 | | 700.00 | |
| 9/23 | | Online Transfer to Pigeonly Inc Ref #Ib0Pmz8Q5G Business Checking Plivo | | 250.00 | |
| 9/23 | | WF Direct Pay-Payment- Payroll-Tran ID Dp00218044 | | 1,704.76 | 1,254.52 |
| 9/24 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Pnhxlrg on 09/24/24 | | 1,000.00 | |
| 9/24 | | Online Transfer to Pigeonly Inc Business Checking xxxxxx3389 Ref #Ib0Pnhy2Rg on 09/24/24 | | 100.00 | 154.52 |
| 9/25 | | Online Transfer From Hutson F Everyday Checking xxxxxx4022 Ref #Ib0Pntlcn8 on 09/25/24 | 14,000.00 | | |
| 9/25 | | WF Direct Pay-Payment- Payroll-Tran ID Dp00380248 | | 13,360.49 | 794.03 |
| **Ending balance on 9/30** | | | | | **794.03** |
| **Totals** | | | **$50,420.00** | **$64,756.15** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

September 30, 2024 ■ Page 10 of 11



**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2024 - 09/30/2024 | Standard monthly service fee $25.00 | You paid $0.00 |
|---|---|---|

The fee is waived this fee period because the account is linked to a Navigate Business Checking account.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|

Have any **ONE** of the following each fee period
  • The fee is waived when linked to a Navigate Business Checking account

WH/WH

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 42 | 150 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**WELLS FARGO**

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . $  _____

**ADD**
**B.** Any deposits listed in your                    $  _____
register or transfers into                             $  _____
your account which are not                        $  _____
shown on your statement.                       + $  _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **TOTAL** $  _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
.                                                                    **TOTAL** $  _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $  _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . . $  _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount**  $ |  |

©2021 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801