MICHAEL B. WIXOM, ESQ.
Nevada Bar No. 2812
KARL L. NIELSON, ESQ.
Nevada Bar No. 5082
**SMITH LARSEN & WIXOM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: mbw@slwlaw.com
       kln@slwlaw.com

E-Filed on:  October 28, 2024

C. KEVIN KOBBE, ESQ.
Admission *pro hac vice* pending
**DLA PIPER LLP (US)**
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202
Tel: (410) 580-4189
Fax: (410) 580-3189
Email: kevin.kobbe@us.dlapiper.com

*Counsel for Itria Ventures LLC, a Delaware Limited Liability Company*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>PIGEONLY INC. d/b/a FOTOPIGEON,<br><br>　　　　　　Debtor.<br>———————————————<br>ITRIA VENTURES LLC, a Delaware Limited Liability Company,<br>　　　　　　Plaintiff,<br>v.<br>FREDERICK JAMEL HUTSON, *et al.*,<br>　　　　　　Defendants. | Case No. 24-10355-nmc<br><br>Chapter 11<br><br><br><br>Adv. Proc. No. 24-01122-nmc<br>**AMENDED DECLARATION OF HARRISON S. SMALBACH IN SUPPORT OF PLAINTIFF'S MOTION FOR REMAND**<br><br>Hearing Date: November 26, 2024<br>Hearing Time: 9:30 a.m. |

　　　　I, Harrison S. Smalbach, hereby declare and state as follows:

　　　　1.　　I am Senior Counsel for the Plaintiff in this adversary proceeding, Itria Ventures LLC ("**Itria**").  I am over eighteen years old and am competent to testify to the facts and matters

set forth in this declaration. All facts and matters set forth herein are based upon my personal knowledge or my review of records maintained in the ordinary course of business. If called as a witness, I would testify consistently with the facts and matters set forth herein.

2. This declaration is being submitted in support of Itria's Motion for Remand filed in this adversary proceeding.

3. Itria and Pigeonly, Inc. (the "**Debtor**") are parties to a Receivables Sale Agreement dated April 28, 2022 (the "**RSA**"). A true and complete copy of the RSA is attached hereto as **Exhibit 1**.

4. Under the terms of the RSA, Itria (defined in the RSA as the "Purchaser") agreed to purchase, and the Debtor (defined in the RSA as the "Merchant") agreed to sell, "Receivables" (defined in Section 2(c) of the RSA to include all funds that the Debtor received from its customers). RSA at p. 1 and § 2.

5. In particular, Itria advanced $73,000.00 to the Debtor to purchase $93,750.00 of Receivables, and the Debtor agreed to remit to Itria an agreed-upon percentage of its Receivables collections in weekly installments. RSA at p. 1 and §§ 2 and 4.

6. The Defendants in this adversary proceeding, Frederick Jamel Hutson and Alfonzo Brooks (collectively, the "**Defendants**"), guaranteed the complete and timely performance of the Debtor's obligations under the RSA. RSA at p. 14.

7. On September 6, 2024, Itria filed an action against the Defendants in the District Court of Clark County, Nevada (the "**State Court Action**"). A true and complete copy of the Complaint from the State Court Action, styled *Itria Ventures LLC v. Frederick Jamel Hutson, et al.*, Case No. A-24-901292-C, is attached hereto as **Exhibit 2**.

8. As of the date of the filing of the State Court Action, the amount owed by the Defendants to Itria was less than $75,000.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on October  25  , 2024

_____
Harrison S. Smalbach