MICHAEL B. WIXOM, ESQ.
Nevada Bar No. 2812
KARL L. NIELSON, ESQ.
Nevada Bar No. 5082
**SMITH LARSEN & WIXOM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kln@slwlaw.com

C. KEVIN KOBBE, ESQ.
Admission *pro hac vice* pending
**DLA PIPER LLP (US)**
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202
Tel: (410) 580-4189
Fax: (410) 580-3189
Email: kevin.kobbe@us.dlapiper.com

E-Filed on October 28, 2024

*Counsel for Itria Ventures LLC, a Delaware limited liability company,*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>PIGEONLY INC. d/b/a FOTOPIGEON,<br><br>   Debtor. | Case No. 24-10355-nmc<br><br>Chapter 11 |
| ITRIA VENTURES LLC, a Delaware limited liability company,<br><br>   Plaintiff,<br><br>v.<br><br>FREDERICK JAMEL HUTSON, *et al.*,<br><br>   Defendants. | Adv. Proc. No. 24-01122-nmc<br><br>**AMENDED PLAINTIFF'S CORPORATE OWNERSHIP STATEMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Rule 7007.1, the Plaintiff, Itria Ventures LLC, by its undersigned counsel, states as follows:

///

1. Itria Ventures LLC is a Delaware limited liability company that is a wholly owned subsidiary of Biz2Credit Inc., a privately held corporation. No publicly held corporation owns an interest in Itria Ventures LLC.

2. Biz2Credit Inc. is a Delaware corporation. No publicly held corporation owns 10% or more of the stock of Biz2Credit Inc.

**A supplemental disclosure will be filed upon any change in the information provided herein.**

Dated: October 28, 2024

Respectfully submitted:

*/s/ Karl L. Nielson*
Michael B. Wixom, (Nevada Bar No. 2812)
Karl L. Nielson (Nevada Bar No. 5082)
**SMITH LARSEN WIXOM (US)**
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kln@slwlaw.com

and

C. Kevin Kobbe (admission *pro hac vice* pending)
**DLA PIPER LLP (US)**
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202
Tel: (410) 580-4189
Fax: (410) 580-3189
Email: kevin.kobbe@us.dlapiper.com

*Counsel for Itria Ventures LLC*

905711525.1