GARMAN TURNER GORDON LLP
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Debtor*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>PIGEONLY INC.<br>dba FOTOPIGEON,<br><br>Debtor. | Case No.: 24-10355-nmc<br>Chapter:   11<br><br>**NOTICE OF EFFECTIVE DATE OF PIGEONLY, INC'S PLAN OF REORGANIZATION** |

**NOTICE IS HEREBY GIVEN** that as all relevant conditions precedent to the effectiveness of *Pigeonly, Inc.'s Chapter 11 Plan of Reorganization Dated April 25, 2024* [ECF No. 71] ("Confirmed Plan")[1] as confirmed by the *Order Confirming Pigeonly, Inc.'s Chapter 11 Plan of Reorganization Dated April 25, 2024* [ECF No. 121] ("Confirmation Order") have been met and the Effective Date of the Confirmed Plan is **October 29, 2024**.

**NOTICE IS FURTHER GIVEN THAT** the pursuant to Section 4.2 of the Subordinated SAFE Note, the deadline for holders of Class 9 SAFEs (SAFE Investors) to provide their email and payment addresses pursuant to the Subordinated SAFE Note is **January 1, 2025.** Holders of Class 9 SAFEs must provide their email and payment addresses to the Reorganized Debtor by sending an email to subordinatednotes@pigeon.ly with the subject line of "Subordinated Noteholders' Email and Payment Address."

. . .

. . .

---

[1] All undefined terms shall have the meanings set forth in the Confirmed Plan.

Dated this 29th day of October 2024.

                GARMAN TURNER GORDON LLP

                By: */s/ Talitha Gray Kozlowski*
                    TALITHA GRAY KOZLOWSKI, ESQ.
                    TERESA M. PILATOWICZ, ESQ.
                    7251 Amigo Street, Suite 210
                    Las Vegas, Nevada 89119
                    *Attorneys for Debtor*